ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 23 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     UNSEALING ORDER

      - v. -                          :     19 Cr. 366

STEPHEN M. CALK,                   :

               Defendant.         :

- - - - - - - - - - - - - - - - - - - x

      Upon the application of the United States, by the Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, Audrey Strauss, by Assistant United States Attorneys Paul M. Monteleoni, Douglas S. Zolkind, and Benet J. Kearney;

      It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

      ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
        May 23, 2019

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE