UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     *Plaintiff*,<br><br> v.<br><br>STEPHEN M. CALK,<br><br>     *Defendant*. | 19 Cr. 366 |

## NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for defendant Stephen M. Calk in the above-captioned action. The undersigned is admitted to practice in this Court and is in good standing.

Dated:  New York, NY
    May 23, 2019

                /s/ Daniel L. Stein

                MAYER BROWN LLP
                1221 Avenue of the Americas
                New York, NY  10020
                dstein@mayerbrown.com