UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| UNITED STATES OF AMERICA, | |
|---|---|
| *Plaintiff*, | |
| v. | 19 Cr. 366 |
| STEPHEN M. CALK, | |
| *Defendant*. | |

### NOTICE OF APPEARANCE

The undersigned respectfully enters his appearance as counsel for defendant Stephen M. Calk in the above-captioned action. The undersigned is admitted to practice in this Court and is in good standing.

Dated: New York, NY
May 23, 2019

/s/ _____

MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
dstein@mayerbrown.com

Daniel Stein