

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2019

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes, with the consent of defense counsel, to respectfully request the entry of the attached proposed protective order governing the disclosure of information in discovery. Entry of the proposed protective order will enable the Government to promptly commence the rolling production of discovery and other disclosure material contemplated by the Court's May 29, 2019 scheduling order (Dkt. 11).

    We thank you for your consideration of this request.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Attorney for the United States
                              Acting Under Authority Conferred by
                              28 U.S.C. § 515

           by: /s/ Paul M. Monteleoni
               Paul M. Monteleoni
               Douglas S. Zolkind
               Benet J. Kearney
               Assistant United States Attorneys
               (212) 637-2219/2415/2260