UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                                  :

UNITED STATES OF AMERICA      :  No. 19 CR 366

                                          :  **NOTICE OF APPEARANCE**

          v.                                :

STEPHEN M. CALK,                  :

           Defendant.            :

----------------------------------------------------------X

      PLEASE TAKE NOTICE that C. Linna Chen of the law firm Loeb & Loeb LLP hereby appears for Defendant Stephen M. Calk.in the above-captioned action and requests that copies of all pleadings and notices be served upon the undersigned

Dated:   New York, New York
           June 7, 2019

                                                LOEB & LOEB LLP

                                          By:  */s/ C. Linna Chen*
                                                   C. Linna Chen
                                                   345 Park Avenue
                                                   New York, NY  10154
                                                   Telephone:      212.407.4000

                                                   *Attorneys for Defendant*
                                                 *Stephen M. Calk*