UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 19 CR 366 |
| Plaintiff, | **MOTION FOR ADMISSION PRO HAC VICE OF JOSEPH J. DUFFY** |
| v. | |
| STEPHEN M. CALK, | |
| Defendant. | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joseph J. Duffy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Stephen M. Calk, in the above-captioned action. Per Judge's Rule III(C)(1), on June 7, 2019 via email, opposing counsel consents to this motion.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Date: June 11, 2019

Respectfully Submitted,

/s/ Joseph J. Duffy
Joseph J. Duffy
Loeb & Loeb LLP
321 North Clark Street
Suite 2300
Chicago, Illinois 60654
Telephone:  312-464-3100
Facsimile:  312-464-3111
jduffy@loeb.com

*Attorney for Defendant Stephen M. Calk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          Plaintiff,          Case No. 19 CRIM 366

   -against-          **AFFIRMATION OF JOSEPH J. DUFFY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF**

STEPHEN M. CALK

          Defendant.

Joseph J. Duffy, an attorney duly admitted to practice law in the State of Illinois hereby deposes and says as follows under penalties of perjury:

1. I am a partner with the law firm of:

   Loeb & Loeb LLP
   321 N. Clark Street, Suite 2300
   Chicago, IL 60654
   Telephone: 312-464-3100
   Facsimile: 312-277-8957
   jduffy@loeb.com

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Illinois.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendant Stephen M. Calk.

Dated:  June 11, 2019

/s/ Joseph J. Duffy
Joseph J. Duffy
Loeb & Loeb, LLP
321 N. Clark Street, Suite 2300
Chicago, IL 60654
Telephone: 312-464-3100
Facsimile: 312-277-8957
jduffy@loeb.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Joseph J. Duffy

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 04/26/1979 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 10th day of June, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

               Plaintiff,

v.

STEPHEN M. CALK,

               Defendant.

Case No. 19 CR 366

**ORDER FOR ADMISSION PRO HAC VICE OF JOSEPH J. DUFFY**

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Joseph J. Duffy, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Illinois; and his contact information is as follows:

    Joseph J. Duffy
    Loeb & Loeb LLP
    321 N. Clark Street, Suite 2300
    Chicago, IL 60654
    Telephone: 312-464-3100 Fax: 312-277-8957
    Email: jduffy@loeb.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Stephen M. Calk in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 11, 2019

_____
Judge