```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

          Plaintiff,

    v.

STEPHEN M. CALK,

          Defendant.

Case No. 19 CRIM 366

**ORDER FOR ADMISSION PRO HAC VICE OF JEREMY D. MARGOLIS**

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jeremy D. Margolis, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Illinois; and his contact information is as follows:

> Jeremy D. Margolis
> Loeb & Loeb LLP
> 321 N. Clark Street, Suite 2300
> Chicago, IL 60654
> Telephone: 312-464-3100 Fax: 312-277-8957
> Email: jmargolis@loeb.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Stephen M. Calk in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of the Court is directed to terminate the letter motion at docket number 15.

Dated: June 17, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**