```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                               Plaintiff,                    :
                                                             :           19 Cr. 366 (LGS)
               -against-                                     :
                                                             :                ORDER
STEPHEN M. CALK,                                             :
                               Defendant.                    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant was ordered to file a promotion letter for any motions he intends to file by June 21, 2019, per the Court's May 29, 2019, Order (Dkt. No. 11). Defendant has not filed any such letters and it is therefore understood that Defendant does not intend to file any motions.

**ORDERED** that the pre-motion conference scheduled to be held on July 11, 2019 is cancelled.

**ORDERED** that the Government shall apply for any further extensions under the Speedy Trial Act, if possible, with Defendant's consent.

Dated: July 1, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**