UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                    :

UNITED STATES OF AMERICA,        :

                                                                    :                   No. 19 CR 366 (LGS)

                        v.                             :

                                                                    :                   **NOTICE OF APPEARANCE**

STEPHEN M. CALK,                :

                                                                    :

                        *Defendant*.             :

                                                                    :
-----------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel in the above-entitled action for defendant Stephen M. Calk.  I certify that I am admitted to practice in this Court.

| | |
|---|---|
| Dated:  New York, New York<br>          July 19, 2019 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br><br>By:    /s/  Paul H. Schoeman<br>        Paul H. Schoeman<br>        pschoeman@kramerlevin.com<br>        1177 Avenue of the Americas<br>        New York, New York 10036<br>        (212) 715-9100<br><br>*Attorneys for Defendant Stephen M. Calk* |