

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910
mayerbrown.com

**Daniel L. Stein**
Partner
T: +1 212 506 2646
F: +1 212 849 5573
DStein@mayerbrown.com

July 25, 2019

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Stephen M. Calk, 19 Cr. 366 (LGS)</u>

Dear Judge Schofield:

    Mayer Brown LLP ("Mayer Brown"), counsel of record for Defendant Stephen M. Calk ("Calk") in the above-captioned action, writes to respectfully request the Court's permission to withdraw as counsel of record for Calk.

    On May 24, 2019, I filed a Notice of Appearance in this action on behalf of Calk. My colleague, Rory K. Schneider, also filed a Notice of Appearance on behalf of Calk. Calk has since then requested that Mayer Brown withdraw as counsel and that Loeb & Loeb LLP ("Loeb & Loeb"), counsel of record for Calk, continue representation of Calk. Loeb & Loeb is familiar with the facts of the case and is prepared to continue representation effective immediately. The withdrawal of Mayer Brown as counsel will not delay the proceedings or have any adverse effect on any party to this action.

    We thank you for your consideration of this request.

Respectfully Submitted,

<u>/s/ Daniel L. Stein</u>

Daniel L. Stein

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).