AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-CR-366 (LGS) |
| Stephen M. Calk | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Stephen M. Calk.

Date:   10/14/2019

/s/ Darren LaVerne
*Attorney's signature*

Darren LaVerne #4353298
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
NY, NY 10036

*Address*

dlaverne@kramerlevin.com
*E-mail address*

(212) 715-9190
*Telephone number*

(212) 715-8190
*FAX number*