UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | Case No. 19 Cr. 366 (LGS) |
| STEPHEN M. CALK, | **NOTICE OF MOTION** |
| *Defendant*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior papers and proceedings in this action, the defendant Stephen M. Calk, by his undersigned attorneys, will move this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse for the Southern District of New York, at a date and time to be determined by the Court, for an order transferring this case to the Northern District of Illinois, and for any other relief as the Court may deem just and proper.

      Defendant respectfully requests oral argument in connection with his motion to transfer venue to the Northern District of Illinois.

Dated: New York, New York
       November 8, 2019

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Paul H. Schoeman
    Paul H. Schoeman
    Darren A. LaVerne
    1177 Avenue of the Americas
    New York, NY 10036
    Telephone: 212.715.9100

KL3 3272678.1

2

LOEB & LOEB LLP

Jeremy Margolis
Joseph J. Duffy
321 N. Clark Street
Chicago, IL 60654
Telephone: 312.464.3100

*Attorneys for Defendant Stephen M. Calk*