```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                     Plaintiff,             :
                                                            :            19 Cr. 366 (LGS)
               -against-                                    :
                                                            :                 ORDER
STEPHEN M. CALK,                                            :
                                     Defendant,             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 8, 2019, Defendant Stephen Calk emailed the Court certain pre-trial motions with proposed redactions and a letter requesting to unseal certain exhibits;

WHEREAS, on November 13, 2019, the Government emailed the Court a letter responding to Defendant Calk's proposed redactions and requests.  It is hereby,

**ORDERED** that, by **December 13, 2019**, the Government shall email the Court a letter apprising the Court of the parties' proposed redactions and supporting legal authority.  If there remains a dispute as to the proposed redactions, by **December 13, 2019**, the Government and Defendant Calk shall jointly submit to the Court *in camera* one set of documents (or, if appropriate, excerpts) where the proposed redactions appear, highlighting in two colors – redactions on which the parties agree, and redactions proposed by the Government but opposed by Defendant; and shall separately submit letters briefs explaining and supporting their respective positions.

Dated: November 14, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE