UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19 Cr. 366 (LGS) |
| - against - | **NOTICE OF MOTION** |
| STEPHEN M. CALK, | |
| *Defendant*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

       PLEASE TAKE NOTICE that upon the Declaration of Paul H. Schoeman, Esq., dated November 8, 2019, all exhibits attached thereto, the accompanying Memorandum of Law, and all prior papers and proceedings in this action, the defendant Stephen M. Calk, by his undersigned attorneys, will move this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse for the Southern District of New York, at a date and time to be determined by the Court, for an order: (1) suppressing any evidence that the government recovered from Mr. Calk's iPhone pursuant to a search warrant; (2) compelling the government to provide the defense with a transcript of the grand jury proceedings leading to Mr. Calk's indictment; and, (3) compelling the government to produce its correspondence with the Office of the Comptroller of the Currency and the Presidential Transition Team, and for any other relief as the Court may deem just and proper.

       Defendant respectfully requests oral argument in connection with his pretrial motions.

| | | |
|---|---|---|
| Dated: | New York, New York<br>November 8, 2019 | Respectfully submitted, |

                                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                                            By: /s/ Paul H. Schoeman
                                                                    Paul H. Schoeman
                                                                    Darren A. LaVerne
                                                                    1177 Avenue of the Americas
                                                                    New York, NY 10036
                                                                    Telephone: 212.715.9100

                                                            LOEB & LOEB LLP

                                                                    Jeremy Margolis
                                                                    Joseph J. Duffy
                                                                    321 N. Clark Street
                                                                    Chicago, IL 60654
                                                                    Telephone: 312.464.3100

                                                          *Attorneys for Defendant Stephen M. Calk*