```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                      Plaintiff,            :
                                                            :      19 Cr. 366 (LGS)
              -against-                                     :
                                                            :           ORDER
STEPHEN M. CALK,                                            :
                                      Defendant,            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference is scheduled for January 9, 2020. It is hereby,

**ORDERED** that the status conference, scheduled for January 9, 2020, is adjourned to **February 27, 2020, at 11:00 a.m.**

Dated: December 23, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**