# EXHIBIT E

**To:** Javier Ubarri[jubarri@thefederalsavingsbank.com]; Jim Norini[jnorini@thefederalsavingsbank.com]
**From:** Jim Brennan
**Sent:** Wed 9/14/2016 8:38:48 PM (UTC)
**Subject:** FW: Payoff letters
2401 Nottingham - Payoff Letter (9.9.16) Realty Shares.pdf
81610 REVISED DEMAND - genesis.PDF



Jim Brennan, *Vice President,*

**The Federal Savings Bank** | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607

**direct:** (312) 738-6081

**fax:** (312) 491-5368

**email:** jbrennan@thefederalsavingsbank.com

**web:** www.thefederalsavingsbank.com



This electronic communication and any files transmitted with it, or attached to it, are confidential and are intended solely for the use of the individual or entity to who it is addressed and may contain information that is confidential, legally privileged, protected by privacy laws, or otherwise restricted from disclosure to anyone else.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this information in error, please notify us.

---

**From:** Steven H. Zidell [mailto:szidell@wrslawyers.com]
**Sent:** Thursday, September 08, 2016 11:05 AM
**To:** Jim Brennan <jbrennan@thefederalsavingsbank.com>; Dennis Raico <draico@thefederalsavingsbank.com>
**Subject:** FW: Payoff letters

FYI
Steve

**From:** Bruce Baldinger [mailto:bruce@baldingerlaw.com]
**Sent:** Thursday, September 08, 2016 9:03 AM
**To:** Andrew.Knoph@fnf.com; Steven H. Zidell; Jeff Yohai
**Subject:** Payoff letters

Gentlemen:

Enclosed are the payoff letters for the deed in trust.

Bruce



September 7, 2016

**Sent by email to** yohai481@gmail.com and bbaldinger@baldingerlaw.com

Jeff Yohai

███████████

Los Angeles, CA  90068

**Re:**    **Payoff Calculation**
         **RealtyShares Investment #:** ███████
         **RealtyShares Investment Name:** 2401 Nottingham Avenue

This payoff is in reference to the Commercial Interest-Only Promissory Note dated March 24, 2016 between 2401 Nottingham, LLC, ("Borrower") and RS Lending, Inc., ("Lender").

Assuming the September payment has not been made, we have calculated the amount due to pay off the loan on September 9, 2016 to be:

| Payoff Calculation | |
|---|---:|
| Principal Balance | $1,000,000.00 |
| Interest from 9/1/16 to 9/9/16 | $2,500.00 |
| Exit Fee at 5% for 170 days | $47,222.22 |
| Interest Reserve Credit | ($66,666.68) |
| **Total** | **$983,055.54** |

The per diem amount is $277.78.

Please send the payoff funds by wire per the below instructions.

If you have any questions, please contact me by email or phone at (415) 606-0946.

**RS Lending, Inc.**

By: *Don Kavanagh*

**Authorized signer**

**Wire Instructions**
Bank:              Wells Fargo Bank, N.A.
                   San Francisco, CA, USA
Account Name:      RS Manager, LLC
Routing #:         ███████
Account #:         ███████700

*501 2nd Street, 7th Floor, San Francisco, CA 94107*                        *www.realtyshares.com*

9/6/2016

**California TD Specialists**
**8190 East Kaiser Blvd.**
**Anaheim Hills, California 92808**
**(714) 283-2180**

# DEMAND FOR PAYOFF

Borrower: 2401 NOTTINGHAM, LLC
Re: ▓▓▓▓▓▓▓▓▓▓▓▓                              Loan#:     G15000441
Property Address:        2401 NOTTINGHAM AVENUE
                         LOS ANGELES CA 90027

IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.  IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT CALIFORNIA TD SPECIALISTS IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

The amount to pay off the above referenced loan as of **9/8/2016** is as follows:

## Interest Information

| From | Through | Payment Amount | Payments | Late Charge | Interest Rate | Interest on UPB | |
|---|---|---|---|---|---|---|---|
| 6/1/2016 | 6/30/2016 | $31,111.36 | 1 | $3,111.14 | 9.99 | $62,222.72 | |
| 7/1/2016 | | $62,253.86 | 3 | $6,225.39 | 19.99 | $141,108.74 | |
| **Unpaid Principal Balance:** | | | | | | | $3,737,100.00 |
| **Accrued Interest from 5/1/2016** | | | | | | | $203,331.46 |
| **Accrued Late Charges:** | | | | | | | $15,561.92 |

## Advance Information

| From | Description | Int. Rate | Advance Amount | Interest on Advance | |
|---|---|---|---|---|---|
| 8/15/2016 | Suspense balance | 0 | ($30,000.00) | $0.00 | |
| 6/17/2016 | NSF fees | 0 | $25.00 | $0.00 | |
| 7/11/2016 | VCheck Confirmation | 0 | $18.00 | $0.00 | |
| 7/20/2016 | NSF fees | 0 | $25.00 | $0.00 | |
| 7/22/2016 | VCheck Confirmation | 0 | $18.00 | $0.00 | |
| 8/2/2016 | NSF fees | 0 | $25.00 | $0.00 | |
| 8/15/2016 | Interest on advances | 0 | $129.27 | $0.00 | |
| 8/17/2016 | wire | 19.99 | $146.30 | $1.87 | |
| **Total Advances:** | | | | | ($29,613.43) |
| **Total Interest on Advances:** | | | | | $1.87 |
| **Total Foreclosure Fees and Costs:** | | | | | $8,962.52 |
| **Payoff Amount as of 9/8/2016** | | | | | $3,935,344.34 |
| **Daily interest:** | | | | | $2,075.21 |




SDNY_00277839

Please submit your **cashier's check**, payable to:
 California TD Specialists, ATTN: Patricio S. Ince'
 **8190 East Kaiser Blvd., Anaheim Hills, California** 92808
**Please be advised that this figure is subject to change due to escrow disbursements and advances.  Please contact this office to verify that these figures have not changed.**

Thank you,                                                                            LENDER AGREES WITH THE AMOUNT ABOVE

_____                    _____
Patricio S. Ince', Vice President                                 GENESIS CAPITAL MASTER FUND III A, LLC

SDNY_00277840