# EXHIBIT G

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2019

**VIA EMAIL**

Paul H. Schoeman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Re:   *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Mr. Schoeman:

The Government writes, in an abundance of caution and in order to help you prepare your defense, to disclose to you certain information. The information contained herein is Highly Confidential within the meaning of the protective order.

1. ███████████████████████████████████████



06.20.2018

2. On or about June 16, 2017, Jeffrey Yohai made the following statements to law enforcement agents ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in substance and in part:

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- When asked if Manafort and Calk entered into a "quid pro quo" relationship, Yohai said "yes". ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Yohai opined that Manafort's loan was not a return favor by Calk as Manafort's loan terms were not very favorable and his loan was overcollateralized. Yohai was not aware of any promises made by Calk to Manafort in exchange for the cabinet position. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Manafort wanted Calk as a friend for "speculative favors" in the future. Yohai did not know if Manafort ever actually asked Calk for any favors. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



██████████████████████████████████
████████████████████.

        Very truly yours,

        AUDREY STRAUSS
        Attorney for the United States
        Acting Under Authority Conferred by
        28 U.S.C. § 515

by: /s/ Paul M. Monteleoni
     Paul M. Monteleoni
     Douglas S. Zolkind
     Benet J. Kearney
     Assistant United States Attorneys
     (212) 637-2219/2418/2260

06.20.2018