# EXHIBIT J





*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 15, 2019

**VIA EMAIL**

Paul H. Schoeman, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Re:   *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Mr. Schoeman:

The Government writes, in an abundance of caution and in order to help you prepare your defense, to disclose the following, all of which is Highly Confidential within the meaning of the protective order.



06.20.2018



6. On or about December 19, 2018, Jared Kushner made the following statements to law enforcement agents and representatives of the Special Counsel's Office, in substance and in part:

- Kushner received thousands of recommendations during the Transition period. Kushner put them on four levels. Level one were people that deserved serious consideration, like the President of Goldman Sachs. Kushner personally followed up on these recommendations. Level two were people recommended by an influential or

06.20.2018

respected person. Kushner sent along the name to the Transition Team with the request for an interview. Level three, Kushner sent along with no recommendation or follow-up. Level four, Kushner deleted. Manafort's recommendations were treated at level three.



Very truly yours,

AUDREY STRAUSS
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

by: /s/ Paul M. Monteleoni
Paul M. Monteleoni
Douglas S. Zolkind
Benet J. Kearney
Assistant United States Attorneys
(212) 637-2219/2418/2260

06.20.2018