# EXHIBIT K

NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY BLUMBERG and MICHAEL CRAIG MARSHALL,<br><br>Defendants. | Crim. No. 14-458 (JLL)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of oral argument held on January 13, 2015, and for the reasons set forth on the record on that date,

**IT IS** on this **26th day of January, 2015**,

**ORDERED** that the Government shall produce to Defendants: (a) non-privileged communications directed to third parties (including but not limited to subpoenas) wherein the Government is requesting specific documentation or information, and (b) the third party's written response regarding the Government's request for documents; and it is further

**ORDERED** that the Government shall continue to abide by its *Brady* obligations; if there are any materials that are questionably *Brady* material, the Government is hereby directed to submit same to the Court for *in camera* review so that a determination can be made.

**IT IS SO ORDERED.**

s/ Jose L. Linares<br>
Jose L. Linares<br>
United States District Judge