UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,        :
                       Plaintiff,   :
                                  :          19 Cr. 366 (LGS)

        -against-          :
                                  :           ORDER

STEPHEN M. CALK,              :
                    Defendant,  :
---------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that the oral argument previously scheduled for February 27, 2020 at 11:00 a.m. is adjourned to **February 27, 2020 at 2:00 p.m.**

Dated: February 13, 2020
       New York, New York

                                        **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**