UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                     Plaintiff,

-against-

STEPHEN M. CALK,
                     Defendant,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

19 Cr. 366 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the oral argument previously scheduled for February 27, 2020 at 2:00 p.m. is adjourned to **March 19, 2020 at 3:00 p.m.** due to a conflict in the Court's schedule.

Dated: February 26, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**