UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,           :
                    Plaintiff,  :
:    19 Cr. 366 (LGS)
     -against-                          :
:    <u>ORDER</u>
STEPHEN M. CALK,                          :
                  Defendant,  :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2020

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the oral argument previously scheduled for February 27, 2020 at 2:00 p.m. is adjourned to **March 19, 2020 at 3:00 p.m.** due to a conflict in the Court's schedule.

Dated: February 26, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**