|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------X<br>:<br>UNITED STATES OF AMERICA,      :<br>:<br>                       Plaintiff,   :<br>:<br>      -against-           :<br>:<br>STEPHEN M. CALK,                         :<br>                     Defendant.   :<br>:<br>-------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:__3/9/2020____<br><br>19 Cr. 00366-01 (LGS)<br><br>ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled for March 19, 2020, at 3:00 p.m.  It is hereby

**ORDERED** that the March 19, 2020, 3:00 p.m. conference shall be <u>telephonic</u>.  The Court will call the parties once the conference is ready to begin.  It is further

**ORDERED** that, by **March 13, 2020**, the parties shall file a joint letter, providing the court with <u>one</u> telephone call-in number for a conference call, and if necessary a passcode.  The parties shall ensure they are all dialed into the conference call by the appointed conference time.

Dated: March 9, 2020
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**