

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes, on behalf of the parties, in response to the Court's Order of March 9, 2020 (Dkt. 59), regarding a dial-in and passcode for the March 19, 2020 telephonic conference. The conference can be held using dial-in number (855) 633-2066, with passcode 2993252#. Pursuant to the Court's Order, the parties will be dialed into that number by 3:00 PM on March 19. 2020.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Attorney for the United States
                        Acting Under Authority Conferred by
                        28 U.S.C. § 515

               by: /s/ Paul M. Monteleoni
                    Paul M. Monteleoni
                    Douglas S. Zolkind
                    Benet J. Kearney
                    Assistant United States Attorneys
                    (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)