

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2020

**BY EMAIL AND ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes, on behalf of the parties, in response to the Court's Order of March 9, 2020 (Dkt. 59), to provide a superseding dial-in and passcode for the March 19, 2020 telephonic conference.

    The conference can be held using dial-in number                 , with passcode        . Pursuant to the Court's Order, the parties will be dialed into that number by 3:00 PM on March 19. 2020.

    This dial-in number and passcode replaces the previously filed dial-in and passcode in the Government's letter of earlier today (Dkt. 60). The earlier letter can be disregarded.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States
    Acting Under Authority Conferred by
    28 U.S.C. § 515

by: /s/ Paul M. Monteleoni
    Paul M. Monteleoni
    Douglas S. Zolkind
    Benet J. Kearney
    Assistant United States Attorneys
    (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)