```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                                            :     19 Cr. 00366-01 (LGS)
                               Plaintiff,                   :
                                                            :            ORDER
                  -against-                                 :
                                                            :
   STEPHEN M. CALK,                                         :
                               Defendant.                   :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the oral argument previously scheduled for March 19, 2020 at 3:00 p.m. is adjourned to **April 23, 2020 at 3:00 p.m.** The conference shall remain telephonic. It is further

**ORDERED** that, by **April 16, 2020**, the parties shall file a joint letter, providing the court with one telephone call-in number for a conference call, and if necessary a passcode. The joint letter shall be publicly filed and unredacted. The parties shall ensure they are all dialed into the conference call by the appointed conference time.

Dated: March 16, 2020
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE