

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes, on behalf of the parties, in response to the Court's Order of March 19, 2020 (Dkt. 63), to advise the Court that the parties consent to participating in any scheduled proceedings (except trial, any evidentiary hearings, and any sentencing) telephonically or otherwise remotely as needed, and consent to Your Honor's participating in such proceedings and issuing orders from any location, including locations outside of the Courthouse.  This consent is without prejudice to either party making an application for an in-person court appearance should circumstances warrant or the crisis abate.

        Respectfully submitted,

        AUDREY STRAUSS
        Attorney for the United States
        Acting Under Authority Conferred by
        28 U.S.C. § 515

      by: /s/ Paul M. Monteleoni
        Paul M. Monteleoni
        Douglas S. Zolkind
        Benet J. Kearney
        Assistant United States Attorneys
        (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)