UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA,           :

                                         Plaintiff,   :          19 Cr. 00366-01 (LGS)

                                                 :

                   -against-           :             ORDER

                                                 :

STEPHEN M. CALK,                :

                                 Defendant.  :

                                                 :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, oral argument is scheduled for **April 23, 2020 at 3:00 p.m.**  It is hereby

**ORDERED** that the telephonic conference will occur on the following conference call

line:

        Dial-in: 888-363-4749

        Access code: 5583333

The time of the conference is approximate, but the parties shall be ready to proceed by

that time.

Dated: April 10, 2020
       New York, New York

                               **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**