UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 19 Cr. 366 (LGS) |
| - against - | : | |
| | : | **DECLARATION OF** |
| STEPHEN M. CALK, | : | **PAUL H. SCHOEMAN, ESQ.** |
| | : | |
| *Defendant*. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PAUL H. SCHOEMAN, ESQ.**, hereby declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1.  I am a partner at the law firm of Kramer Levin Naftalis & Frankel LLP, counsel for defendant Stephen M. Calk in the above-captioned action.

2.  I submit this Declaration to provide the Court with information pertinent to Mr. Calk's Discovery Motion.

3.  Pursuant to Local Criminal Rule 16.1, I hereby confirm that counsel for Mr. Calk conferred with counsel for the government in a good faith effort to resolve the issues raised by Mr. Calk's Discovery Motion but the parties were unable to reach an agreement.

Dated: New York, New York
April 13, 2020                                     /s/ Paul H. Schoeman
                                                            Paul H. Schoeman

KL3 3294730.1