

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes in advance of the scheduled April 23, 2020 telephone conference, on behalf of the parties, to respectfully request that the Court set a trial date in this matter. In particular, the parties respectfully request that the Court set a trial date for the fall of 2020, preferably as soon after Labor Day as the Court's schedule permits. The parties presently anticipate that trial of this action may take up to four weeks.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States
    Acting Under Authority Conferred by
    28 U.S.C. § 515

    by: /s/ Paul M. Monteleoni
    Paul M. Monteleoni
    Douglas S. Zolkind
    Benet J. Kearney
    Assistant United States Attorneys
    (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)