UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                              Plaintiff,                    :   19 Cr. 00366-01 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
STEPHEN M. CALK,                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 13, 2020, Defendant Calk filed a motion for an order compelling the government (i) to identify its anticipated trial exhibits, any Brady material, and trial witnesses; and (ii) to certify to the Court that its discovery production is now complete, and for any other relief as the Court may deem just and proper. It is hereby

**ORDERED** that, by April 27, 2020, the Government shall file any opposition to Defendant's motion. It is further

**ORDERED** that, by May 4, 2020, Defendant shall file any reply.

Dated: April 14, 2020
       New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**