UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                               Plaintiff,       :       19 Cr. 00366-01 (LGS)
                                                              :
                -against-                          :       ORDER
                                                              :
STEPHEN M. CALK,                                              :
                              Defendant.       :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, oral argument regarding Defendant's motions to suppress and compel (Dkt. No. 36) was held via telephone conference on April 23, 2020. For the reasons stated at the conference, it is hereby

**ORDERED** that, by **May 7, 2020**, the Government shall file one or more affidavits or declarations swearing under oath to the truth of the factual assertions lacking an evidentiary basis made in the Government's memorandum of law in opposition to Defendant's motions to suppress and compel (Dkt. No. 38).

Dated: April 23, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**