Exhibit C

Case 1:19-cr-00366-LGS   Document 76-1   Filed 04/28/20   Page 2 of 10
Confidential
Production as of 3/18/2020

| | | | Discovery Index for Defense | |
|---|---|---|---|---|
| | | | United States v. Stephen M. Calk, 19 Cr. 366 (LGS) | |
| Production 1 | | | | |
| | Bates Range | Item | Summary Description | Protective Order Designation |
| | SDNY_00000001-SDNY_00000453 | 1 | Records from New York City Automated City Register Information System | Disclosure material |
| | SDNY_00000454-SDNY_00000477 | 2 | Records concerning Suffolk County real estate | Disclosure material |
| | SDNY_00000478-SDNY_00000486 | 3 | Materials related to Congressional inquiry | Disclosure material |
| | SDNY_00000487-SDNY_00000612 | 4 | Records retrieved from New York City Department of Buildings Building Information Search system | Disclosure material |
| | SDNY_00000613-SDNY_00000614 | 5 | Records produced by the Department of Defense | Highly Confidential disclosure material |
| | SDNY_00000615-SDNY_00003362 | 6 | Trial materials from United States v. Manafort, 18 Cr. 83 (TSE) (E.D. Va.) | Disclosure material |
| | SDNY_00003363-SDNY_00003364 | 7 | Federal Election Commission records | Disclosure material |
| | SDNY_00003365-SDNY_00003437 | 8 | Federal Financial Institutions Examination Council records | Disclosure material |
| | SDNY_00003438-SDNY_00003449 | 9 | Materials related to pen register application and order | Disclosure material |
| | SDNY_00003450-SDNY_00003462 | 10 | Federal Reserve records | Disclosure material |
| | SDNY_00003463-SDNY_00003650 | 11 | Records from the docket in Aroch v. Yohai, 16 Civ. 8954 (LLS) (S.D.N.Y.) | Disclosure material |
| | SDNY_00003651-SDNY_00003834 | 12 | Records from the docket in Genesis Capital Master Fund II, LLC v. MC Brooklyn Holdings, LLC et al., 516564/2016 (N.Y. Sup. Ct.) | Disclosure material |
| | SDNY_00003835-SDNY_00004470 | 13 | Publicly available Office of Comptroller of Currency documents | Disclosure material |
| | SDNY_00004471-SDNY_00004664 | 14 | Search Warrants and associated materials | Highly Confidential disclosure material |
| | SDNY_00004665-SDNY_00023734 | 15 | | Disclosure material |
| | SDNY_00023735-SDNY_00026957 | 16 | | Disclosure material |
| | CROWE_TFSB_000001-CROWE_TFSB_092155, & DG1__DS_DIR_HDR | 17 | | Disclosure material |
| | SDNY_00026958-SDNY_00035865 (intentional bates gaps SDNY_00033848-SDNY_00033881 & SDNY_00034160-SDNY_00034192), SDNY_00040022-SDNY_00040088 & SDNY_00041218-SDNY_00041244 | 18 | | Disclosure material |
| | SDNY_00035866-SDNY_00035901 | 19 | | Disclosure material |
| | TFSB0000001- TFSB0000201 & VOL001 | 20 | | Disclosure material |
| | TFSB0000202-TFSB0054903 & VOL002 | 21 | | Disclosure material |
| | TFSB0054904-TFSB0055145 & VOL003 | 22 | | Disclosure material |
| | TFSB0055560-TFSB0055621 & VOL006 | 23 | | Disclosure material |
| | TFSB0055622 | 24 | | Disclosure material |
| | TFSB0055648-TFSB0070499 & VOL008 | 25 | | Disclosure material |
| | TFSB0070500-TFSB0070715 & VOL009 | 26 | | Disclosure material |
| | TFSB0070716-TFSB0086113, VOL010, & VOL011 | 27 | | Disclosure material |
| | TFSB0086114-TFSB0091004 | 28 | | Disclosure material |
| | TFSB0091005-TFSB0091033, & VOL014 | 29 | | Disclosure material |
| | TFSB0091034-TFSB0091074, & VOL015 | 30 | | Disclosure material |
| | SDNY_00035902-SDNY_00041216 & SDNY_00041245-SDNY_00041247 | 31 | | Disclosure material |
| | GCGJ000001-GCGJ0029559 | 32 | | Disclosure material |
| | SDNY_00041217-SDNY_00041217 | 33 | | Disclosure material |
| Production 2 | | | | |
| | SDNY_00041248-SDNY_00041258 | 1 | Indictment from People v. Paul J. Manafort, Jr. (N.Y. Sup. Ct.) | Disclosure material |

| | Bates Range | No. | Description | Disclosure |
|---|---|---|---|---|
| | SDNY_00041259-SDNY_00041334 & TFA_CALK.0000001-TFA_CALK.0004325 | 2 | Records produced by the Presidential Transition Team and associated persons | Highly Confidential disclosure material |
| | SDNY_00041335-SDNY_00041353 | 3 | | Disclosure material |
| | SDNY_00041354-SDNY_00045173 | 4 | | Disclosure material |
| | CB-SDNY00000001-CB-SDNY00004839 | 5 | | Disclosure material |
| | SDNY_00045174-SDNY_00045637 | 6 | | Disclosure material |
| | SDNY_00045638-SDNY_00045830 | 7 | | Disclosure material |
| | SDNY_00045831-SDNY_00045878 | 8 | | Disclosure material |
| | SDNY_00045879-SDNY_00045925, SDNY_00045926-SDNY_00046113 | 9 | | Disclosure material |
| | SDNY_00046114-SDNY_00050809 & SDNY_00074502-SDNY_00078501 | 10 | | Disclosure material |
| | SDNY_00050810-SDNY_00051418 | 11 | | Disclosure material |
| | SDNY_00051419-SDNY_00051741 | 12 | | Disclosure material |
| | SDNY_00051742-SDNY_00051882 | 13 | | Disclosure material |
| | SDNY_00051883-SDNY_00052330 | 14 | | Disclosure material |
| | SDNY_00052331-SDNY_00055888 | 15 | | Disclosure material |
| | SDNY_00055889-SDNY_00056124 | 16 | | Disclosure material |
| | SDNY_00056125-SDNY_00057876 | 17 | | Disclosure material |
| | SDNY_00057877-SDNY_00057963 | 18 | | Disclosure material |
| | SDNY_00057964-SDNY_00067613 & SDNY_00078502-SDNY_00078508 | 19 | | Disclosure material |
| | SDNY_00067614-SDNY_00070939 | 20 | | Disclosure material |
| | SDNY_00070940-SDNY_00074498 | 21 | | Highly Confidential disclosure material |
| **Production 3** | SDNY_00078509-SDNY_00078515 | 1 | USMS and FBI documents | Disclosure material |
| | SDNY_00078516-SDNY_00078541 | 2 | Indictment from United States v. Stephen M. Calk, 19 Cr. 366 (LGS) | Disclosure material |
| | SDNY_00078542-SDNY_00078987 | 3 | Public source materials | Disclosure material |
| | SDNY_00078988-SDNY_00079040 | 4 | | Disclosure material |
| | SDNY_00079041-SDNY_00079210 | 5 | | Disclosure material |
| | SDNY_00079211-SDNY_00079410 & SDNY_00083711-SDNY_00083725 | 6 | | Disclosure material |
| | SDNY_00079411-SDNY_00079672 | 7 | | Disclosure material |
| | FRB032817-00000001-FRB032817-00008370 | 8 | | Disclosure material |
| | FRBNYDA-00013894-FRBNYDA-00014066 & SDNY_00083709-SDNY_00083710 | 9 | | Highly Confidential disclosure material |
| | SDNY_00079673-SDNY_00081996 & SDNY_00083708 | 10 | | Disclosure material |
| | JPMC-SDNY_00000001-JPMC-SDNY_00000231 | 11 | | Disclosure material |
| | SDNY_00081997-SDNY_00083694 | 12 | | Disclosure material |
| | SDNY_00083695-SDNY_00083707 | 13 | | Highly Confidential disclosure material |
| | SDNY_00083726-SDNY_00084116 | 14 | | Disclosure material |
| **Production 4** | SDNY_00084117-SDNY_00090584 | 1 | | Disclosure material |
| | SDNY_00090585-SDNY_00091102 | 2 | | Disclosure material |
| | FNTIC_0000518-FNTIC_0790573 & REL0000000001.0001-REL0000014607 | 3 | | Disclosure material |
| | SDNY_00091103--SDNY_00091124 | 4 | | Disclosure material |
| | SDNY_00091125-SDNY_00091145 | 5 | | Disclosure material |
| | SDNY_00094483-SDNY_00096380 | 6 | | Disclosure material |
| | SDNY_00091146-SDNY_00091150 | 7 | | Disclosure material |

Case 1:19-cr-00366-LGS   Document 76-1   Filed 04/28/20   Page 4 of 10
Confidential
Production as of 3/18/2020

|  | Bates Range | # | Description | Classification |
|---|---|---|---|---|
|  | SDNY_00091151-SDNY_00094482 | 8 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Disclosure material |
| **Production 5** |  |  |  |  |
|  | SDNY_00096381-SDNY_00175649 | 1 | Results of consent search of email account ▓▓▓▓▓▓▓▓ | Highly Confidential disclosure material |
| **Production 6** |  |  |  |  |
|  | SDNY_00175650-SDNY_00175655 | 1 | Materials related to a Central District of California investigation of Jeffrey Yohai | Highly Confidential disclosure material |
|  | SDNY_00175656-SDNY_00176072 | 2 | OCC interview reports and exhibits as to ▓▓▓▓▓▓▓▓▓▓▓▓ | Highly Confidential disclosure material |
| **Production 7** |  |  |  |  |
|  | SCODOJ-00000001-SCODOJ-00002077 | 1 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 8** |  |  |  |  |
|  | SCODOJ-00002078-SCODOJ-00019933 | 1 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 9** |  |  |  |  |
|  | SCODOJ-00019934-SCODOJ-00279085 | 1 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 10** |  |  |  |  |
|  | SDNY_00176073-SDNY_00289205 | 1 | Reproduction of documents previously produced in Production 1 items 1-16, 18-19, 31, and 33; Production 2 items 1, 2 (SDNY stamps only), 3-4, and 6-21; Production 3 items 1-2, 4-7, 10, and 12-14; and Production 4 items 1-2 and 4-8 | Highly Confidential disclosure material |
| **Production 11** |  |  |  |  |
|  | SDNY_00289206-SDNY_00289277 | 1 | Documents concerning a payment made on June 26, 2017 | Highly Confidential disclosure material |
|  | SDNY_00289278-SDNY_00290158 & MLT-00000056-MLT-00000059 | 2 | Financial records from ▓▓▓▓▓▓▓▓ | Disclosure material |
|  | SPRUCE 0001-SPRUCE 0348 | 3 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 12** |  |  |  |  |
|  | SDNY_00290159-SDNY_00290162 | 1 | Pen register results for ▓▓▓▓▓▓ June 22, 2017-August 21, 2017 | Disclosure material |
| **Production 13** |  |  |  |  |
|  | DJTFP_SCO_00000789-DJTFP_SCO_00018624 | 1 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 14** |  |  |  |  |
|  | SDNY_00290163-SDNY_00290163 | 1 | Arrest Warrant for Stephen M. Calk, May 21, 2019 | Disclosure material |
|  | SDNY_00290164-SDNY_00290221 | 2 | Handwritten interview notes as to ▓▓▓▓▓▓▓▓▓▓ | Highly Confidential disclosure material |
|  | SDNY_00290222-SDNY_00296007 | 3 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 15** |  |  |  |  |
|  | SCODOJ-00279086-SCODOJ-06891530 | 1 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
|  | SCODOJ-06891531-SCODOJ-06893062 | 2 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 16** |  |  |  |  |
|  | SCOHD00000001-SCOHD00900304 | 1 | Documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
|  | SDNY_00296008-SDNY_00298360 | 2 | Redacted ▓▓▓▓▓▓▓▓▓▓ obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| **Production 17** |  |  |  |  |
|  | SDNY_00298361-SDNY_00298426 | 1 | Real property appraisals conducted for the United States Marshals Service | Highly Confidential disclosure material |
| **Production 18** |  |  |  |  |
|  | SCO24-0000001-SCO24-0000018 | 1 | ▓▓▓ documents obtained from the files of the Special Counsel's Office, July 10, 2018 | Highly Confidential disclosure material |
|  | SDNY_00298810-SDNY_00298810 | 2 | ▓▓▓▓▓▓ documents obtained from the files of the Special Counsel's Office, July 10, 2018 | Highly Confidential disclosure material |
|  | SDNY_00298427-SDNY_00298477 | 3 | ▓▓▓▓▓▓ documents obtained from the files of the Special Counsel's Office, April 26, 2018 | Highly Confidential disclosure material |
|  | FRBSPC-00106966-FRBSPC-00111683 | 4 | ▓▓▓▓▓▓ documents obtained from the files of the Special Counsel's Office, January, 19, 2018 | Highly Confidential disclosure material |
|  | FTI-024279-FTI-028126 | 5 | ▓▓▓▓▓▓ documents obtained from the files of the Special Counsel's Office, July 17, 2018 | Highly Confidential disclosure material |

| | Bates Range | No. | Description | Classification |
|---|---|---|---|---|
| | SCO-PROD05-001253-SCO-PROD05-001598, SCO-PROD05-001719, SCO-PROD05-001725 | 6 | [redacted] documents obtained from the files of the Special Counsel's Office, December 12, 2017 | Highly Confidential disclosure material |
| | HSBC_SCO_00014652-HSBC_SCO_00016257 & HSBC_SCO_020 | 7 | [redacted] documents obtained from the files of the Special Counsel's Office, January 12, 2018 | Highly Confidential disclosure material |
| | HSBC_SCO_00016262-HSBC_SCO_00016918 & VOLUME HSBC_SCO_025 | 8 | [redacted] documents obtained from the files of the Special Counsel's Office, July 17, 2018 | Highly Confidential disclosure material |
| | SCO-IRS-000001-SCO-IRS-000054 | 9 | [redacted] documents obtained from the files of the Special Counsel's Office, July 10, 2018 | Highly Confidential disclosure material |
| | JPMC011419-JPMC012869, JPMC00030751-JPMC00030828, JPMC0046295-JPMC00046300, SDNY_00298478-SDNY_00298481 | 10 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO27-JPMC-000001-SCO27-JPMC-000083 | 11 | [redacted] documents obtained from the files of the Special Counsel's Office, July 24, 2018 | Highly Confidential disclosure material |
| | SDNY_00298482-SDNY_00298809 | 12 | [redacted] documents obtained from the files of the Special Counsel's Office, July 20, 2018 | Highly Confidential disclosure material |
| | SCO27-KWC-000001-SCO27-KWC-000020 | 13 | [redacted] documents obtained from the files of the Special Counsel's Office, July 24, 2018 | Highly Confidential disclosure material |
| | SCO-PROD09-000892-SCO-PROD09-000922 | 14 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO-PROD09-000926-SCO-PROD09-000928 | 15 | [redacted]ocuments documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | MercGJ2_13261-MercGJ2_13284 | 16 | [redacted] documents obtained from the files of the Special Counsel's, January 12, 2018 | Highly Confidential disclosure material |
| | MercGJ2_029861-MercGJ2_033858 | 17 | [redacted] documents obtained from the files of the Special Counsel's Office, January 19, 2018 | Highly Confidential disclosure material |
| | MercGJ2_17641-MercGJ2_26233 | 18 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO9-MI-000001-SCO9-MI-000001 | 19 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO21-MOODY-000001, SCO21-MOODY-000003-SCO21-MOODY-000004 | 20 | [redacted] documents obtained from the files of the Special Counsel's Office, June 20, 2018 | Highly Confidential disclosure material |
| | SCO25-MOODY-000001-SCO25-MOODY-000001 | 21 | [redacted] documents obtained from the files of the Special Counsel's Office, July 17, 2018 | Highly Confidential disclosure material |
| | MS_DOJ_007013-MS_DOJ_007682 (with numbering gaps) | 22 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | NKSFB0000002184-NKSFB0000098598 (with numbering gaps) | 23 | [redacted] documents obtained from the files of the Special Counsel's Office, July 5, 2018 | Highly Confidential disclosure material |
| | NKSFB0000056748-NKSFB0000067583 | 24 | [redacted] documents obtained from the files of the Special Counsel's Office, July 5, 2018 | Highly Confidential disclosure material |
| | SCO-PROD09-001000-SCO-PROD09-001085 | 25 | [redacted] records obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO-PROD09-000858-SCO-PROD09-000865, SCO-PROD09-000867-SCO-PROD-000887 & SCO-PROD09-000932-SCO-PROD09-000937 | 26 | Miscellaneous documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO-PROD12-000001-SCO-PROD12-000031 | 27 | Miscellaneous documents obtained from the files of the Special Counsel's Office, March 2, 2018 | Highly Confidential disclosure material |
| | SC08-PHH-000001-SC08-PHH-001764 | 28 | [redacted]ocuments documents obtained from the files of the Special Counsel's Office, January 1, 2018 | Highly Confidential disclosure material |
| | SCO-PROD09-000866-SCO-PROD09-000866 | 29 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO-PROD09-000929-SCO-PROD09-000931 | 30 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO9-Sab-000001-SCO9-Sab-001317 (with numbering gaps) & SDNY_00298812-SDNY_00298814 | 31 | [redacted] documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | SCO-SWL-000001-SCO-SWL-000033 | 32 | [redacted] documents obtained from the files of the Special Counsel's Office, May 21, 2018 | Highly Confidential disclosure material |
| | SDNY_00298811-SDNY_00298811 | 33 | [redacted] evidence obtained from the files of the Special Counsel's Office, November 8, 2019 | Highly Confidential disclosure material |
| | SA 000874-SA 000875 | 34 | [redacted] documents obtained from the files of the Special Counsel's Office, January 19, 2018 | Highly Confidential disclosure material |
| | SAU 198151-SAU 201116 | 35 | [redacted] documents obtained from the files of the Special Counsel's Office, March 2, 2018 | Highly Confidential disclosure material |

| | Bates Range | No. | Description | Classification |
|---|---|---|---|---|
| | SAU 280077-SAU 280079 | 36 | ▓▓▓ documents obtained from the files of the Special Counsel's Office, July 17, 2018 | Highly Confidential disclosure material |
| | SAU 201007-SAU 201015, SAU 247385-SAU 279637 (with numbering gaps) & SAU 280081-SAU 281558 | 37 | ▓▓▓ documents obtained from the files of the Special Counsel's Office, July 17, 2018 | Highly Confidential disclosure material |
| | SCO12-SUN-000030-SCO12-SUN-000086 | 38 | ▓ documents documents obtained from the files of the Special Counsel's Office, March 2, 2018 | Highly Confidential disclosure material |
| | SCO26-SUN-000002-SCO26-SUN-000236 | 39 | ▓ documents documents obtained from the files of the Special Counsel's Office, July 20, 2018 | Highly Confidential disclosure material |
| | SCO27-SUN-000001-SCO27-SUN-000025 | 40 | ▓ documents documents obtained from the files of the Special Counsel's Office, July 24, 2018 | Highly Confidential disclosure material |
| | TDBNA-0000614-TDBNA-0000615 | 41 | ▓ documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | UBS_SCO_00051918-UBS_SCO_00068769 | 42 | ▓ documents documents obtained from the files of the Special Counsel's Office, January 19, 2018 | Highly Confidential disclosure material |
| | UBS_SCO_00042022-UBS_SCO_00047509 | 43 | ▓ documents documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | UBS_SCO_00068770-UBS_SCO_00069484 | 44 | ▓ documents documents obtained from the files of the Special Counsel's Office, March 2, 2018 | Highly Confidential disclosure material |
| | UBS_SCO_00074120-UBS_SCO_00074253 | 45 | ▓ documents documents obtained from the files of the Special Counsel's Office, May 5, 2018 | Highly Confidential disclosure material |
| | SCO8-UB-000015-SCO8-UB-000073 | 46 | ▓ documents obtained from the files of the Special Counsel's Office, January 19, 2018 | Highly Confidential disclosure material |
| | DOJ_OSC3_00026529-DOJ_OSC3_00028281, DOJ_OSC3_00021730-DOJ_OSC3_00021815 | 47 | ▓▓▓ documents obtained from the files of the Special Counsel's Office, January 12, 2018 | Highly Confidential disclosure material |
| | DOJ_OSC3_00000001-DOJ_OSC3_00002805 & DOJ_OSC3_00026269-DOJ_OSC3_00026473 | 48 | ▓▓▓ documents obtained from the files of the Special Counsel's Office, January 30, 2018 | Highly Confidential disclosure material |
| | DOJ_OSC3_00029751-DOJ_OSC3_00029779 | 49 | ▓ documents obtained from the files of the Special Counsel's Office, July 17, 2018 | Highly Confidential disclosure material |
| | DOJ_OSC3_00029780-DOJ_OSC3_00029861 | 50 | ▓ documents obtained from the files of the Special Counsel's Office, July 20, 2018 | Highly Confidential disclosure material |
| | DOJ_OSC3_00029862-DOJ_OSC3_00074329 | 51 | ▓ documents obtained from the files of the Special Counsel's Office, July 24, 2018 | Highly Confidential disclosure material |
| | | | | |
| **Production 19** | SCO-IRS-000055-SCO-IRS-001263 & SDNY_00298814-SDNY_00298895 | 1 | ▓▓▓ obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| | | | | |
| **Production 20** | SDNY_00298896 | 1 | ▓ documents obtained from the files of the Special Counsel's Office, October 25, 2018 | Highly Confidential disclosure material |
| | SDNY_00298897 | 2 | ▓▓ documents obtained from the files of the Special Counsel's Office, September 8, 2014 | Highly Confidential disclosure material |
| | SDNY_00298898 | 3 | ▓ documents obtained from the files of the Special Counsel's Office, October 12, 2016 Password ▓ | Highly Confidential disclosure material |
| | SDNY_00298899 | 4 | ▓▓ documents obtained from the files of the Special Counsel's Office, May 17, 2017 | Highly Confidential disclosure material |
| | SDNY_00298900 | 5 | ▓▓ documents obtained from the files of the Special Counsel's Office, September 6, 2017 | Highly Confidential disclosure material |
| | SDNY_00298901 | 6 | ▓ documents obtained from the files of the Special Counsel's Office, October 2, 2017 and April 17, 2018 | Highly Confidential disclosure material |
| | SDNY_00298902 | 7 | ▓ documents obtained from the files of the Special Counsel's Office, May 17, 2017 | Highly Confidential disclosure material |
| | SDNY_00298903 | 8 | ▓ documents obtained from the files of the Special Counsel's Office, August 31, 2017 | Highly Confidential disclosure material |
| | SDNY_00298904 | 9 | ▓ documents obtained from the files of the Special Counsel's Office, February 2, 2018 | Highly Confidential disclosure material |
| | SDNY_00298905 | 10 | ▓ documents obtained from the files of the Special Counsel's Office, June 23, 2014 | Highly Confidential disclosure material |
| | SDNY_00298906 | 11 | ▓ documents obtained from the files of the Special Counsel's Office, September 25, 2014 | Highly Confidential disclosure material |
| | SDNY_00298907 | 12 | ▓ documents obtained from the files of the Special Counsel's Office, June 25, 2018 and June 29, 2018 | Highly Confidential disclosure material |
| | SDNY_00298908 | 13 | ▓ documents obtained from the files of the Special Counsel's Office, October 31, 2017 | Highly Confidential disclosure material |

| | | | |
|---|---|---|---|
| | ██████████ ocuments obtained from the files of the Special Counsel's Office, October 19, 2018, November 1, 2018, and November 13, 2018 | | Highly Confidential disclosure material |
| SDNY_00298909 | 14   ██████ 2018-10-19 (email) Password: █████████ | | |
| SDNY_00298910 | 15  ██████████ documents obtained from the files of the Special Counsel's Office, October 27, 2017 | | Highly Confidential disclosure material |
| SDNY_00298911 | 16  ██████████ ocuments obtained from the files of the Special Counsel's Office, May 27, 2017 | | Highly Confidential disclosure material |
| SDNY_00298912 | 17  █████████ documents obtained from the files of the Special Counsel's Office, varying dates from August 14, 2017- November 14, 2017 | | Highly Confidential disclosure material |
| SDNY_00298913 | 18  █████████ documents obtained from the files of the Special Counsel's Office, September 15, 2017 and September 26, 2017 | | Highly Confidential disclosure material |
| SDNY_00298914 | 19  █████████ documents obtained from the files of the Special Counsel's Office, August 14, 2018 | | Highly Confidential disclosure material |
| SDNY_00298915 | 20  █████████ documents obtained from the files of the Special Counsel's Office, September 10, 2014 | | Highly Confidential disclosure material |
| SDNY_00298916 | 21  █████████ documents obtained from the files of the Special Counsel's Office, July 27, 2016 | | Highly Confidential disclosure material |
| SDNY_00298917 | 22  ████████████ documents obtained from the files of the Special Counsel's Office, August 25, 2017 | | Highly Confidential disclosure material |
| SDNY_00298918 | 23  ██████████████ documents obtained from the files of the Special Counsel's Office, August 29, 2017 | | Highly Confidential disclosure material |
| SDNY_00298919 | 24   ████████████ documents obtained from the files of the Special Counsel's Office, varying dates from July 28, 2017- December 1, 2017   07.28.2017 Password: ████   2017-08-04 Password ████████████   2017-09-08 Password ████████████ | | Highly Confidential disclosure material |
| SDNY_00298920 | 25  ███████████ documents obtained from the files of the Special Counsel's Office, September 27, 2017 | | Highly Confidential disclosure material |
| SDNY_00298921 | 26   ████████████ documents obtained from the files of the Special Counsel's Office, November 3, 2017 and November 9, 2017   2017-11-03 Password: ████████████   2017-11-09 Password: ████ | | Highly Confidential disclosure material |
| SDNY_00298922 | 27  ███████████ documents obtained from the files of the Special Counsel's Office, August 30, 2016 | | Highly Confidential disclosure material |
| SDNY_00298923 | 28  ██████████ documents obtained from the files of the Special Counsel's Office, June 19, 2017 | | Highly Confidential disclosure material |
| SDNY_00298924 | 29  ██████████ documents obtained from the files of the Special Counsel's Office, August 8, 2018 | | Highly Confidential disclosure material |
| SDNY_00298925 | 30  ██████████ documents obtained from the files of the Special Counsel's Office,  January 22, 2019 | | Highly Confidential disclosure material |
| SDNY_00298926 | 31  ████████ documents obtained from the files of the Special Counsel's Office, varying dates from July 19, 2017- September 13, 2017 | | Highly Confidential disclosure material |
| SDNY_00298927 | 32  █████████ documents obtained from the files of the Special Counsel's Office, October 10, 2017, July 18, 2018, and July 20, 2018 | | Highly Confidential disclosure material |
| SDNY_00298928 | 33  █████████ ocuments obtained from the files of the Special Counsel's Office, November 2, 2018 | | Highly Confidential disclosure material |
| SDNY_00298929 | 34  ████████ documents obtained from the files of the Special Counsel's Office, September 14, 2017 and September 15, 2017 | | Highly Confidential disclosure material |
| SDNY_00298930 | 35  ██████████ documents obtained from the files of the Special Counsel's Office, November 22, 2017, December 15, 2017, and March 8, 2018 | | Highly Confidential disclosure material |
| SDNY_00298931 | 36  ██████████ documents obtained from the files of the Special Counsel's Office, varying dates from May 18, 2017- July 7, 2017 | | Highly Confidential disclosure material |
| SDNY_00298932 | 37  ████████ documents obtained from the files of the Special Counsel's Office, varying dates from August 3, 2017- November 17, 2017 | | Highly Confidential disclosure material |
| SDNY_00298933 | 38  ███████ voluntary production obtained from the files of the Special Counsel's Office,  September 26, 2017 | | Highly Confidential disclosure material |
| SDNY_00298934 | 39  █████████ documents obtained from the files of the Special Counsel's Office, June 6, 2014 | | Highly Confidential disclosure material |
| SDNY_00298935 | 40  █████████ documents obtained from the files of the Special Counsel's Office, June 26, 2014 | | Highly Confidential disclosure material |
| SDNY_00298936 | 41  █████████ documents obtained from the files of the Special Counsel's Office, May 9, 2018 | | Highly Confidential disclosure material |
| SDNY_00298937 | 42  █████████ documents obtained from the files of the Special Counsel's Office, June 15, 2018 | | Highly Confidential disclosure material |

| | | | |
|---|---|---|---|
| | SDNY_00298938 | 43 | ███ documents obtained from the files of the Special Counsel's Office, varying dates from September 15, 2017- December 5, 2017 | Highly Confidential disclosure material |
| | SDNY_00298939 | 44 | ███ documents obtained from the files of the Special Counsel's Office, December 27, 2017 | Highly Confidential disclosure material |
| | SDNY_00298940 | 45 | ███ documents obtained from the files of the Special Counsel's Office, November 3, 2017 | Highly Confidential disclosure material |
| | SDNY_00298941 | 47 | ███ documents obtained from the files of the Special Counsel's Office, varying dates from May 18, 2017- August 18, 2017 | Highly Confidential disclosure material |
| | SDNY_00298942 | 48 | ███ documents obtained from the files of the Special Counsel's Office, November 7, 2017 and December 4, 2017 | Highly Confidential disclosure material |
| | SDNY_00298943 | 49 | ███ documents obtained from the files of the Special Counsel's Office, September 15, 2017 | Highly Confidential disclosure material |
| | SDNY_00298944 | 50 | ███ documents obtained from the files of the Special Counsel's Office, May 29, 2018 | Highly Confidential disclosure material |
| | SDNY_00298945 | 51 | ███ documents obtained from the files of the Special Counsel's Office, August 5, 2017 | Highly Confidential disclosure material |
| | SDNY_00298946 | 52 | ███ documents obtained from the files of the Special Counsel's Office, September 25, 2017 | Highly Confidential disclosure material |
| | SDNY_00298947 | 53 | ███ documents obtained from the files of the Special Counsel's Office, October 19, 2017 | Highly Confidential disclosure material |
| | SDNY_00298948 | 54 | ███ documents obtained from the files of the Special Counsel's Office, October 22, 2018 | Highly Confidential disclosure material |
| | SDNY_00298949 | 55 | ███ ocuments obtained from the files of the Special Counsel's Office, May 15, 2017 and June 7, 2017 | Highly Confidential disclosure material |
| | SDNY_00298950 | 56 | ███ documents obtained from the files of the Special Counsel's Office, September 28, 2017 | Highly Confidential disclosure material |
| | SDNY_00298951 | 58 | ███ documents obtained from the files of the Special Counsel's Office, January 11, 2018 | Highly Confidential disclosure material |
| | SDNY_00298952 | 59 | ███ documents obtained from the files of the Special Counsel's Office | Highly Confidential disclosure material |
| | SDNY_00298953 | 60 | ███ Companies documents obtained from the files of the Special Counsel's Office, September 8, 2017 | Highly Confidential disclosure material |
| | SDNY_00298954 | 61 | ███ documents obtained from the files of the Special Counsel's Office, May 12, 2017 | Highly Confidential disclosure material |
| | SDNY_00298955 | 62 | ███ ocuments obtained from the files of the Special Counsel's Office, September 27, 2017 and October 20, 2017 | Highly Confidential disclosure material |
| | SDNY_00298956-SDNY_00298957 | 63 | ███ documents obtained from the files of the Special Counsel's Office, varying dates from August 11, 2017- September 29, 2017 | Highly Confidential disclosure material |
| | SDNY_00298958 | 64 | ███ documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure material |
| | SDNY_00298959 | 65 | ███ documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure material |
| | SDNY_00298960 | 66 | ███ ocuments obtained from the files of the Special Counsel's Office, August 6, 2014 | Highly Confidential disclosure material |
| | SDNY_00298961 | 67 | ███ documents obtained from the files of the Special Counsel's Office, October 23, 2017 | Highly Confidential disclosure material |
| | SDNY_00298962 | 68 | ███ documents obtained from the files of the Special Counsel's Office, December 14, 2017 | Highly Confidential disclosure material |
| | SDNY_00298963 | 69 | ███ documents obtained from the files of the Special Counsel's Office, October 12, 2017 | Highly Confidential disclosure material |
| | SDNY_00298964 | 70 | ███ documents obtained from the files of the Special Counsel's Office, September 27, 2017 | Highly Confidential disclosure material |
| | SDNY_00298965 | 71 | ███ documents obtained from the files of the Special Counsel's Office, September 25, 2017, November 3, 2017, and May 19, 2018 | Highly Confidential disclosure material |
| | SDNY_00298966 | 72 | ███ ocuments obtained from the files of the Special Counsel's Office, November 19, 2018 and November 20, 2018 | Highly Confidential disclosure material |
| | SDNY_00298967 | 73 | ███ documents obtained from the files of the Special Counsel's Office, September 6, 2017 | Highly Confidential disclosure material |
| | SDNY_00298968 | 74 | ███ documents obtained from the files of the Special Counsel's Office, September 28, 2017 and October 4, 2017 | Highly Confidential disclosure material |
| | SDNY_00298969 | 75 | ███ documents obtained from the files of the Special Counsel's Office, varying dates from June 26, 2018 to August 8, 2018 | Highly Confidential disclosure material |
| | SDNY_00298970 | 76 | ███ documents obtained from the files of the Special Counsel's Office, varying dates from March 22, 2017 to September 9, 2018 | Highly Confidential disclosure material |
| | SDNY_00298971 | 77 | ███ ocuments obtained from the files of the Special Counsel's Office, August 13, 2018 | Highly Confidential disclosure material |

| | | | |
|---|---|---|---|
| ████████████ | ████████ | █████████ ocuments obtained from the files of the | Highly Confidential disclosure |
| SDNY_00298972 | 78 | Special Counsel's Office, May 9, 2017 | material |
| ███████████ | | documents obtained from the files of the Special Counsel's | |
| | | Office, February 12, 2018 | |
| | | Passwords: | |
| | | ████████████████████ | |
| | | | Highly Confidential disclosure |
| SDNY_00298973 | 79 | | material |
| █████████ | | █████ documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298974 | 80 | Office, October 18, 2017 | material |
| ███████ | | documents obtained from the files of the Special | Highly Confidential disclosure |
| SDNY_00298975 | 81 | Counsel's Office, August 14, 2017 | material |
| ███████ | | documents obtained from the files of the Special | Highly Confidential disclosure |
| SDNY_00298976 | 82 | Counsel's Office, October 27, 2017 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298977 | 83 | Office, August 18, 2017 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298978 | 84 | Office, August 9, 2017 and September 1, 2017 | material |
| ███████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298979 | 85 | Office, September 8, 2017 and September 21, 2017 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298980 | 86 | Office, October 3, 2017 and October 19, 2017 | material |
| ██████ | | ocuments obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298981 | 87 | Office, August 30, 2017 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298982 | 88 | Office, August 4, 2017 and August 10, 2017 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298983 | 89 | Office, June 15, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298984 | 90 | Office, July 20, 2016 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298985 | 91 | Office, December 18, 2017 | material |
| ██████ | | documents obtained from the files of the Special | Highly Confidential disclosure |
| SDNY_00298986 | 92 | Counsel's Office, varying dates from August 18, 2017 to May 16, 2018 | material |
| ██████ | | documents obtained from the files of the Special | Highly Confidential disclosure |
| SDNY_00298987 | 93 | Counsel's Office, May 10, 2017 | material |
| ██████ | | ocuments obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298988 | 94 | Office, January 9, 2018 | material |
| ████████ | | documents obtained from the files of the Special | Highly Confidential disclosure |
| SDNY_00298989 | 95 | Counsel's Office, January 31, 2018, March 16, 2018, and April 3, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00298990 | 97 | August 4, 2017 | material |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00298991 | 98 | August 27, 2017 | material |
| ██████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298992 | 99 | Office, varying dates from May 17, 2017 to November 1, 2017 | material |
| █████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298993 | 100 | Office, varying dates from November 6, 2017 to December 15, 2017 | material |
| █████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298994 | 101 | Office, August 14, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's | Highly Confidential disclosure |
| SDNY_00298995 | 102 | Office, July 2, 2014 | material |
| | | | Highly Confidential disclosure |
| ████ | | ocuments obtained from the files of the Special Counsel's Office | material |
| SDNY_00298996 | 103 | | |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00298997 | 104 | June 5, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00298998 | 105 | June 22, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00298999 | 106 | June 4, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00299000 | 107 | June 22, 2018 | material |
| █████ | | documents obtained from the files of the Special Counsel's Office, | Highly Confidential disclosure |
| SDNY_00299001 | 108 | June 26, 2018 | material |

| | | | |
|---|---|---|---|
| | SDNY_00299002 | 109 | ███████████ documents obtained from the files of the Special Counsel's Office, September 8, 2017 | Highly Confidential disclosure material |
| | SDNY_00299003 | 110 | ██████████ documents obtained from the files of the Special Counsel's Office, Ausgut 16, 2017 | Highly Confidential disclosure material |
| | SDNY_00299004 | 111 | ███████████ documents obtained from the files of the Special Counsel's Office, October 12, 2017 | Highly Confidential disclosure material |
| | SDNY_00299005 | 112 | ██████████ documents obtained from the files of the Special Counsel's Office, October 25, 2018 | Highly Confidential disclosure material |