Application GRANTED.  The Government shall make its expert disclosures, if any, by **June 1, 2020**; Defendant shall make his expert disclosures, if any, by **June 22, 2020**; and the Government shall make its rebuttal expert disclosures, if any, by **July 13, 2020**.

So Ordered.

Dated: May 7, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully request that the Court set a schedule for expert disclosures pursuant to Fed. R. Crim. P. 16(a)(1)(G) and (b)(1)(C).  The Government respectfully requests that the Court set the following schedule:

- Government's expert disclosures, if any, due June 1, 2020
- Defendant's expert disclosures, if any, due June 22, 2020
- Government's rebuttal expert disclosures, if any, due July 13, 2020

    Counsel for the defendant has advised that they consent to the proposed schedule.  Accordingly, the Government respectfully requests that the schedule, which provides for expert disclosures to be complete before the July 27, 2020 motion in limine deadline, be approved.

    Respectfully submitted,

    AUDREY STRAUSS
    Attorney for the United States
    Acting Under Authority Conferred by
    28 U.S.C. § 515

by: /s/ Paul M. Monteleoni
    Paul M. Monteleoni
    Douglas S. Zolkind
    Benet J. Kearney
    Assistant United States Attorneys
    (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)