**Kramer Levin**

Paul H. Schoeman
Partner
T 212.715.9264
F 212.715.8064
PSchoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**May 27, 2020**

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    We represent the defendant, Stephen M. Calk, in the above-captioned case. We write to respectfully request a temporary modification of the conditions of Mr. Calk's pretrial release to permit him to travel to Hawaii. Mr. Calk's travel is currently restricted to the continental United States. Mr. Calk, who resides in Illinois, would like to travel to Hawaii from July 31, 2020 to August 10, 2020 for a family trip. Pretrial Services has advised that it has no objection to this request and the government has advised that it takes no position. If the Court approves the requested modification to permit Mr. Calk to travel to Hawaii, he will provide the complete itinerary to Pretrial Services and comply with any other conditions required by his supervising officer.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman
Darren A. LaVerne

cc:    All counsel (via ECF)