UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                 :
UNITED STATES OF AMERICA,          :
                              Plaintiff,    :
                                                 :          19 Cr. 366 (LGS)
                    -against-                    :
                                                 :          <u>ORDER</u>
STEPHEN M. CALK,                     :
                                  Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the parties have fully briefed Defendant's motion for an order compelling the government (i) to identify its anticipated trial exhibits, any *Brady* material and trial witnesses; and (ii) to certify to the Court that its discovery production is now complete, and for any other relief as the Court may deem just and proper. It is hereby

       **ORDERED** that the parties appear for oral argument on **July 2, 2020 at 10:50 a.m.** The parties are advised that the Court may issue an oral ruling following argument.

Dated: June 16, 2020
       New York, New York

                                                                                                                                               LORNA G. SCHOFIELD
                                                       **UNITED STATES DISTRICT JUDGE**