```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                                Plaintiff,                  :
                                                            :    19 Cr. 366 (LGS)
                -against-                                   :
                                                            :       ORDER
   STEPHEN M. CALK,                                         :
                                Defendant,                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference scheduled to hear oral argument on Defendant's motion to compel discovery (Dkt. No. 66) is hereby moved to **July 2, 2020 at 9:45 a.m.**  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The conference will occur on the following conference call line:

   Dial-in: 888-363-4749

   Access code: 5583333

The parties' application to adjourn the trial date (Dkt. No. 89) will be discussed at the conference.

Dated: June 30, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**