UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                Plaintiff,

                  -against-

    STEPHEN M. CALK,
                                Defendant,
------------------------------------------------------------ X

19 Cr. 366 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on July 2, 2020, to hear oral argument on Defendant's motion to compel discovery pursuant to Federal Rule of Criminal Procedure 16(d)(2)(D) and a court's inherent authority to oversee discovery (Dkt. No. 66), and to address the parties' application to adjourn the trial (Dkt. No. 89). For the reasons stated at the conference, it is hereby

      **ORDERED** that Defendant's motion to compel identification of *Brady* materials and certification for completion of production is DENIED. It is further

      **ORDERED** that the parties shall meet and confer on a schedule for pretrial disclosures of witness and exhibit lists and shall file a joint letter by **July 9, 2020**, apprising the Court of the outcome of discussions. If the parties cannot agree on a schedule, the Court will rule on Defendant's motion to compel such disclosures. It is further

      **ORDERED** that the trial scheduled for September 3, 2020, at 9:45 a.m., is hereby adjourned to **December 1, 2020, at 9:45 a.m.** The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule. For the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today and December 1, 2020, outweigh the best interests of the public and the defendant in a speedy

trial under 18 U.S.C. 3161(h)(7)(A).  It is further

**ORDERED** that the parties shall file by **October 23, 2020,** any motions in limine, and by **October 30, 2020,** any responses to the motions.  It is further,

**ORDERED** that the parties shall file by **October 30, 2020**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further,

**ORDERED** that the parties shall appear for a final pretrial conference on **November 20, 2020 at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

The Clerk of Court is respectfully directed to close Dkt. Nos. 66 and 89.

Dated: July 2, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**