```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :       19 Cr. 366 (LGS)
                -against-                                   :
                                                            :            ORDER
STEPHEN M. CALK,                                            :
                              Defendant,                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on July 2, 2020, to hear oral argument on Defendant's motion to compel discovery pursuant to Federal Rule of Criminal Procedure 16(d)(2)(D) and a court's inherent authority to oversee discovery (Dkt. No. 66);

WHEREAS, Defendant's motion to compel identification of *Brady* materials and certification for completion of production was denied (Dkt No. 93). The parties were directed to meet and confer on a schedule for pretrial disclosures of witness and exhibit lists and were advised that if the parties could not agree on a schedule, the Court would rule on Defendant's motion to compel such disclosures;

WHEREAS, by letter dated July 9, 2020, the parties informed the Court that they were unable to agree on a schedule for such disclosures (Dkt. No. 94). It is hereby

**ORDERED** that Defendant's request is GRANTED in part. Five weeks in advance of trial, the Government shall identify potential exhibits it may introduce, and witnesses it may call, in its

case-in-chief.  Two weeks thereafter, Defendant shall identify potential exhibits he may introduce in the defense case, including non-impeachment exhibits he may introduce in connection with cross examination of the Government's witnesses, and witnesses he may call, in the defense case.

Dated: July 10, 2020
      New York, New York

                                                 **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**