UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                    Plaintiff,                :
                                                              :      19 Cr. 366 (LGS)
                    -against-                                 :
                                                              :            ORDER
STEPHEN M. CALK,                                              :
                                    Defendant,                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order at Dkt. No. 93, the jury trial was scheduled to commence on December 1, 2020, at 9:45 a.m.;

WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19. It is hereby

**ORDERED** that the parties are advised that jury trials will resume, and the jury trial in this action shall commence on **December 2, 2020 at 9:45 A.M.** This is a firm trial date and has been set in conjunction with other trial dates in this District. Because the District's capacity to host jury trials is limited by current safety protocols, this date cannot be readily moved. The parties are reminded that the estimated duration of the trial is twenty days. The final pretrial conference previously scheduled to take place on November 20, 2020 at 11:00 a.m. will be held telephonically on the following conference call line: 888-363-4749, access code: 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 4, 2020
       New York, New York

                                                   _____
                                                   **LORNA G. SCHOFIELD**
                                                   **UNITED STATES DISTRICT JUDGE**