

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

      The Government submits this letter to respectfully request that the Court provide a telephone conference line capable of accommodating large numbers of participants for tomorrow's conference.

      The Government is mindful that the Court directed the parties to provide such a line (Dkt. 103), but the Government understands that neither party has ready access to a conference line that can accommodate large numbers of participants so as to provide full access to all counsel and any members of the public wishing to attend.  The Government understands the Court has access to such a conference line, as was used at the April 23 and July 2, 2020 conferences, and respectfully requests that the Court provide such a conference line for tomorrow's conference.[1]

---

[1] In advance of the April 23, 2020 conference, the Court originally ordered the parties to provide such a conference line (Dkt. 62), and following the parties advising the Court's deputy that they did not have ready access to such a line, the Court provided the line for the conference (Dkt. 65).

We thank you for your consideration of this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/  Paul M. Monteleoni
Paul M. Monteleoni
Douglas S. Zolkind
Benet J. Kearney
Assistant United States Attorneys
(212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)