```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                              Plaintiff,                      :
                                                              :       19 Cr. 366 (LGS)
              -against-                                       :
                                                              :           ORDER
STEPHEN M. CALK,                                              :
                              Defendant,                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a telephonic status conference was held on September 17, 2020.  It is hereby

**ORDERED** that a telephonic status conference will be held on **October 15, 2020, at 12:00 p.m.** on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The parties shall meet and confer in advance of the conference on any proposal related to witnesses or the trial date.

Dated: September 17, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**