

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 16, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:    *United States* v. *Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

     The Government respectfully submits this letter pursuant to the Court's order dated October 15, 2020 (Dkt. 113) approving the Government's request to file a redacted version of Exhibit A to the Government's letter motion dated October 14, 2020 (Dkt. 112).  The redacted exhibit is attached hereto.

                  Respectfully submitted,

                  AUDREY STRAUSS
                  Acting United States Attorney

          by: /s/_____
                  Paul M. Monteleoni
                  Douglas S. Zolkind
                  Benet J. Kearney
                  Assistant United States Attorneys
                  (212) 637-2219/2418/2260

cc: All counsel of record (via ECF)