# Kramer Levin

| Paul H. Schoeman | 1177 Avenue of the Americas |
| --- | --- |
| Partner | New York, NY 10036 |
| T 212.715.9264 | T 212.715.9100 |
| F 212.715.8064 | F 212.715.8000 |
| PSchoeman@kramerlevin.com | |

**October 19, 2020**

> The application is **GRANTED** in part. The parties' deadline to respond to any motions *in limine* (*see* Dkt. No. 93), is extended to **November 13, 2020**.
>
> The parties' request to file replies to the motions *in limine* is **DENIED**. *See* Individual Rule IV.B.3.
>
> Dated: October 20, 2020
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

We write with the consent of the government to request a modification of the briefing schedule for the parties' motions *in limine*, which will be filed on October 23, 2020, as previously scheduled. (*See* Dkt No. 93).

The parties jointly request that the time to respond to the motions be extended from October 30 to November 13, 2020, and that the parties be permitted to file replies on or before November 20, 2020.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman
Darren A. LaVerne

cc:   All counsel (via ECF)

KRAMER LEVIN NAFTALIS & FRANKEL LLP       NEW YORK | SILICON VALLEY | PARIS
KL3 3315160.1