UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19 Cr. 366 (LGS) |
| - against - | **NOTICE OF MOTION** |
| STEPHEN M. CALK, | |
| *Defendant*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Declaration of Paul H. Schoeman, Esq., dated October 23, 2020, the accompanying Memorandum of Law, and all prior papers and proceedings in this action, the defendant Stephen M. Calk, by his undersigned attorneys, will move this Court before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse for the Southern District of New York, at a date and time to be determined by the Court, for an order precluding the testimony of the government's proposed expert witnesses, and for any other relief as the Court may deem just and proper.

Defendant respectfully requests oral argument in connection with this motion.

Dated:  New York, New York
        October 23, 2020

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: */s/ Paul H. Schoeman*
    Paul H. Schoeman
    Darren A. LaVerne
    1177 Avenue of the Americas
    New York, NY 10036
    Telephone: 212.715.9100

KL3 3315091.1

2

                        LOEB & LOEB LLP

                        Jeremy Margolis  
                        Joseph J. Duffy  
                        321 N. Clark Street  
                        Chicago, IL 60654  
                        Telephone: 312.464.3100

*Attorneys for Defendant Stephen M. Calk*

2