UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
            -v.-                                            :    19 Cr. 366 (LGS)
                                                            :
STEPHEN M. CALK,                                            :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------x

## NOTICE OF MOTIONS *IN LIMINE*

PLEASE TAKE NOTICE, that based upon the accompanying memorandum of law, the United States of America, by and through its undersigned counsel, hereby respectfully moves this Court *in limine* for orders (1) excluding the testimony of the defense expert Dr. Andrew Carron; (2) precluding evidence or argument that the quality of the loans, or fraud against the defendant, are defenses to the charged bribery offense; (3) precluding evidence or argument concerning the defendant's prior commission of "good acts"; (4) precluding evidence of irrelevant facts intended to elicit juror sympathy; and (5) precluding evidence or argument that the charges against the defendant are politically or otherwise improperly motivated.

The Government respectfully requests oral argument on its motions.

Dated: New York, New York
October 23, 2020

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

By:   /s/
                        Paul M. Monteleoni
                        Douglas S. Zolkind
                        Benet J. Kearney
                        Assistant United States Attorneys
                        Tel.: (212) 637-2219/2418/2260
                        E-mail: paul.monteleoni@usdoj.gov
                                          douglas.zolkind@usdoj.gov
                                          benet.kearney@usdoj.gov