# Exhibit 7

| From: | Matthew MacDonald |
|---|---|
| Sent: | Friday, November 11, 2016 3:22 PM |
| To: | Dennis Raico; Javier Ubarri; Jim Brennan; Eric Buteyn |
| Cc: | Steve Calk |
| Subject: | RE: Manafort $9.5 Mil, encompass file ▮▮▮▮ |
| Attachments: | Manafort.xlsx |

Dennis,

Per our conversation, I was able to review Mr. and Mrs. Manafort's tax returns. I added all the distributions from each K-1 which approximates to $4.6MM for 2015. Paul also has capital calls in the amount of $2.4MM that typically would need to be deducted from distribution income. However, if we can get a CPA letter to verify that the client is not required to make cap calls then I would recommend we do not deduct from his income calculation.

I do not have the ability to finish the underwrite today but I would feel confident in issuing a term sheet or a commitment to the borrower. Back end ratios are in the 20% range. Please let me know if you have any questions otherwise I will have Eric work this up early next week.

| | | | | | |
|---|---|---|---|---|---|
| IC Soho Holdings, LLC Paul | $ | 1,500 | $ - | $ 452,395 | $ 453,895 |
| TOTALS | $ | 4,662,037 | 5474756 | 3055674 | $ 2,397,404 |
| | | | | | |
| Monthly K-1 income | $ | 388,503 | | | |
| | | | | | |
| Schedule C income | $ | 14,583 | | | |
| | | | | | |
| Monthly capital calls | $ | (199,784) | | | |

Regards,



Matt MacDonald, *Underwriting Manager*
**The Federal Savings Bank** | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607
**direct:** ▮▮▮▮▮▮
**email:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**web:** www.thefederalsavingsbank.com
*NMLS# 1254803*

 

1

**From:** Dennis Raico
**Sent:** Thursday, November 10, 2016 4:34 PM
**To:** Javier Ubarri ; Jim Brennan ; Eric Buteyn ; Matthew MacDonald
**Subject:** RE: Manafort $9.5 Mil, encompass file

Javier,

Sounds good – let me know if you received my last e-mail to you and Jim, which included the income analysis from the MD Ops.  Thanks!



Dennis Raico, *Senior Vice President*
**The Federal Savings Bank** | 120 Broadway, 29th Floor, Suite 2950, New York, NY 10271
**direct:**
**fax:**
**cell:**
**email:**
**web:** www.thefederalsavingsbank.com/dennisraico
NMLS# 1186262

 

---

**From:** Javier Ubarri
**Sent:** Thursday, November 10, 2016 5:24 PM
**To:** Jim Brennan ; Dennis Raico ; Eric Buteyn ; Matthew MacDonald
**Subject:** RE: Manafort $9.5 Mil, encompass file #

If we are considering this as a portfolio loan its important that Matt or Eric looks at it.
Javier

Javier Ubarri, *President*
**The Federal Savings Bank** | 300 N. Elizabeth Street, Suite 3E, Chicago, IL   60607 | USA
**direct:**
**fax:**
**email:**
**web:** www.thefederalsavingsbank.com

**From:** Jim Brennan
**Sent:** Thursday, November 10, 2016 2:28 PM

2

**To:** Dennis Raico
**Cc:** Javier Ubarri
**Subject:** RE: Manafort $9.5 Mil, encompass file #

Dennis,

The correct Encompass number is ▮▮▮▮▮▮.  There no Underwriting Loan Decision in the file.

 

**Jim Brennan,** *Vice President,*
**The Federal Savings Bank** | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607
**direct:**
**fax:**
**email:**
**web:** www.thefederalsavingsbank.com



This electronic communication and any files transmitted with it, or attached to it, are confidential and are intended solely for the use of the individual or entity to who it is addressed and may contain information that is confidential, legally privileged, protected by privacy laws, or otherwise restricted from disclosure to anyone else.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this information in error, please notify us.

**From:** Dennis Raico
**Sent:** Thursday, November 10, 2016 1:21 PM
**To:** Jim Brennan
**Cc:** Javier Ubarri
**Subject:** Manafort $9.5 Mil, encompass file #

Please call me with any questions or concerns.  Thanks!

 

**Dennis Raico,** *Senior Vice President*
**The Federal Savings Bank** | 120 Broadway, 29th Floor, Suite 2950, New York, NY 10271
**direct:**
**fax:**
**cell:**
**email:**
**web:** www.thefederalsavingsbank.com/dennisraico
NMLS# 1186262

 

| Entity Name | distributions | beginning cap acct | ending capital acct | capital contributed through year | Final K-1 |
|---|---|---|---|---|---|
| Alliance Holding | $ 2,501 | $ - | $ 41,239 | $ 45,422 | |
| Cedar Fair | $ 1,654 | $ - | $ 42,260 | $ 45,829 | |
| JT Energy Exchange | $ 1,500 | $ - | $ 74,089 | $ 78,986 | |
| Energy Transfer Partners | $ 7,024 | $ 37,021 | $ 87,493 | $ 63,791 | |
| Enterprise Production Partners | $ 2,044 | $ - | $ 55,854 | $ 63,008 | |
| Locust Wood Capital | $ - | $ 513,599 | $ 515,257 | $ - | |
| Nustar GP Holdings | $ 654 | $ - | $ 20,734 | $ 22,292 | |
| Suburban Propane partners | $ 2,063 | $ - | $ 28,607 | $ 33,558 | |
| Teekay Partners | $ 1,435 | $ - | $ 38,118 | $ 40,803 | |
| Western Gas equity Partners | $ - | $ - | $ 33,821 | $ 34,466 | |
| Western Gas Partners | $ 4,291 | $ 121,137 | $ 124,134 | $ 49,887 | |
| Daisy manafort LLC-Kathleen | $ - | $ 20,307 | $ 20,307 | $ - | |
| DMP International, LLC Kathleen | $ 246,913 | $ 497 | $ 7,808 | $ - | |
| John Hannah LLC-Kathleen | $ 1,531,022 | $ 1,531,346 | $ 324 | $ - | |
| Lilred, LLC Kathleen | $ 540,000 | $ 820,285 | $ 3,942 | $ - | |
| Lola Partners Kathleen | $ - | $ - | $ 506,012 | $ 506,012 | |
| MC SOHO Holdings LLC Kathleen | $ 1,500 | $ - | $ 432,594 | $ 453,669 | |
| Wandering Minstrel | $ - | $ 67,113 | $ 61,427 | $ - | |
| Daisy manafort LLC-Paul | $ - | $ 20,311 | $ 20,312 | $ - | |
| DMP International, LLC Paul | $ 246,913 | $ 498 | $ 7,811 | $ - | |
| Fairfax Street Partnership | $ - | $ (8,990) | $ (9,338) | $ - | |
| John Hannah LLC Paul | $ 1,531,023 | $ 1,531,350 | $ 327 | $ - | |
| Lilred, LLC Paul | $ 540,000 | $ 820,282 | $ 3,937 | $ - | |
| Lola Partners Paul | $ - | $ - | $ 506,012 | $ 506,012 | |
| MC Soho Holdings, LLC Paul | $ 1,500 | $ - | $ 432,593 | $ 453,669 | |
| TOTALS | $ 4,662,037 | $ 5,474,756 | $ 3,055,674 | $ 2,397,404 | |

| | | |
|---|---|---|
| Monthly K-1 income | $ 388,503 | |
| schedule C income | $ 14,583.33 | |
| Monthly capital calls | $ (199,784) | |

| | | | | | Final K-1 | |
|---|---|---|---|---|---|---|
| Crestwood equity | 1515 | 0 | 0 | 37188 | X | |
| Crestwood Midstream | 1210 | 0 | 0 | 24429 | X | |