# Exhibit 9

| | |
|---|---|
| **To:** | Paul J. Manafort |
| **From:** | steve@thefederalsavingsbank.com |
| **Sent:** | Thur 10/13/2016 3:51:05 PM (UTC) |
| **Subject:** | Fwd: Roman James |

001_CSC Documents.pdf
ATT00001.htm
rsltrpt1476206688.pdf
ATT00002.htm
rsltrpt1476206465.pdf
ATT00003.htm
rsltrpt1476206549.pdf
ATT00004.htm

As discussed. Read below

Steve

Stephen M. Calk
Chairman and CEO
National Bancorp Holdings
The Federal Savings Bank
300 N. Elizabeth Street
Floor 3E
Chicago, IL 60607

direct
main
private Fax

www.TheFederalSavingsBank.com

Begin forwarded message:

**From:** "Jim Brennan"
**To:** "Steve Calk"
**Subject: Roman James**

Steve,

Attached find a link to the Forbes Article discussing the 2009 Bankruptcy. I have also attached the lien and judgment searches showing he is clean since that incident.

http://www.forbes.com/2009/11/16/henry-nicholas-roman-james-fraud-tax-evasion-business-billionaires-wealth.html

 

Jim Brennan, *Vice President,*

**The Federal Savings Bank** | 300 N Elizabeth Street, STE 3E, Chicago, IL 60607

**direct:**

**fax:** ███████

**email:** ███████████████████

**web:** www.thefederalsavingsbank.com



This electronic communication and any files transmitted with it, or attached to it, are confidential and are intended solely for the use of the individual or entity to who it is addressed and may contain information that is confidential, legally privileged, protected by privacy laws, or otherwise restricted from disclosure to anyone else.  If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error, and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited.  If you have received this information in error, please notify us.

| | |
|---|---|
| **CORPORATION SERVICE COMPANY**<br>www.cscglobal.com | CSC- Springfield<br><br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>217-544-5900<br>217-492-2727 (Fax) |

| | | | |
|---|---|---|---|
| **Matter#** | NOT PROVIDED | **Order#** | 325042-2 |
| **Project Id :** | | **Order Date** | 10/10/2016 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **ROMAN JAMES** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **Local Judgment Search** |
| **Thru Date:** | **September 29, 2016** |
| **Result:** | **Certified clear result retrieved** |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Susan Enstrom

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

| | |
|---|---|
| **CORPORATION SERVICE COMPANY** | CSC- Springfield |
| www.cscglobal.com | 801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>217-544-5900<br>217-492-2727 (Fax) |

| | | | |
|---|---|---|---|
| **Matter#** | NOT PROVIDED | **Order#** | 325042-2 |
| **Project Id :** | | **Order Date** | 10/10/2016 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject:** | **ROMAN JAMES** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **Federal Tax Lien Search** |
| **Thru Date:** | **September 29, 2016** |
| **Result:** | **Certified clear result retrieved** |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Susan Enstrom

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

SDNY_00239217

| | |
|---|---|
| **CORPORATION SERVICE COMPANY**<br>www.cscglobal.com | CSC- Springfield<br><br>801 Adlai Stevenson Drive<br>Springfield, IL 62703<br>217-544-5900<br>217-492-2727 (Fax) |

**Matter#**   NOT PROVIDED  **Order#**   325042-2
**Project Id :**   **Order Date**   10/10/2016
**Additional Reference :**   NOT PROVIDED

| | |
|---|---|
| **Subject:** | **ROMAN JAMES** |
| **Jurisdiction:** | **CA - SECRETARY OF STATE** |
| **Request for:** | **UCC Debtor Search** |
| **Thru Date:** | **September 29, 2016** |
| **Result:** | **Certified clear result retrieved** |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Susan Enstrom

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

SDNY_00239218

# CORPORATION SERVICE COMPANY
www.cscglobal.com

CSC- Springfield

801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

**Matter#**  NOT PROVIDED  
**Project Id :**  
**Additional Reference :**  NOT PROVIDED

**Order#**  325042-2  
**Order Date**  10/10/2016

| | |
|---|---|
| **Subject:** | ROMAN JAMES |
| **Jurisdiction:** | CA - SECRETARY OF STATE |
| **Request for:** | State Tax Lien Search |
| **Thru Date:** | September 29, 2016 |
| **Result:** | Certified results retrieved |
| **No. of judgments included:** | 1 |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Susan Enstrom

**Corporation Service Company(R) Terms and Conditions**

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

Case 1:19-cr-00366-LGS   Document 133-9   Filed 11/13/20   Page 8 of 16



# SECRETARY OF STATE
# STATE OF CALIFORNIA

## Search Certificate

SEARCH REQUESTED ON:                                                10/11/2016

Individual Debtor:   **JAMES ROMAN**

Address:  **NOT SPECIFIED**
Date Range From:  **NOT SPECIFIED**
Search:  **UNLAPSED**

\* Indicates Filings that have been accepted after the Certification Date.

---

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 10-7219555499 | State Tax Lien | 01/11/2010 | 17:00 | 01/11/2020 | 1 |

**Debtor:**
Individual:    JAMES R. MICHAEL

[REDACTED]

**Secured Party:**
Organization:    BOARD OF EQUALIZATION
PO BOX 942879, SACRAMENTO CA US, 94279 0001

---

| Original Filing # | Filing Type | File Date | File Time | Lapse Date | # of Pages |
|---|---|---|---|---|---|
| 12-7320061395 | State Tax Lien | 07/06/2012 | 17:00 | 07/06/2022 | 1 |

**Debtor:**
Individual:    JAMES R. MICHAEL

[REDACTED]

**Secured Party:**
Organization:    BOARD OF EQUALIZATION
PO BOX 942879, SACRAMENTO CA US, 94279 0001

| Amendment Filing # | Filing Type | File Date | File Time | # of Pages |
|---|---|---|---|---|
| 13-73840797 | Termination | 10/28/2013 | 17:00 | 1 |

Document Number:   57614630003            Page 1 of 2

SDNY_00239220

Total Pages: 3

The undersigned Filing Officer hereby certifies that the above listing is a record of all presently active financing statements, tax liens, attachment liens and judgement liens, including any change documents relating to them, which name the above debtor, subject to any above-stated search qualifiers and are on file in my office as of **09/29/2016 at 1700 hours**.

The search results herein reflect only the specific information requested. The results of this Debtor search will not reflect variances of this name. If the Debtor is known under other personal names, trade names, business entities, or addresses, separate searches of these names will have to be requested and conducted. The Secretary of State, his officers and agents disclaim any and all liability for claims resulting from other filings on which the name of the Debtor can be found in any other form than which was requested.

*Alex Padilla*
Secretary of State

Document Number:   57614630003            Page 2 of 2

SDNY_00239221

RECORDING REQUESTED BY
**STATE OF CALIFORNIA
BOARD OF EQUALIZATION**

AND WHEN RECORDED MAIL TO:

**STATE BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO, CALIFORNIA 94279-0055**

**10-7219555499**

**01/11/2010 17:00**



**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS



23595550009   UCC 1 FILING

## NOTICE OF STATE TAX LIEN

Chapter 14 (Commencing with section 7150 of Division 7 of Title 1 of the Government Code)

SECRETARY OF STATE
95

**Certificate No. BE- 1248578**          **Account No.**

The State Board of Equalization of the State of California, hereby certifies that the following named taxpayer(s)
R. MICHAEL JAMES (XXX-XX-■■■■)

whose last known address was 1148 SOQUEL AVE. SANTA CRUZ. CA 95062-2106
is (are) liable to the State of California for amounts due from and required to be paid by said taxpayer(s) and duly levied and determined under the provisions of the California Sales and Use Tax Law. Part 1, 1.5 and where applicable. Part 1.6.

| PERIOD | ASSESSMENT | TAX | INTEREST | PENALTY | TOTAL |
|---|---|---|---|---|---|
| 10/01/07  09/30/08 | 05/23/09 | $125,477.28 | $18,982.38 | $23,043.70 | $167,503.36 |
| TOTAL |  | $125,477.28 | $18,982.38 | $23,043.70 | $167,503.36 |

Additional interest accrues after January 31, 2010     , at the modified adjusted rate established pursuant to section 6591.5 of the Revenue and Taxation Code. Additional penalties may accrue by operation of law.

The State Board of Equalization further certifies that it has complied with all of the provisions of the above-cited law, act, or ordinance in its determination of the amounts required to be paid.

The liability above set forth is a lien upon all personal property and rights to such property, including all after-acquired property and rights to property belonging to the above-named taxpayer(s).

Dated January 07, 2010
At Sacramento, California

The State Board of Equalization has caused this Notice to be issued in its name by its representative thereon duly authorized by resolution of said Board.
The agency has adopted the use of a facsimile signature as shown below:

By *Gina Fong*
G. Fong, Authorized Representative

BOE-426 (S1) REV. 14 (4-05)

SDNY_00239222

**CORPORATION SERVICE COMPANY**     CSC- Springfield
www.cscglobal.com                                                            801 Adlai Stevenson Drive
                                                                                            Springfield, IL 62703
                                                                                            217-544-5900
                                                                                            217-492-2727 (Fax)

**Matter#**   NOT PROVIDED                **Order#**      325042-2
**Project Id :**                                       **Order Date**   10/10/2016
**Additional Reference :**  NOT PROVIDED

| | |
|---|---|
| **Subject :** | **ROMAN JAMES** |
| **Jurisdiction :** | **CA-LOS ANGELES COUNTY** |
| **Request for :** | **UCC Debtor Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Request for :** | **Federal Tax Lien Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Request for :** | **State Tax Lien Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Request for :** | **Local Judgment Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Followup :** | Please note there is a misindexed Judgment against the subject name. The Judgment is for "Rowan". The clerk has been informed of this error. |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

**CORPORATION SERVICE COMPANY**  
www.cscglobal.com

CSC- Springfield  
801 Adlai Stevenson Drive  
Springfield, IL 62703  
217-544-5900  
217-492-2727 (Fax)

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Susan Enstrom

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

SDNY_00239225

**CORPORATION SERVICE COMPANY**
www.cscglobal.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | NOT PROVIDED | **Order#** | 325042-1 |
| **Project Id :** | | **Order Date** | 10/10/2016 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject :** | **ROMAN JAMES DESIGN BUILD** |
| **Jurisdiction :** | **CA-SECRETARY OF STATE** |
| **Request for :** | **UCC Debtor Search** |
| Thru Date : | September 28, 2016 |
| **Result :** | Clear |
| **Request for :** | **Federal Tax Lien Search** |
| Thru Date : | September 28, 2016 |
| **Result :** | Clear |
| **Request for :** | **State Tax Lien Search** |
| Thru Date : | September 28, 2016 |
| **Result :** | Clear |
| **Request for :** | **Local Judgment Search** |
| Thru Date : | September 28, 2016 |
| **Result :** | Clear |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Susan Enstrom

**CORPORATION SERVICE COMPANY**
www.cscglobal.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the abo manner is a violation of the Fair Credit Reporting Act.

SDNY_00239228

**CORPORATION SERVICE COMPANY**
www.cscglobal.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

| | | | |
|---|---|---|---|
| **Matter#** | NOT PROVIDED | **Order#** | 325042-1 |
| **Project Id :** | | **Order Date** | 10/10/2016 |
| **Additional Reference :** | NOT PROVIDED | | |

| | |
|---|---|
| **Subject :** | **ROMAN JAMES DESIGN BUILD** |
| **Jurisdiction :** | **CA-LOS ANGELES COUNTY** |
| **Request for :** | **UCC Debtor Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Request for :** | **Federal Tax Lien Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Request for :** | **State Tax Lien Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |
| **Request for :** | **Local Judgment Search** |
| Thru Date : | October 01, 2016 |
| **Result :** | Clear |

Ordered by THOMAS HORN at THE FEDERAL SAVINGS BANK

Thank you for using CSC.  For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal,  please feel free to contact us.

Susan Enstrom

SDNY_00239230

**CORPORATION SERVICE COMPANY**
www.cscglobal.com

CSC- Springfield
801 Adlai Stevenson Drive
Springfield, IL 62703
217-544-5900
217-492-2727 (Fax)

**Corporation Service Company(R) Terms and Conditions**
You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the abo manner is a violation of the Fair Credit Reporting Act.

SDNY_00239231