

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government writes to respectfully request any additional guidance the Court is able to provide regarding whether the trial date in this matter remains set for February 16, 2021. The Court set the February 16, 2021 trial date on October 16, 2020. (Dkt. 115). Subsequently, on November 30, 2020, the Chief Judge issued a standing order suspending all jury trials until January 15, 2021. *See In re Coronavirus/COVID-19 Pandemic: Suspension of In-Person Operations Effective December 1, 2020*, No. 20 Misc. 622 (CM). Following this standing order, the Government understands that the District's trial selection committee recently provided trial date assignments for the first quarter of 2021. As the trial date approaches, and given the needs of the parties and witnesses to begin making preparations in advance of any trial, any additional guidance the Court is able to provide on whether the trial in this matter remains likely to begin on February 16, 2021 would be greatly appreciated. We thank you for consideration of this request.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    by: /s/ Paul M. Monteleoni
        Paul M. Monteleoni
        Douglas S. Zolkind
        Benet J. Kearney
        Assistant United States Attorneys
        (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)