UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                   -against-

   STEPHEN M. CALK,
                                 Defendant.
------------------------------------------------------------- X

19 Cr. 366 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 16, 2020, the Court issued an Order adjourning trial to February 16, 2021, at 9:45 a.m.  Dkt. No. 115.

WHEREAS, on December 10, 2020, by e-mail to chambers copying counsel of record, the Government requested confirmation that this case received a trial date assignment of February 16, 2021.

WHEREAS, on December 16, 2020, the Government filed a letter requesting confirmation that this case received a trial date assignment of February 16, 2021.  Dkt. No. 137.  It is hereby

**ORDERED** that this case is in second place to be tried beginning on February 17, 2021. The parties shall be prepared to begin trial on that date.  The parties should feel free to contact Mr. Street for updates as to our place in the queue.

Dated: December 17, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE