UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
  UNITED STATES OF AMERICA,                                  :
                                        Plaintiff,           :
                                                             :          19 Cr. 366 (LGS)
                        -against-                            :
                                                             :               ORDER
                                                             :
  STEPHEN M. CALK,                                           :
                                        Defendant.           :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties have fully briefed Defendant's renewed motion to transfer venue to

the Northern District of Illinois.  Dkt. Nos. 131, 132, 134, and 135.  It is hereby

      **ORDERED** that the parties shall appear for oral argument on **January 7, 2020, at 11:30**

**a.m.**  The oral argument will be telephonic and will occur on the following conference line:  888-

363-4749, access code 5583333.  The parties are advised that the Court may issue an oral ruling

following the argument.


Dated: January 4, 2021
      New York, New York

                              **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**