# Kramer Levin

Paul H. Schoeman
Partner
T 212.715.9264
F 212.715.8064
PSchoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

**January 6, 2021**

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Stephen M. Calk</u>, 19 Cr. 366 (LGS)

Dear Judge Schofield:

      We represent the defendant, Stephen M. Calk, in the above-captioned action. Pursuant to 2(C) of the Court's Emergency Individual Rules and Practices in Light of Covid-19 (June 26, 2020), we write in advance of the conference scheduled for January 7, 2021, to confirm Mr. Calk's consent to participate telephonically in the proceeding.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman
Darren A. LaVerne

cc:    All counsel (via ECF)