UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 19 CR 366 |
|  | : |  |
| -against- | : | **MOTION FOR ADMISSION** |
|  | : | **PRO HAC VICE** |
| STEPHEN M. CALK, | : |  |
|  | : |  |
| Defendant. | : |  |

-----------------------------------------------------------:

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Robert M. Andalman hereby moves this Court for an order of admission to practice Pro Hac Vice to appear as counsel for third-party trial subpoena recipients James Brennan, Thomas Horn, Matthew MacDonald and Javier Ubarri in the above-captioned action. I have consulted with attorneys for the Government in this case and they consent to my admission Pro Hac Vice. They do not oppose the Motion To Quash And/Or Modify Trial Subpoenas which I will be filing on behalf of the above parties.

I am in good standing of the bars of the State of Illinois and State of Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached hereto the affidavit pursuant to Local Rule 1.3.

Dated:  January 8, 2021                                Respectfully submitted,

                                                        /s/ Robert M. Andalman
                                                       Robert M. Andalman
                                                       A&G Law, LLC
                                                       542 South Dearborn St., 10th Floor
                                                       Chicago, Illinois 60605
                                                       Tel: (312) 348-7629
                                                       Fax: (312) 279-4529
                                                       randalman@aandglaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,    :   Case No. 19 CR 366
                                            :
     -against-                          :   **AFFIRMATION OF ROBERT M.**
                                            :   **ANDALMAN IN SUPPORT OF**
STEPHEN M. CALK,                :   **MOTION TO APPEAR PRO HAC VICE**
                                            :
          Defendant.               :
---------------------------------------------------------:

I, Robert M. Andalman, hereby deposes and states as follows under penalty of perjury:

1. I am a partner in the law firm of:
    A&G Law LLC
    542 S. Dearborn Street, 10th Floor
    Chicago, IL 60605
    Tel: (312) 341-3400
    Fax: (312) 279-4529
    randalman@aandglaw.com

2. I submit this Affidavit in support of my Motion to Appear Pro Hac Vice in this case.

3. I am in good standing in the bars of the State of Illinois and the State of Wisconsin. Certificates of Good Standing are annexed hereto.

4. I have never been convicted of a felony

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

5. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:  January 8, 2021                    /s/ Robert M. Andalman
                                                          Robert M. Andalman

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert Maxwell Andalman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of January, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

## CERTIFICATE OF GOOD STANDING

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### ROBERT M. ANDALMAN

*was admitted to practice as an attorney within this state on April 20, 1993 and is presently in good standing in this court.*

Dated: January 4, 2021

SHEILA T. REIFF
Clerk of Supreme Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 19 CR 366 |
| -against- | : | **ORDER FOR ADMISSION** |
| | : | **PRO HAC VICE** |
| STEPHEN M. CALK, | : | |
| Defendant. | : | |

-----------------------------------------------------------:

The motion of Robert M. Andalman for admission to practice Pro Hac Vice in the above captioned case is granted.

Applicant has declared that he is a member I good standing of the bars of the State of Illinois and the State of Wisconsin, and that his contact information is as follows:

> Robert M. Andalman
> A&G Law LLC
> 542 S. Dearborn Street, 10th Floor
> Chicago, IL  60605
> Tel:  (312) 341-3900
> Fax:  (312) 279-4529

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for third- party trial subpoena recipients James Brennan, Thomas Horn, Matthew MacDonald and Javier Ubarri in the above case;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys

Dated:  _____          _____

                                                                                                        United States District Judge