```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :    19 Crim. 366 (LGS)
               -against-                                      :
                                                              :            ORDER
STEPHEN M. CALK,                                              :
                                      Defendant.              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 8, 2021, third parties James Brennan, Thomas Horn, Matthew MacDonald and Javier Ubarri (the "Illinois Witnesses"), filed a motion to quash or modify the trial subpoenas the Government served on them and requesting oral argument in connection with the motion. Dkt. No. 145. It is hereby

**ORDERED** that by **January 19, 2021**, the Government shall file any opposition, and Defendant shall file a response. Each submission shall state whether the party consents to remote two-way video testimony of the Illinois Witnesses. It is further

**ORDERED** that the parties and the Illinois Witnesses shall appear for oral argument on **January 26, 2021, at 2:00 p.m. (EST).** The oral argument will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.

Dated: January 11, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**