```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :    19 Crim. 366 (LGS)
                 -against-                                    :
                                                              :          ORDER
STEPHEN M. CALK,                                              :
                                         Defendant.           :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 23, 2020, Defendant filed a motion in limine seeking, among other things, to preclude the testimony of Catherine A. Aguirre and Blake J. Paulson.  Dkt. No. 123.

WHEREAS, pursuant to the Court's January 11, 2021, Order, the parties are scheduled to appear for a telephonic oral argument on January 26, 2021, at 2:00 p.m. (EST), on the motion to quash at Docket No. 145.  It is hereby

**ORDERED** that on January 26, 2021, immediately following oral argument on the motion to quash, the parties shall appear for oral argument on the motion in limine as to Catherine A. Aguirre and Blake J. Paulson (Dkt. No. 123).  Oral argument on the motion in limine will occur on the same conference line as that used for the oral argument on the motion to quash:  888-363-4749, access code: 5583333.

Dated: January 11, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE