

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

By:    /s Douglas S. Zolkind
    Douglas S. Zolkind
    Assistant United States Attorney
    (212) 637-2418

The motion to withdraw as counsel is **GRANTED**.

Dated: January 12, 2021
    New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**