

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The parties respectfully submit the attached proposed verdict sheet, pursuant to the Court's Individual Rule I.1.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

by: /s/ Benet J. Kearney
     Paul M. Monteleoni
     Hagan Scotten
     Benet J. Kearney
     Assistant United States Attorneys
     (212) 637-2219/2418/2260

cc: Counsel of Record (via ECF)