UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                     :

UNITED STATES OF AMERICA          :

                                                                   :      19 Crim. 366 (LGS)

                -against-                  :

                                                                   :      <u>ORDER</u>

STEPHEN M. CALK,                       :

                                            Defendant.    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the final pretrial conference is scheduled for February 5, 2021.  Dkt. No. 115.

       WHEREAS, on January 26, 2021, the trial in this matter was adjourned to June 28, 2021. Dkt. No. 159.  It is hereby

       **ORDERED** that, the February 5, 2021 pretrial conference is **ADJOURNED to June 18, 2021, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: February 2, 2021
       New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**