UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
UNITED STATES OF AMERICA,              :       Case No. 19 CR 366
:
-against-                  :       NOTICE OF MOTION
:
STEPHEN M. CALK,                       :
:
Defendant.             :
-----------------------------------------------------------:

PLEASE TAKE NOTICE that upon the accompanying Motion and Memorandum of Law, third-party subpoenaed witness Randall Rigby, a resident of Illinois, through his undersigned attorney, moves this Court before the Honorable Lorna G. Schofield, Unites States District Judge, at the United States Courthouse for the Southern District of New York, at a date and time to be determined this Court, for an order quashing or modifying the Grand Jury subpoena recently served upon him, and for any other relief as the Court may deem just and proper.

Third-party Randall Rigby respectfully requests oral argument in connection with this motion if deemed appropriate by the Court.

Dated: February 22, 2021

                                  Respectfully submitted,

                                  By:  /s/ Matthew S. Ryan
                                  Matthew S. Ryan
                                  Terence H. Campbell (*pro hac application in process*)
                                  Cotsirilos, Tighe, Streicker, Poulos & Campbell
                                  33 N. Dearborn St., Suite 600
                                  Chicago, Illinois 60602
                                  Tel: (312) 263-0345

                                  *Attorneys for Third Party Randall Rigby*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that true and correct copies of the foregoing *Notice of Motion related Motion and Memorandum In Support of Third-Party Randall Rigby To Quash and/or Modify Grand Jury Subpoena* were served electronically on other counsel of record on February 18, 2021 via the CM/ECF system.

                                                                         */s/ Matthew S. Ryan*