```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :   19 Crim. 366 (LGS)
               -against-                                      :
                                                              :   ORDER
STEPHEN M. CALK,                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 24, 2021, the Court issued an Order construing Mr. Randall Rigby's e-mail submission as a motion to modify or quash a grand jury subpoena (the "Motion") and denying the Motion as moot in light of the Government's consent to remote video testimony.

WHEREAS, on February 24, 2021, Mr. Rigby filed a copy of the Motion. Dkt. No. 170. It is hereby

**ORDERED**, that the Court's February 24, 2021, Order denying the Motion as moot, applies to the entry Docket No. 170.

The Clerk of Court is respectfully directed to close the motion at Docket No. 170.

Dated: February 25, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE