```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :    19 Crim. 366 (LGS)
               -against-                                      :
                                                              :         ORDER
STEPHEN M. CALK,                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the trial in this matter is scheduled for June 28, 2021, (Dkt. No. 159), and the final pretrial conference is scheduled for June 18, 2021, (Dkt. No. 163).

WHEREAS, on February 10, 2021, Defendant filed a letter requesting a one-day adjournment to attend a personal event. Dkt. No. 166.

WHEREAS, this matter was assigned a courtroom for a trial to begin on June 22, 2021, and is in first place, so the trial date should be considered firm. It is hereby

**ORDERED** that the trial is rescheduled to begin on **June 22, 2021, at 10:30 a.m.** The Courtroom assignment will be provided closer to the date of trial. It is further

**ORDERED** that trial will not be held on June, 28, 2021. The trial otherwise will proceed Monday to Thursday of each week until completed unless otherwise ordered. It is further

**ORDERED** that, the final pretrial conference previously scheduled for June 18, 2021, is rescheduled for **June 10, 2021, at 2:00 p.m.**

The Clerk of Court is respectfully directed to close the motion at Docket No. 166.

Dated: March 2, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE