

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government respectfully writes, pursuant to the Court's March 5, 2021 Order (Dkt. No. 177), to attach a copy of the Government's February 22, 2021 *ex parte* letter.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: /s/ Paul M. Monteleoni
    Paul M. Monteleoni
    Hagan Scotten
    Benet J. Kearney
    Assistant United States Attorneys
    (212) 637-2219/2410/2260

cc: Counsel of Record (via ECF)