UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                   :

UNITED STATES OF AMERICA            :

                                                                 :         19 Crim. 366 (LGS)

                 -against-                     :

                                                                 :         <u>ORDER</u>

STEPHEN M. CALK,                      :

                            Defendant.   :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an arraignment hearing was held on March 5, 2021. For the reasons stated during the arraignment hearing, it is hereby

       **ORDERED** that, by **May 20, 2021**, the parties shall file revised versions of the following documents: the joint statement as provided in the Court's Individual Rule H.1, joint proposed voir dire, joint proposed requests to charge, and joint proposed verdict sheet, in each case noting any disagreements between the parties. It is further

       **ORDERED** that, by **May 6, 2021**, the parties shall file a list of all proposed exhibits, indicating whether the parties have stipulated to admissibility or there are any objections on authenticity or other grounds. To the extent there are objections to an exhibit, the list should state what the objection is. It is further

       **ORDERED** that, by **May 6, 2021**, the parties shall provide electronic, text-searchable (if possible) copies of each exhibit, clearly labeled and in PDF format. The PDF shall include the exhibit list, hyperlinked to each exhibit. The parties shall save the PDF to a CD, which should be hand delivered or sent by overnight mail to the Court. It is further

       **ORDERED** that, because of the current circumstances of the COVID-19 pandemic including the challenges in seating a jury, obtaining the presence of out-of-state witnesses, and ensuring the safety of all involved, the Court finds that the ends of justice served by excluding

the time between today and June 22, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A), and the time between today and June 22, 2021, is excluded.

Dated: March 25, 2021
      New York, New York

                                 **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**