

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Stephen M. Calk*, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

   Pursuant to the Court's Order dated March 25, 2021, (Dkt. 180), the Government respectfully writes to file the parties' exhibit lists.

   As directed by the Order, the exhibit lists note the parties' objections and those exhibits to which the parties have stipulated to admissibility.  The parties agree on the admissibility of the exhibits to which no objection is noted, with the provisos that the Government respectfully requests that the Court not immediately admit or resolve disputes over exhibits it has marked with an asterisk, as noted in the Government's exhibit list, and that both parties respectfully reserve the right to request limiting instructions for particular exhibits at trial to which they have not objected, depending on the context in which they are offered.

   The Government has delivered to Chambers today the hyperlinked exhibit lists and exhibits directed by the Court's Order.

       Respectfully submitted,

       AUDREY STRAUSS
       United States Attorney

   by: /s/  Paul M. Monteleoni
       Paul M. Monteleoni
       Hagan Scotten
       Alexandra N. Rothman
       Assistant United States Attorneys
       (212) 637-2219/2410/2580