*United States v. Stephen Calk,* **19 Cr. 366 (LGS)**
**Government Exhibit List**
5/6/2021

\*: The Government respectfully requests that the Court not immediately admit or resolve disputes over exhibits with exhibit numbers marked with an asterisk, as the Government intends to offer these exhibits, if at all, only under certain conditions.

### 0 Series
### Loan Documents

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 1 | Bridgehampton loan executed documents | SDNY_00190743 to SDNY_00190817 | |
| 2 | Bridgehampton loan credit approval memorandum | SDNY_00190852 to SDNY_00190861 | |
| 3 | Brooklyn loan executed documents | SDNY_00190521 to SDNY_00190728 | |
| 4 | Brooklyn loan credit approval memorandum | SDNY_00191804 to SDNY_00191813 | |
| 5 | Brooklyn loan holding company participations | TFSB0016393 to TFSB0016416 | |
| 6* | General ledger entry: TFSB charge-off | SDNY_0073672 | Relevance; Rule 403 |
| 7* | General ledger entry: NCHI charge-off | SDNY_0074014 | Relevance; Rule 403 |

### 50 Series
### Handwritten Notes

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 51* | Dennis Raico handwritten notes | TFSB0055622 to TFSB0055647 (copy of physical exhibit) | Hearsay |
| 51-1 | Dennis Raico handwritten notes | TFSB0055630 | Hearsay |
| 51-2 | Dennis Raico handwritten notes | TFSB0055640 | Hearsay |
| 51-3 | Dennis Raico handwritten notes | TFSB0055642 | Hearsay |
| 51-4 | Dennis Raico handwritten notes | TFSB0055645 | Hearsay |
| 52* | Martin Silverstein handwritten notes | TFA_CALK.0004326 to TFA_CALK.0004327 | Hearsay |

### 100 Series
### TFSB Emails

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 101 | Email from Robert Jones to Dennis Raico, April 12, 2016 | SDNY_00250792 to SDNY_00250796 | |
| 102 | Email from Steve Calk to Jim Brennan, Javier Ubarri, and Jim Norini, April 26, 2016 | SDNY_00241898 to SDNY_00241899 | |
| 103 | Calendar invite for event May 10, 2016 | SDNY_00241890 | |
| 104 | Email from Steve Calk to Paul Manafort, May 11, 2016 | SDNY_00238937 | |
| 105 | Calendar invite for event July 27, 2016 | SDNY_00241864 to SDNY_00241865 | |
| 106 | Email from Dennis Raico to Elizabeth Cholakis and Steve Calk, July 27, 2016 | SDNY_00238948 to SDNY_00238949 | |
| 107 | Email from Steve Calk to Javier Ubarri, Jim Norini, and Jim Brennan with attachments, July 28, 2016 | SDNY_00241880 to SDNY_00241878 (Bates numbers in reverse order) | |
| 108 | Email from Steve Calk to Dennis Raico, Javier Ubarri, Jim Brennan, and Thomas Horn, July 28, 2016 | SDNY_00241871 to SDNY_00241875 | |
| 109 | Email from Jim Brennan to Dennis Raico with attachment, July 28, 2016 | SDNY_00254086 to SDNY_00254093 | |
| 110 | Email from Dennis Raico to Anna Ivakhnik, August 1, 2016 | SDNY_00254213 to SDNY_00254218 | |
| 111 | Email from Paul Manafort to Dennis Raico, August 3, 2016 | SDNY_00254290 | |
| 112 | Email from Dennis Raico to Paul Manafort, August 4, 2016 | SDNY_00254297 | |
| 113 | Email from Paul Manafort to Steve Calk with attachment, August 4, 2016 | SDNY_00238979 to SDNY_00238982 | |
| 114 | Email from Steve Calk to Paul Manafort, August 4, 2016 | SDNY_00241867 to SDNY_241868 | |
| 115 | Email from Rick Gates to Rick Gates, Paul Manafort, Steven Mnuchin, Dan Kowalski, Jason Miller, Bryan Lanza, Jared Kushner, and Stephen Miller with attachments, August 8, 2016 | SDNY_00239883 to SDNY_00239891 | |
| 116 | Email from Anna Ivakhnik to Dennis Raico, August 8, 2016 | SDNY_00254561 | |
| 117 | Email from Rick Gates to Steve Calk with attachments, August 8, 2016 | SDNY_00238994 to SDNY_00239006 | |
| 118 | Email from Paul Manafort to Steve Calk, August 9, 2016 | SDNY_00239036 | |
| 119 | Paul Manafort contact card | SDNY_00239035 | |
| 120 | Email from Kellie Kennedy to Steve Calk and Eileen Rochford, August 9, 2016 | TFSB0089994 to TFSB0089996 | |
| 121 | Email from Kellie Kennedy to Steve Calk and Eileen Rochford, August 9, 2016 | TFSB0090032 to TFSB0090034 | |
| 122* | Email from Anna Ivakhnik to Cindy Laporta and Dennis Raico, August 10, 2016 | SDNY_00254703 to SDNY_00254705 | |
| 123* | Email from Anna Ivakhnik to Heather Washkuhn, Cindy Laporta, and Paul Manafort with attachment, August 11, 2016 | SDNY_00245297 to SDNY_00245306 | |
| 124* | Email from Heather Washkuhn to Anna Ivakhnik, Cindy Laporta, and Paul Manafort with attachment, August 11, 2016 | SDNY_00245757 to SDNY_00245762 | |

| # | Description | Bates | Objections |
|---|---|---|---|
| 125* | Email from Cindy Laporta to Anna Ivakhnik, Paul Manafort, and Heather Washkuhn, August 11, 2016 | SDNY_00245767 to SDNY_00245771 | |
| 126* | Email from Steve Calk to Paul Manafort, August 12, 2016 | SDNY_00239051 to SDNY_00239053 | |
| 127* | Email from Steve Calk to kelliek@theharbingergroup.com, August 12, 2016 | SDNY_00239054 to SDNY_00239056 | |
| 128* | Email from Paul Manafort to Anna Ivakhnik with attachment, August 15, 2016 | SDNY_00246187 to SDNY_00246188 | |
| 129 | Email from no-reply@thefederalsavings.bank to Thomas Horn with attachment, July 5, 2017 | TFSB0015855 to TFSB0015856 | Relevance; Hearsay |
| 130* | Email from Donald J. Trump to Steve Calk, August 19, 2016 | SDNY_00239078 | |
| 131 | Email from Steve Calk to Bryan Lanza, August 21, 2016 | TFSB0086133 | |
| 132* | Email from Thomas Horn to Anna Ivakhnik, August 22, 2016 | SDNY_00247148 to SDNY_00247149 | |
| 133* | Email from dealroomresults@cscinfo.com to Thomas Horn, August 23, 2016 | SDNY_00280446 | |
| 134* | Email from dealroomresults@cscinfo.com to Thomas Horn, August 24, 2016 | SDNY_00280451 | |
| 135* | Email from dealroomresults@cscinfo.com to Thomas Horn, August 25, 2016 | SDNY_00280452 | |
| 136 | Email from Dennis Raico to Anna Ivakhnik, August 24, 2016 | SDNY_00247203 | Hearsay |
| 137 | Email from Anna Ivakhnik to Jeff Yohai, Dennis Raico, and Felix Katz, August 30, 2016 | SDNY_00249555 to SDNY_00249557 | |
| 138* | Email from Dennis Raico to bbaldinger@baldingerlaw.com with attachment, August 30, 2016 | SDNY_00270623 to SDNY_00270670 | |
| 139 | Email from Anna Ivakhnik to Dennis Raico with attachments, September 1, 2016 | SDNY_00249609 to SDNY_00249730 | |
| 140 | Email from Steve Calk to Jillian Rogers, Alexa Henning, and Scott Hogenson, September 3, 2016 | TFSB0090215 to TFSB0090216 | |
| 141 | Email from Dennis Raico to Anna Ivakhnik with attachments, September 8, 2016 | SDNY_00248394 to SDNY_002483947 | |
| 142 | Email from Anna Ivakhnik to Dennis Raico, September 8, 2016 | SDNY_00249859 to SDNY_00249860 | |
| 143 | Email from Dennis Raico to Anna Ivakhnik, September 9, 2016 | SDNY_00247450 to SDNY_00247453 | |
| 144 | Email from Jackie Katz to Javier Ubarri and Jim Norini, September 10, 2016 | SDNY_00277323 | |
| 145* | Email from Baylor Myers to Steve Calk and Steven Mnuchin, September 13, 2016 | SDNY_00239095 to SDNY_00239096 | |
| 146 | Email from Thomas Horn to Javier Ubarri, Jim Norini, and Jim Brennan with attachments, September 13, 2016 | SDNY_00277811 to SDNY_00277816 | |
| 147 | Email from Jim Brennan to Jim Norini and Javier Ubarri with native attachments, September 14, 2016 | SDNY_00277817 to SDNY_00277836 | |
| | Attachment A to GX 147 | | |
| | Attachment B to GX 147 | | |
| | Attachment C to GX 147 | | |
| | Attachment D to GX 147 | | |
| | Attachment E to GX 147 | | |
| | Attachment F to GX 147 | | |
| | Attachment G to GX 147 | | |
| | Attachment H to GX 147 | | |
| 148* | Email from Jim Brennan to Jim Norini and Javier Ubarri, September 14, 2016 | SDNY_00277837 to SDNY_00277840 | |
| 149 | Email from Jim Brennan to Javier Ubarri and Jim Norini, September 14, 2016 | SDNY_00277841 to SDNY_00277842 | |
| 150 | Email from Javier Ubarri to Dennis Raico, September 14, 2016 | SDNY_00279182 to SDNY_00279184 | |
| 151* | Email from Steve Calk to Jillian Rogers, Kellyanne Conway, and Bryan Lanza, September 19, 2016 | TFSB0090283 to TFSB0090284 | |
| 152 | Email from Jim Brennan to Javier Ubarri, September 20, 2016 | SDNY_00277920 to SDNY_00277921 | |
| 153* | Paul Manafort contact card | SDNY_00239877 | |
| 154 | Email from Jim Brennan to Javier Ubarri, Jim Norini, and Thomas Horn with native attachments, September 21, 2016 | SDNY_00278108 to SDNY_00278122 | |
| | Attachment A to GX 154 | | |
| | Attachment B to GX 154 | | |
| | Attachment C to GX 154 | | |
| | Attachment D to GX 154 | | |
| | Attachment E to GX 154 | | |
| | Attachment F to GX 154 | | |
| 155* | Email from Jim Brennan to Javier Ubarri, Steve Calk, Thomas Horn, and Jim Norini, September 21, 2016 | SDNY_00278123 to SDNY_00278126 | |

| | | | |
|---|---|---|---|
| 156 | Email from Javier Ubarri to Steve Calk and Dennis Raico, September 21, 2016 | SDNY_00239119 to SDNY_00239123 | |
| 157* | Email from Jillian Rogers to Steve Calk, hogie57@gmail.com, alexa@jamestownassociates.com, Bryan Lanza, and Kellyanne Conway, September 22, 2016 | TFSB0086135 | |
| 158 | Email from Jillian Rogers to Steve Calk, Bernard Banks, and Kellie Kennedy, September 23, 2016 | SDNY_00239137 to SDNY_00239138 | |
| 159 | Email from Steve Calk to Paul Manafort, September 23, 2016 | SDNY_00239139 to SDNY_00239140 | |
| 160 | Email from Jim Brennan to Anna Ivakhnik, September 23, 2016 | SDNY_00247581 to SDNY_00247584 | |
| 161 | Email from Paul Manafort to Steve Calk, September 25, 2016 | SDNY_00239156 | |
| 162* | Email from Steve Calk to Ken Harris, undated | SDNY_00239159 to SDNY_00239160 | |
| 163 | Email from Dennis Raico to Steve Calk, September 26, 2016 | SDNY_00258595 to SDNY_00258596 | |
| 164 | Calendar invite for event September 26, 2016 | SDNY_00239860 to SDNY_00239861 | |
| 165 | Email from Sam Heskel to Dennis Raico, September 26, 2016 | SDNY_00258603 to SDNY_00258604 | Hearsay |
| 166* | Note, January 8, 2017 | SDNY_00239892 | |
| 167 | Email from Dennis Raico to Jim Brennan and Thomas Horn, September 26, 2016 | SDNY_00271034 to SDNY_00271036 | Hearsay |
| 168* | Email from Steve Calk to Baylor Myers and Steven Mnuchin, September 26, 2016 | TFSB0090305 to TFSB0090306 | |
| 169 | Email from Dennis Raico to Anna Ivakhnik, September 27, 2016 | SDNY_00256693 to SDNY_00256695 | |
| 170* | Email from Anna Ivakhnik to Jim Brennan, Thomas Horn, Dennis Raico, and Steve Calk with attachment, September 27, 2016 | SDNY_00239893 to SDNY_00239894 | |
| 171* | Email from Dennis Raico to Jim Brennan, Anna Ivakhnik, Thomas Horn, and Steve Calk, September 27, 2016 | SDNY_00239897 to SDNY_00239899 | |
| 172 | Email from Jim Brennan to Anna Ivakhnik, September 27, 2016 | SDNY_00247625 to SDNY_00247627 | |
| 173 | Email from Anna Ivakhnik to Jim Brennan, September 27, 2016 | SDNY_00250728 to SDNY_00250728 | |
| 174* | Email from Thomas Horn to Dennis Raico and Jim Brennan, September 28, 2016 | SDNY_00259007 to SDNY_00259008 | |
| 175 | Email from Jim Brennan to Dennis Raico and Thomas Horn with attachments, October 3, 2016 | SDNY_00284312 to SDNY_00284359 | |
| 176 | Email from Dennis Raico to Paul Manafort, October 4, 2016 | SDNY_00271216 to SDNY_00271217 | |
| 177 | Email from Dennis Raico to Javier Ubarri, October 5, 2016 | SDNY_00271239 to SDNY_00271240 | Hearsay |
| 178* | Email from Dennis Raico to Thomas Horn and Jim Brennan, October 6, 2016 | SDNY_00271248 to SDNY_00271249 | |
| 179* | Email from Steve Calk to Bryan Lanza, Jillian Rogers, and Paul Manafort, October 6, 2016 | SDNY_00241830 | |
| 180* | Email from Paul Manafort to Steve Calk, October 7, 2016 | SDNY_239170 | |
| 181 | Email from Dennis Raico to Steve Calk, October 7, 2016 | SDNY_239171 to SDNY_239172 | |
| 182 | Email from Steve Calk to Paul Manafort, October 7, 2016 | SDNY_239173 to SDNY_239174 | |
| 183* | Email from Javier Ubarri to Jim Brennan, Jim Norini, and Thomas Horn, October 7, 2016 | SDNY_00279199 to SDNY_00279202 | |
| 184 | Email from Steve Calk to Jim Brennan, October 7, 2016 | SDNY_00239178 to SDNY_00239179 | |
| 185 | Email from Paul Manafort to Dennis Raico, October 7, 2016 | SDNY_00259426 | Hearsay |
| 186 | Email from Paul Manafort to Steve Calk, October 8, 2016 | SDNY_00239900 | |
| 186-A* | Email from Steve Calk to Paul Manafort, October 8, 2016 | SDNY_00241818 to SDNY_00241819 | Rule 403 |
| 186-B | Email from Steve Calk to Paul Manafort, October 11, 2016 | SDNY_00241814 to SDNY_00241815 | |
| 187* | Email from Dennis Raico to Thomas Horn and Jim Brennan with attachment, October 11, 2016 | SDNY_00271380 to SDNY_00271382 | |
| 188 | Email from Thomas Horn to Dennis Raico and Jim Brennan, October 11, 2016 | SDNY_00259968 to SDNY_00259970 | |
| 189 | Email from Steve Calk to Paul Manafort with attachment, October 12, 2016 | SDNY_00239198 to SDNY_00239204 | |
| 190 | Email from Paul Manafort to Steve Calk, October 12, 2016 | SDNY_00239205 to SDNY_00239206 | |
| 191 | Email from Thomas Horn to Dennis Raico and Jim Brennan, October 12, 2016 | SDNY_00260185 to SDNY_00260186 | |
| 192* | Email from Dennis Raico to Thomas Horn and Jim Brennan with attachments, October 13, 2016 | SDNY_00271458 to SDNY_00271462 | |
| 193 | Email from Kellie Kennedy to Steve Calk, October 12, 2016 | SDNY_00239207 to SDNY_00239209 | |

| | | | |
|---|---|---|---|
| 194 | Email from John Day to Dennis Raico, October 13, 2016 | SDNY_00260372 to SDNY_00260373 | Hearsay |
| 195* | Email from Jeff Yohai to Dennis Raico, Felix@nulinefunding.com, bbaldinger@baldingerlaw.com, and alan@marinw.com with attachments, October 13, 2016 | SDNY_00260382 to SDNY_00260385 | |
| 196 | Email from Steve Calk to Paul Manafort with attachments, October 13, 2016 | SDNY_00239214 to SDNY_00239232 | |
| 197 | Email from Steve Calk to Javier Ubarri, October 13, 2016 | SDNY_00239235 to SDNY_00239237 | |
| 198* | Email from Bruce Baldinger to Paul Manafort, Jeff Yohai, and Dennis Raico with attachments, October 14, 2016 | SDNY_00261268 to SDNY_00261274 | |
| 199* | Email from Bruce Baldinger to Edward Heim, Dennis Raico, and szidell@wrslawyers.com with attachments, October 14, 2016 | SDNY_00261527 to SDNY_00261536 | |
| 200 | Email from Steve Calk to Jim Brennan, Javier Ubarri, Jim Norini, Angela Shelton, Thomas Horn, and Dennis Raico, October 19, 2016 | SDNY_00239238 to SDNY_00239239 | |
| 201 | Email from Jim Brennan to Denins Raico and Thomas Horn, October 19, 2016 | SDNY_00262356 | |
| 202 | Email from Javier Ubarri to Steve Calk with attachment, October 19, 2016 | SDNY_00239240 to SDNY_00239243 | |
| 203 | Email from Javier Ubarri to Steve Calk, October 20, 2016 | SDNY_00239244 | |
| 204* | Email from Dennis Raico to Paul Manafort and Dennis Raico, October 20, 2016 | SDNY_00271634 to SDNY_00271635 | |
| 205* | Email from Jeff Yohai to Dennis Raico and Felix Katz, October 20, 2016 | SDNY_00262401 to SDNY_00262402 | Hearsay |
| 206 | Email from Dennis Raico to Javier Ubarri and Jim Brennan, October 21, 2016 | SDNY_00262434 to SDNY_00262435 | |
| 207* | Email from Paul Manafort to Dennis Raico with attachment, October 21, 2016 | SDNY_00262615 to SDNY_00262617 | |
| 208 | Email from Dennis Raico to Elizabeth Cholakis with attachment, October 21, 2016 | SDNY_00271688 to SDNY_00271690 | |
| 209 | Email from Ann DiCola to Dennis Raico and Darin Judis, October 25, 2016 | SDNY_00262702 to SDNY_00262704 | Hearsay |
| 210* | Email from Dennis Raico to Vanessa Bartholomew with attachments, October 26, 2016 | SDNY_00271777 to SDNY_00271787 | |
| 211 | Email from Paul Manafort to Dennis Raico, October 26, 2016 | SDNY_00262790 to SDNY_00262792 | |
| 212 | Email from Vanessa Bartholomew to Dennis Raico with attachment, October 28, 2016 | SDNY_00264231 to SDNY_00264236 | |
| 213 | Email from Steve Calk to Dennis Raico, October 29, 2016 | SDNY_00241768 to SDNY_00241769 | |
| 214* | Email from Steve Calk to Paul Manafort, October 29, 2016 | SDNY_00241767 | |
| 215 | Email from Dennis Raico to Paul Manafort, Steve Calk, and Bruce Baldinger, October 31, 2016 | SDNY_00239907 to SDNY_00239909 | |
| 216 | Email from Dennis Raico to Vanessa Bartholomew, October 31, 2016 | SDNY_00272839 to SDNY_00272842 | |
| 217 | Email from Ann DiCola to Dennis Raico, November 1, 2016 | SDNY_00265229 to SDNY_00265236 | |
| 218 | Email from Amanda Sparks to Dennis Raico, Vanessa Bartholomew, and Erin Devaney, November 1, 2016 | SDNY_00265266 to SDNY_00265271 | Hearsay |
| 219 | Email from Paul Manafort to Dennis Raico, Bruce Baldinger, Jeff Yohai, and Steve Calk, November 1, 2016 | SDNY_00239255 to SDNY_239257 | |
| 220* | Email from Dennis Raico to Nadlan Appraisals and Sam Heskel, November 4, 2016 | SDNY_00273081 to SDNY_00273083 | |
| 221* | Email from Ann DiCola to Vanessa Bartholomew, Patricia Saenz, Amanda Sparks, Jolisa Garrett, Dennis Raico, Robert Jones, Darin Judis, and Steve Calk, November 11, 2016 | SDNY_00239919 to SDNY_00239928 | |
| 222 | Email from Dennis Raico to Sam Heskel, November 6, 2016 | SDNY_00273118 to SDNY_00273121 | |
| 223 | Email from Dennis Raico to Robert Jones and Vanessa Bartholomew, November 8, 2016 | SDNY_00252256 to SDNY_00252258 | Hearsay |
| 224* | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Robert Wisnicki, Andrew Knoph, and Dennis Raico, November 8, 2016 | SDNY_00273181 to SDNY_00273182 | |
| 225 | Email from Dennis Raico to djudis@bofi.com, rmarquez@bofi.com, Dennis Raico, and Ann DiCola, November 8, 2016 | SDNY_00256177 | |
| 226 | Email from Robert Wisnicki to Dennis Raico, November 9, 2016 | SDNY_00266557 to SDNY_00266558 | |

| | | | |
|---|---|---|---|
| 227 | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Edward Heim, Andrew Knoph, and Robert Wisnicki, November 9, 2016 | SDNY_00273241 to SDNY_00273244 | Hearsay |
| 228 | Email from Kellie Kennedy to Steve Calk, November 9, 2016 | TFSB0090558 to TFSB0090559 | |
| 229 | Email from Dennis Raico to Javier Ubarri and Steve Calk, November 10, 2016 | SDNY_00239973 | |
| 230 | Email from Dennis Raico to Paul Manafort, November 10, 2016 | SDNY_00273268 | |
| 230-A | Email from Matthew MacDonald to Dennis Raico, Javier Ubarri, Jim Brennan, Eric Buteyn, and Steve Calk with attachment, November 11, 2016 | TFSB_000000813 to TFSB_000000814 | |
| 231 | Email from Matthew MacDonald to Javier Ubarri, November 11, 2016 | SDNY_00277343 to SDNY_00277347 | |
| 232* | Email from Matthew MacDonald to Javier Ubarri, November 10, 2016 | SDNY_00266701 to SDNY_00266703 | |
| 233 | Email from Jim Brennan to Eric Buteyn, Matthew MacDonald, Ryan Galer, Javier Ubarri, and Dennis Raico with attachments, November 10, 2016 | SDNY_00266690 to SDNY_00266700 | |
| 234 | Email from Javier Ubarri to Dennis Raico and Steve Calk with attachment, November 11, 2016 | SDNY_00239974 to SDNY_00239978 | |
| 235 | Email from Dennis Raico to Paul Manafort, Steve Calk, and Bruce Baldinger, November 11, 2016 | SDNY_00273341 | |
| 236 | Email from Steve Calk to Dennis Raico and Jim Brennan, November 11, 2016 | SDNY_00280426 to SDNY_00280427 | |
| 237 | Email from Dennis Raico to Paul Manafort, bbaldinger@baldingerlaw.com, Steve Calk, and Dennis Raico with attachment, November 11, 2016 | SDNY_00273347 to SDNY_00273349 | |
| 238* | Email from Bruce Baldinger to Dennis Raico and Paul Manafort, November 11, 2016 | SDNY_00266773 to SDNY_00266774 | |
| 239* | Email from Dennis Raico to Bruce Baldinger and Paul Manafort with attachments, November 11, 2016 | SDNY_00266778 to SDNY_00266787 | |
| 240 | Email from Steve Calk to Bonnie Sinnock, November 12, 2016 | TFSB0090796 to TFSB0090798 | |
| 241* | Email from Ryan McCarthy to Steve Calk with attachment, November 12, 2016 | TFSB0086705 to TFSB0086708 | |
| 242* | Email from Paul Manafort to Dennis Raico, Bruce Baldinger, Steve Calk, and Jeff Yohai with attachment, November 13, 2016 | SDNY_00240122 to SDNY_00240124 | |
| 243* | Email from Steve Calk to Dennis Raico, November 13, 2016 | SDNY_00239270 to SDNY_00239271 | |
| 244 | Email from Steve Calk to Paul Manafort with attachments, November 14, 2016 | SDNY_00240127 to SDNY_00240130 | |
| 245 | Email from Steve Calk to Paul Manafort, November 14, 2016 | SDNY_00241733 to SDNY_00241737 | |
| 246* | Email from wlross@wlross.com to Steve Calk, November 14, 2016 | TFSB0090803 | |
| 247* | Email from Steven Calk to steven@donaldtrump.com, November 14, 2016 | TFSB0090804 | |
| 248 | Email from Steve Calk to Jim Brennan, Javier Ubarri, and Dennis Raico with attachment, November 14, 2016 | SDNY_00241743 to SDNY_00241746 (Bates numbers in non-consecutive order) | |
| 249 | Email from Jim Brennan to Robert Wisnicki, Dennis Raico, Angela Shelton, and Thomas Horn with attachment, November 14, 2016 | SDNY_00266812 to SDNY_00266816 | |
| 250* | Email from Dennis Raico to Thomas Horn and Jim Brennan, November 14, 2016 | SDNY_00266864 | |
| 251* | Email from Steve Calk to Paul Manafort, November 15, 2016 | SDNY_00241724 | |
| 252 | Email from Dennis Raico to Sam Heskel and Nadlan Appraisals, November 15, 2016 | SDNY_00273391 | |
| 253* | Email from Ann DiCola to Dennis Raico, Darin Judis, and Vanessa Bartholomew, November 16, 2016 | SDNY_00267181 to SDNY_00267183 | |
| 254 | Email from Steve Calk to Paul Manafort with attachments, November 16, 2016 | SDNY_00241718 to SDNY_00241723 (Bates numbers in non-consecutive order) | |
| 255* | Email notification regarding message delivered from Steve Calk to Paul Manafort, November 16, 2016 | SDNY_00240170 to SDNY_00240171 | |
| 256 | Email from Dennis Raico to Steve Calk, November 16, 2016 | SDNY_00240177 to SDNY_00240180 | |
| 257 | Email from Steve Calk to Dennis Raico, November 18, 2016 | SDNY_00239291 to SDNY_00239294 | |
| 258* | Email from Dennis Raico to Jeff Yohai, November 18, 2016 | SDNY_00273555 to SDNY_00273558 | |
| 259* | Email from Jim Brennan to Edward Heim, Dennis Raico, bbaldinger@baldingerlaw.com, Charles Brigante, Melissa Tousley, and Stacey Paglia-Marrero, November 18, 2016 | SDNY_00267794 to SDNY_00267795 | |
| 260 | Email from Dennis Raico to Cody Weinberg and Sam Heskel, November 18, 2016 | SDNY_00273559 to SDNY_00273563 | |

| # | Description | Bates | Notes |
|---|---|---|---|
| 261 | Email from Steve Calk to Paul Manafort with attachments, November 19, 2016 | SDNY_00241697 to SDNY_00241703 (Bates numbers in non-consecutive order) | |
| 262* | Email notification regarding message delivered from Steve Calk to Paul Manafort, November 19, 2016 | SDNY_00240190 to SDNY_00240191 | |
| 263 | Email from Dennis Raico to Paul Manafort, November 20, 2016 | SDNY_00273587 to SDNY_00273589 | |
| 264 | Email from John Day to Dennis Raico, Scott Sawyer, Jeff Yohai, and Keren Kogan, November 21, 2016 | SDNY_00267822 to SDNY_00267824 | |
| 265* | Email from Dennis Raico to Vanessa Bartholomew and Ann DiCola, November 21, 2016 | SDNY_00273606 to SDNY_00273612 | |
| 266 | Email from Steve Calk to Paul Manafort with attachment, November 25, 2016 | SDNY_00241691 to SDNY_00241690 (Bates numbers in reverse order) | |
| 267* | Email notification regarding message delivered from Steve Calk to Paul Manafort, November 25, 2016 | SDNY_00240197 to SDNY_00240198 | |
| 268 | Email from Paul Manafort to Steve Calk, November 25, 2016 | SDNY_00240199 | |
| 269 | Email from Steve Calk to George Gilmore with native attachments, November 27, 2016 | TFSB0087353 to TFSB0087354 | |
| | Attachment A to GX 269 | | |
| | Attachment B to GX 269 | | |
| | Attachment C to GX 269 | | |
| 270 | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Paul Manafort, and Jeff Yohai, November 28, 2016 | SDNY_00273708 to SDNY_00273709 | |
| 271 | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Paul Manafort, and Jeff Yohai, November 28, 2016 | SDNY_00256331 and SDNY_00256332 | |
| 272 | Email from Paul Manafort to Dennis Raico and Steve Calk, November 30, 2016 | SDNY_00240209 | |
| 273 | Email from Dennis Raico to Amanda Sparks and Vanessa Bartholomew, December 1, 2016 | SDNY_00273813 to SDNY_00273816 | Hearsay |
| 274* | Email from Jim Mattis to Dell Dailey, Steve Calk, and Sally Donnelly, December 2, 2016 | TFSB0086859 to TFSB0086860 | |
| 275* | Email from Jim Mattis to Steve Calk, December 4, 2016 | TFSB0090898 | |
| 276 | Email from Paul Manafort to Dennis Raico, December 3, 2016 | SDNY_00268508 to SDNY_00268509 | |
| 277 | Email from Dennis Raico to Vanessa Bartholomew and Amanda Sparks, December 6, 2016 | SDNY_00273883 to SDNY_00273885 | Hearsay |
| 278 | Email from Steve Calk to Paul Manafort, December 7, 2016 | SDNY_00241677 to SDNY_00241680 | |
| 279 | Email from Steve Calk to Dennis Raico, December 7, 2016 | SDNY_00241672 to SDNY_00241674 | |
| 280 | Email from Paul Manafort to Dennis Raico, Steve Calk, Bruce Baldinger, Felix Katz, and Alan Fetzer with attachments, December 7, 2016 | SDNY_00240239 to SDNY_00240250 | |
| 281 | Email from Steve Calk to Paul Manafort, Dennis Raico, and Steve Calk, December 7, 2016 | SDNY_00241671 | |
| 282 | Email from Steve Calk to Dennis Raico, December 8, 2016 | SDNY_00241669 to SDNY_00241670 | |
| 283 | Email from Steve Calk to greg.garrabrants@bofifederalbank.com, December 8, 2016 | SDNY_00241668 | |
| 284 | Email from Dennis Raico to Elizabeth Cholakis, December 9, 2016 | SDNY_00273980 to SDNY_00273982 | |
| 285 | Email from James Brennan to jubarri@tfsbcuca01.cbc.local with native attachment, December 9, 2016 | SDNY_00280271 to SDNY_00280272 | Hearsay |
| | Attachment A to GX 285 | | |
| 286 | Email from Jim Brennan to Dennis Raico with attachment, December 9, 2016 | SDNY_00280290 to SDNY_00280293 | |
| 287* | Calendar invite for event December 12, 2016 | SDNY_00239872 to SDNY_00239873 | |
| 288* | Email from Steve Calk to steve@arc-ent.com with attachments, December 14, 2016 | TFSB0087422 to TFSB0087427 | |
| 289 | Email from Jim Brennan to Dennis Raico, December 14, 2016 | SDNY_00269100 to SDNY_00269101 | |
| 290 | Email from Steve Calk to Chuck Smith, Javier Ubarri, and John Calk, December 16, 2016 | SDNY_00239537 to SDNY_00239538 | |
| 291* | Email from Steve Calk to Javier Ubarri, December 17, 2016 | SDNY_00239542 to SDNY_00239545 | |
| 291-A | Email from Steve Calk to Richard Porter, December 19, 2016 | TFSB0087432 to TFSB0087457 | |
| 292* | Email from Steve Calk to Chuck Smith, Javier Ubarri, and John Calk, December 20, 2016 | SDNY_00239558 | |
| 293 | Email from Steve Calk to Chuck Smith, Javier Ubarri, and John Calk, December 20, 2016 | SDNY_00239559 to SDNY_00239561 | |
| 294* | Email from Dennis Raico to Paul Manafort, Bruce Baldinger, Steve Calk, and Dennis Raico with attachments, December 21, 2016 | SDNY_00256494 to SDNY_00256552 | |
| 295 | Email from Steve Calk to Bruce Baldinger, Dennis Raico, and Paul Manafort, December 21, 2016 | SDNY_00239562 to SDNY_00239563 | |

| | | | |
|---|---|---|---|
| 296 | Email from Javier Ubarri to Jim Norini, Jim Brennan, and Steve Calk with attachment, December 22, 2016 | SDNY_00280094 | |
| 297 | Email from Dennis Raico to Paul Manafort, Bruce Baldinger, and Steve Calk with attachment, December 22, 2016 | SDNY_00274202 to SDNY_00274206 | |
| 298 | Email from Steve Calk to Dennis Raico, December 22, 2016 | SDNY_00241566 to SDNY_00241567 | |
| 299 | Email from Steve Calk to Paul Manafort, Javier Ubarri, Jim Brennan, Dennis Raico, and Steve Calk with attachment, December 22, 2016 | SDNY_00240571 to SDNY_00240574 | |
| 300 | Email from Steve Calk to Paul Manafort, Dennis Raico, Javier Ubarri, and Steve Calk with attachment, December 23, 2016 | SDNY_00239853 to SDNY_00239856 | |
| 300-A | Email from Steve Calk to Dennis Raico, Bruce Baldinger, and Paul Manafort, with attachment, February 23, 2016 | SDNY_00240578 to SDNY_00240580 | |
| 301* | Email notification regarding message delivered from Steve Calk to Paul Manafort, Dennis Raico, Javier Ubarri, and Steve Calk, December 23, 2016 | SDNY_00240590 to SDNY_00240591 | |
| 302 | Email from Steve Calk to Paul Manafort, December 23, 2016 | SDNY_00241545 to SDNY_00241546 | |
| 303* | Email from Steve Calk to Paul Manafort, December 23, 2016 | SDNY_00241559 to SDNY_00241561 | |
| 304 | Calendar event December 23, 2016 | SDNY_00241349 | |
| 305 | Email from Steve Calk to Dennis Raico, December 23, 2016 | SDNY_00269360 to SDNY_00269362 | |
| 306 | Email from Jim Brennan to Angela Shelton, Rafael Nieves, and Thomas Horn, December 23, 2016 | SDNY_00242545 to SDNY_00242547 | |
| 307 | Email from Steve Calk to Paul Manafort and Steve Calk, December 23, 2016 | SDNY_00240607 to SDNY_00240608 | |
| 308 | Email from Jackie Katz to Steve Calk, December 23, 2016 | SDNY_00240612 to SDNY_00240613 | |
| 309 | Email from Dennis Raico to Thomas Horn and Jim Brennan, December 28, 2016 | SDNY_00274370 | |
| 310 | Email from Dennis Raico to Thomas Horn and Jim Brennan, December 27, 2016 | SDNY_00242629 to SDNY_00242631 | |
| 311 | Email from Thomas Horn to Dennis Raico and Jim Brennan, December 30, 2016 | SDNY_00243619 to SDNY_00243625 | |
| 312 | Email from Jim Brennan to Robert Wisnicki and Dennis Raico, January 3, 2017 | SDNY_00283062 to SDNY_00283064 | |
| 313* | Email from Dennis Raico to Jim Brennan, January 3, 2017 | SDNY_00274411 to SDNY_00274412 | |
| 314 | Email from Steve Calk to Anthony Scaramucci with attachment, January 3, 2017 | TFSB0089160 to TFSB0089161 | |
| 315 | Email from Darin Judis to Dennis Raico and Ann DiCola, January 4, 2017 | SDNY_00269669 to SDNY_00269670 | Hearsay |
| 316 | Email from Heather Washkuhn to Dennis Raico and Cindy Laporta with attachment, January 4, 2017 | SDNY_00269686 to SDNY_00269699 | |
| 316-A* | Email from Jim Brennan to Dennis Raico and Robert WisnickI, January 4, 2017 | SDNY_00283116 | |
| 317 | Email from Jim Brennan to John Calk, Steve Calk, Javier Ubarri, Jim Norini, and Dan Semenak with attachments, January 5, 2017 | SDNY_00253443 to SDNY_00253467 | |
| 318 | Email from Jim Brennan to Steve Calk, January 6, 2017 | SDNY_00280361 to SDNY_00280363 | |
| 319 | Email from Steve Calk to Javier Ubarri, January 6, 2017 | SDNY_00241524 | |
| 320 | Email from Anthony Scaramucci to Steve Calk, January 9, 2017 | SDNY_00240726 | |
| 321 | Email from Campbell Burr to Steve Calk with attachment, January 9, 2017 | SDNY_00240727 to SDNY_00240729 | |
| 322 | Email from Steve Calk to Campbell Burr with attachments, January 9, 2017 | SDNY_00241513 to SDNY_00241518 (Bates numbers in non-consecutive order) | |
| 323 | Email from Steve Calk to Campbell Burr with attachments, January 10, 2017 | SDNY_00241505 to SDNY_00241512 (Bates numbers in non-consecutive order) | |
| 324 | Email from Steve Calk to Paul Manafort with attachment, January 10, 2017 | SDNY_00241504 to SDNY_00241503 (Bates numbers in reverse order) | |
| 325 | Email from Robert Wisnicki to Dennis Raico, January 10, 2017 | SDNY_00269850 to SDNY_00269851 | |
| 326 | Email from Jim Brennan to Robert Wisnicki and Dennis Raico, January 10, 2017 | SDNY_00269853 to SDNY_00269854 | Hearsay |
| 327 | Email from Robert Wisnicki to Jim Brennan and Dennis Raico with attachment, January 10, 2017 | SDNY_00269855 to SDNY_00269858 | |
| 328* | Email from Martin Silverstein to Steve Calk, January 10, 2017 | TFSB0087688 | |
| 329* | Email from Steve Calk to igreenstein@graquantum.com, January 10, 2017 | TFSB0087687 | |
| 330 | Email from Steve Calk to john@johnsweeney.org, January 10, 2017 | TFSB0089164 | |

| | | | |
|---|---|---|---|
| 331* | Email from Steve Calk to Sally Donnelly, January 13, 2017 | SDNY_00241491 to SDNY_00241493 | |
| 332 | Email from Steve Calk to Anthony Scaramucci, January 16, 2017 | SDNY_00241469 to SDNY_00241470 | |
| 333* | Email from Michael Sasso to Dennis Raico, bbaldinger@baldingerlaw.com, Robert Wisnicki, and Vanessa Robins with attachment, January 17, 2017 | SDNY_00270000 to SDNY_00270005 | |
| 333-A* | Email from Steve Calk to Sally Donnelly, January 23, 2017 | TFSB0089177 to TFSB0089178 | |
| 334 | Email from Steve Calk to Nicholas Bugajski, January 31, 2017 | TFSB0090484 to TFSB0090493 | |
| 335 | Email from Steve Calk to Martin Silverstein, February 4, 2017 | TFSB0090494 | |
| 336 | Email from Steve Calk to John Sweeney, February 4, 2017 | TFSB0089213 | |
| 337 | Email from Steve Calk to Ira Greenstein, February 6, 2017 | TFSB0090508 to TFSB0090509 | |
| 338* | Email from Steve Calk to Matthew Braman, February 7, 2017 | TFSB0087859 to TFSB0087867 | |
| 339* | Email from Kevin Sweeney to Steve Calk, Sally Donnelly, and Tony DeMartino, February 11, 2017 | SDNY_00176707 to SDNY_00176709 | |
| 340* | Email from Steve Calk to Javier Ubarri, February 25, 2017 | SDNY_00239813 to SDNY_00239816 | |
| 341 | Email from Javier Ubarri to Steve Calk, February 25, 2017 | SDNY_00240973 to SDNY_00240975 | |
| 342* | Email from Steve Calk to Bill Mrowczynski, February 28, 2017 | SDNY_00239817 to SDNY_00239818 | |
| 343* | Email from Steve to sms45@who.eop.gov, March 6, 2017 | SDNY_00241436 | |
| 344* | Email from Jim Brennan to Thomas Horn and Dennis Raico with attachment, March 22, 2017 | SDNY_00243556 to SDNY_00243557 | Hearsay |
| 345 | Email from Jim Brennan to Steve Calk with native attachment, March 23, 2017 | SDNY_00241107 to SDNY_00241108 | |
| | Attachment A to GX 345 | | |
| 346* | Email from Jason Maloni to Steve Calk with attachment, March 29, 2017 | SDNY_00241934 to SDNY_00241938 (Bates numbers in non-consecutive order) | Relevance; Rule 403; Hearsay |
| 347 | Email from Javier Ubarri to Steve Calk, Jim Norini, and Ryan Murphy with attachment, March 29, 2017 | SDNY_00241919 to SDNY_00241922 (Bates numbers in non-consecutive order) | Rule 403; Hearsay |
| 348 | Email from Jim Norini to Steve Calk, March 29, 2017 | SDNY_00241916 | |
| 349 | Email from Steve Calk to Jack Gongaware, Jim Norini, Kevin Peters, and Nancy Chelovich, March 31, 2017 | TFSB0016737 to TFSB0016738 | |
| 350* | Email from Thomas Horn to Jim Brennan and Dennis Raico with attachment, April 27, 2017 | TFSB0015954 to TFSB0015977 | Relevance |
| 351* | Email from Steve Calk to steve@arc-ent.com and Steve Calk with attachments, May 5, 2017 | TFSB0089941 to TFSB0089944 | |
| 352* | Email from Steve Calk to Kevin Sweeney and Sally Donnelly, May 8, 2017 | TFSB0090552 to TFSB0090553 | |
| 353* | Email from Catherine Aguirre to Javier Ubarri, Jim Norini, and Jim Brennan with attachments, July 12, 2017 | TFSB0066932 to TFSB0066956 | Relevance; Rule 403 |
| 354* | Email from Catherine Aguirre to Javier Ubarri and Jim Brennan, July 16, 2017 | TFSB0068234 to TFSB0068235 | Relevance; Rule 403 |
| 355* | Email from Catherine Aguirre to Javier Ubarri, July 19, 2017 | TFSB0068250 to TFSB0068251 | Relevance; Rule 403 |
| 356* | Email from Javier Ubarri to Jim Brennan and Jim Norini, August 14, 2017 | TFSB0067069 to TFSB0067071 | Relevance; Rule 403 |
| 357* | Email from Alan Lorr to Jim Brennan with attachment, September 19, 2017 | TFSB0066080 to TFSB0066082 | Relevance; Rule 403 |
| 358* | Email from Steve Calk to colbbb@gmail.com, Charles & Emily Everson Gleichenhaus, John Calk, Javier Ubarri, Jim Norini, Steve Morrissette, Bill Markel, and kaharrisjr@gmail.com, November 30, 2017 | TFSB0070051 to TFSB0070053 | Relevance; Rule 403 |
| 359 | Email from Jim Brennan to Catherine Aguirre, December 13, 2017 | TFSB0064810 to TFSB0064811 | Relevance; Rule 403; Hearsay |
| 360-A | Email from MAGA Messaging to Jason Miller, Rick Gates, Hope Hicks, and Bryan Lanza, August 16, 2016 | SDNY_00239060 to SDNY_00239062 | |
| 360-B | Email from MAGA Messaging to Rick Gates, Jason Miller, Bryan Lanza, and Hope Hicks, August 18, 2016 | SDNY_00239069 to SDNY_00239071 | |
| 360-C | Email from MAGA Messaging to Rick Gates, Jason Miller, Bryan Lanza, and Hope Hicks, August 19, 2016 | SDNY_00239076 to SDNY_00239077 | |
| 360-D | Email from MAGA Messaging to Hope Hicks, Jason Miller, and Bryan Lanza, August 19, 2016 | SDNY_00239080 to SDNY_00239081 | |
| | **450 Series** TFSB Policies and Organizational Documents | | |

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 451-A | TFSB Minutes of Board of Directors Meeting, June 23, 2011 | TFSB0091071 to TFSB0091074 | Relevance; 403; Hearsay (The parties are continuing to discuss the admissibility of these records and are working to agree on redacted versions that may be submitted without objection at trial.) |
| 451-B | TFSB Minutes of Board of Directors Meeting, September 20, 2012 | TFSB0091034 to TFSB0091039 | |
| 451-C | TFSB Minutes of Board of Directors Meeting, August 27, 2013 | TFSB0091040 to TFSB0091046 | |
| 451-D | TFSB Minutes of Board of Directors Meeting, May 22, 2014 | TFSB0091047 to TFSB0091050 | |
| 451-E | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved May 21, 2015 | TFSB0091023 to TFSB0091028 | |
| 451-F | TFSB Minutes of Board of Directors Meeting, May 21, 2015 | TFSB0091051 to TFSB0091055 | Relevance; 403; Hearsay (The parties are continuing to discuss the admissibility of these records and are working to agree on redacted versions that may be submitted without objection at trial.) |
| 451-G | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved April 21, 2016 (with tracked changes) | SDNY_00231795 to SDNY_00231800 | |
| 451-H | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved April 21, 2016 | TFSB0091017 to TFSB0091022 | |
| 451-I | TFSB Minutes of Board of Directors Meeting, April 21, 2016 | TFSB0053451 to TFSB0053454 | Relevance; 403; Hearsay (The parties are continuing to discuss the admissibility of these records and are working to agree on redacted versions that may be submitted without objection at trial.) |
| 451-J* | TFSB Minutes of Board of Directors Meeting, November 16, 2016 | TFSB0053479 to TFSB0053482 | |
| 451-K* | TFSB Minutes of Board of Directors Meeting, December 14, 2016 | TFSB0053483 to TFSB0053486 | |
| 451-L* | TFSB Minutes of Board of Directors Meeting, January 26, 2017 | TFSB0053616 to TFSB0053619 | |
| 451-M* | TFSB Minutes of Board of Directors Meeting, February 16, 2017 | TFSB0053620 to TFSB0053623 | |
| 451-N* | TFSB Minutes of Board of Directors Meeting, March 16, 2017 | TFSB0053624 to TFSB0053627 | |
| 451-O* | TFSB Minutes of Board of Directors Meeting, April 27, 2017 | SDNY_00230293 to SDNY_00230394 | |
| 451-P* | TFSB Minutes of Board of Directors Meeting, May 25, 2017 | TFSB0053628 to TFSB0053631 | |
| 451-Q* | TFSB Minutes of Board of Directors Meeting, June 15, 2017 | SDNY_00230395 to SDNY_00230585 | |
| 451-R | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved August 24, 2017 | TFSB0091005 to TFSB0091008 | |
| 451-S* | TFSB Minutes of Board of Directors Meeting, August 24, 2017 | TFSB0091059 to TFSB0091062 | Relevance; 403; Hearsay (The parties are continuing to discuss the admissibility of these records and are working to agree on redacted versions that may be submitted without objection at trial.) |
| 451-T | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved August 16, 2018 | TFSB0091011 to TFSB0091016 | |
| 452* | TFSB Loan Policy, Board Approved January 13, 2016 | TFSB0000050 to TFSB0000095 | |
| 453 | TFSB Consent of the Sole Stockholder, Effective April 6, 2016 | SDNY_00189364 to SDNY_00189365 | |
| 454 | NBHI Capital Structure | SDNY_00189367 | |
| 455 | Federal Savings Bank Employee Roster, April 20, 2017 | SDNY_00189366 | |

**500 Series**
Calk iPhone

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 501* | Calk iPhone extraction report | SDNY_00004577 to SDNY_00004627 | Hearsay; Relevance; Rule 403 |
| 501-1 | Page from Calk iPhone extraction report | SDNY_00004623 | Objection to Redacted Version |
| 501-2 | Page from Calk iPhone extraction report | SDNY_00004592 | |
| 501-3 | Page from Calk iPhone extraction report | SDNY_00004585 | Relevance; Rule 403; Rule of Completenes |

**550 Series**
Manafort Documents

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 551 | Email from Steve Calk to Paul Manafort with native attachments, August 4, 2016 | SDNY_00129869 to SDNY_00129872 | |
| | Attachment A to GX 551 | | |
| | Attachment B to GX 551 | | |
| 552 | Calendar invite for event August 4, 2016 | SDNY_00101270 | Relevance |
| 553* | Email from Paul Manafort to Jeff Yohai, October 26, 2016 | SDNY_00130622 | Relevance, Hearsay |
| 554* | Email from Arthur Culvahouse Jr. to Paul Manafort with attachment, November 10, 2016 | SDNY_00146985 to SDNY_00146987 | |
| 555* | Email from Paul Manafort to Jared Kushner with attachment, November 15, 2016 | SDNY_00147023 to SDNY_00147025 | |
| 556* | Email from Steve Calk to Paul Manafort with native attachments, November 14, 2016 | SDNY_00147004 to SDNY_00147007 | |
| | Attachment A to GX 556 | | |
| | Attachment B to GX 556 | | |
| 557* | Email from Steve Calk to Paul Manafort with native attachments, November 16, 2016 | SDNY_00147027 to SDNY_00147032 | |

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| | Attachment A to GX 557 | | |
| | Attachment B to GX 557 | | |
| 558* | Email from Steve Calk to Paul Manafort with native attachments, November 19, 2016 | SDNY_00147053 to SDNY_00147059 | |
| | Attachment A to GX 558 | | |
| | Attachment B to GX 558 | | |
| | Attachment C to GX 558 | | |
| 559* | Email from Steve Calk to Paul Manafort with native attachement, November 25, 2016 | SDNY_00147068 to SDNY_00147069 | |
| | Attachment A to GX 559 | | |
| 560* | Email from Jared Kushner to Paul Manafort, November 27, 2016 | SDNY_00147070 | |
| 561* | Email from Jared Kushner to Paul Manafort, November 28, 2016 | SDNY_00147071 to SDNY_00147072 | |
| 562 | Email from Paul Manafort to Jared Kushner with attachments, November 30, 2016 | SDNY_00147085 to SDNY_00147095 | |
| 563* | Email from Bruce Baldinger and Dennis Raico with attachment, December 2, 2016 | SDNY_00130805 to SDNY_00130817 | |
| 564* | Email from Ben Herzog to Jeff Yohai, Jess Manafort, and Paul Manafort with attachment, December 5, 2016 | SDNY_00107075 to SDNY_00107076 | Relevance |
| 565* | Email from Bruce Baldinger to Paul Manafort with attachment, December 5, 2016 | SDNY_00107077 to SDNY_00107079 | Relevance |
| 566 | Email from Paul Manafort to Rick Gates with attachment, December 23, 2016 | SDNY_00139629 to SDNY_00139640 | |
| 567 | Contact information for Anthony Scaramucci | SDNY_00102771 | |

**600 Series**
**PTT Documents**

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 601 | Email from John Rader to Referrals, December 1, 2016 | TFA_CALK.0000321 to TFA_CALK.0000326 | Authenticity |
| 601-A | PTT Wave 2 document, December 13, 2016 | TFA_CALK.0000252 to TFA_CALK.0000315 | Authenticity; Relevance; Rule 403 |
| 602 | PTT spreadsheet entry | TFA_CALK.0000001 to TFA_CALK.0000008 | Authenticity; Relevance; Rule 403 |
| 603* | Anthony Scaramucci texts with Paul Manafort, December 15, 2016 | SDNY_00197575 | Authenticity |
| 604 | Anthony Scaramucci texts with Stephen Calk, January 6 through January 9, 2017 | SDNY_00197562 to SDNY_00197561, SDNY_00197558 (Bates numbers in non-consecutive order) | Authenticity |
| 605 | Anthony Scaramucci texts with Stephen Calk, January 9 through January 10, 2017 | SDNY_00197555 to SDNY_00197556, SDNY_00197559 (Bates numbers in non-consecutive order) | Authenticity |
| 606 | Anthony Scaramucci texts with Stephen Calk, Feburary 3 through March 14, 2017 | SDNY_00197552, SDNY_00197554 (Bates numbers in non-consecutive order) | Authenticity |
| 607 | Anthony Scaramucci texts with Stephen Calk, March 14 through March 20, 2017 | SDNY_00197548 to SDNY_00197552 (Bates numbers in reverse order) | Authenticity |
| 608 | Ticketing spreadsheet | TFA_CALK.0000339 to TFA_CALK.0000395 | Authenticity; Relevance; Rule 403 |
| 609 | Anthony Scaramucci texts with Stephen Calk, December 30, 2016 through March 20, 2017 | SDNY_00041315 to SDNY_00041332 (Bates numbers in non-consecutive order) | Authenticity |
| 610 | Anthony Scaramucci texts with Paul Manafort, November 15, 2016 through December 27, 2016 | SDNY_00411051 to SDNY_00411054 | Authenticity; Hearsay |
| 611 | Anthony Scaramucci texts with Paul Manafort, November 15, 2016 through December 26, 2016 | SDNY_00411279 to SDNY_00411281 | Authenticity; Hearsay |

**650 Series**
**DJTFP Documents**

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 651 | Email from Paul Manafort to Jason Roys with attachment, July 27, 2016 | SCODOJ-00000465 to SCODOJ-00000469 | Authenticity |
| 652 | Email from Paul Manafort to Jason Roys with attachment, August 3, 2016 | SCODOJ-00000475 to SCODOJ-00000479 | Authenticity |
| 654* | Email from Paul Manafort to Steven Mnuchin, August 5, 2016 | DFTFP_SCO_00007222 to DFTFP_SCO_00007226 | Authenticity; Relevance, Rule 403; Hearsay |

**700 Series**
**OCC Documents**

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 701* | OCC bulletin enclosing OCC Comptroller's Handbook chapter on Insider Activities | SDNY_00003868 | Relevance; Rule 403 |
| 702* | OCC Comptroller's Handbook chapter on Insider Activities | SDNY_00004313 to SDNY_00004360 | Relevance; Rule 403 |
| 703* | Key Differences Between National Bank Regulatory Requirements and Federal Savings Association Regulatory Requirements | SDNY_00003835 to SDNY_00003867 | Relevance; Rule 403 |
| 704* | OCC Comptroller's Handbook chapter on Commercial Real Estate Lending | SDNY_00004050 to SDNY_00004182 | Relevance; Rule 403 |
| 705* | OCC Comptroller's Handbook chapter on Corporate and Risk Governance | SDNY_00004183 to SDNY_00004312 | Relevance; Rule 403 |
| 706* | OCC Comptroller's Handbook on Rating Credit Risk, updated June 26, 2017 | SDNY_00299167 to SDNY_00299235 | Relevance; Rule 403 |
| 707* | OCC Director's Book | SDNY_00004361 to SDNY_00004470 | Relevance; Rule 403 |

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 708* | Asset Quality Review Sheet for borrower Summerbreeze LLC | SDNY_00228581 to SDNY_00228585 | |
| 709* | Email from Jack Gongaware to Kevin Peters and Nancy Chelovich, March 30, 2017 | SDNY_00229469 to SDNY_00229472 | Hearsay |
| 710* | Supervisory Concerns - Significant Events, last updated March 31, 2017 | SDNY_00229485 to SDNY_00229491 | Hearsay |
| 711* | Email from Catherine Aguirre to Nancy Chelovich, Ben Lemanski, Kevin Peters, and Jack Gongaware, April 13, 2017 | SDNY_00229451 to SDNY_00229457 | Relevance; Rule 403; Hearsay |
| 712* | Email from Catherine Aguirre to Javier Ubarri and Jim Norini with attachment, July 19, 2017 | SDNY_00229738 to SDNY_00229748 | Relevance; Rule 403; Hearsay |
| 713* | Asset Quality Review Sheet for borrower Paul J Manafort | SDNY_00231416 to SDNY_00231427 | Relevance; Rule 403; Hearsay |
| 714* | Memo from Portfolio Manager Catherine Aguirre to The Federal Savings Bank Official Bank File, January 2018 | SDNY_00231199 to SDNY_00231200 | Relevance; Rule 403; Hearsay |
| 715* | Analysis supporting Doubtful classification | SDNY_00231072 to SDNY_00231075 | Relevance; Rule 403; Hearsay |
| 716* | Credit risk analysis worksheet | SDNY_00231428 to SDNY_00231439 | Relevance; Rule 403; Hearsay |
| 717* | Report of Examination of TFSB as of September 30, 2017 | SDNY_00231801 to SDNY_00231852 | Relevance; Rule 403; Hearsay |
| 718* | CRE Loan Review Sheet, June 12, 2017 | SDNY_00229702 | Relevance; Rule 403; Hearsay |

**800 Series**
Prior Loan Documents

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 801 | Genesis Capital 377 Union Street loan documents | GCGJ0022615 to GCGJ0022908 | |
| 802 | Email from Jim Brennan to Thomas Horn and Dennis Raico with attachment (MC Brooklyn Holdings operating agreement), December 28, 2016 | SDNY_00242720 to SDNY_00242742 | |
| 803 | Genesis Capital 2401 Nottingham Avenue loan documents | GCGJ0025909 to GCGJ0025989 | |
| 804 | 2401 Nottingham LLC operating agreement | SDNY_00189737 to SDNY_00189741 | |
| 805 | Baylor Holding LLC operating agreement | SDNY_00190164 to SDNY_00190185 | |
| 806 | Email from Yvonne Gruenberg to Bruce Baldinger, Donna Grissom, Shawn Bellau, Jeff Yohai, steven@cziklaw.com, and pmanafort@dmpint.com with attachments (Genesis Capital 779 | GCGJ0013861 to GCGJ0014008 | |
| 807 | 779 Stradella LLC operating agreement | SDNY_00194396 to SDNY_00194408 | |
| 808 | Genesis Capital 1550 Blue Jay Way loan documents | GCGJ0018931 to GCGJ0018988 | |
| 809 | Genesis Capital 1550 Blue Jay Way LLC entity documents | GCGJ0018847 to GCGJ0018860 | |
| 810 | Genesis Capital 2521 Nottingham Avenue loan documents | GCGJ0020855 to GCGJ0020907 | |
| 811 | Mt Yohai LLC operating agreement | SDNY_00194241 to SDNY_00194247 | |
| 812 | Email from Keren Kogan to jeff.y@marin-mgmt.com, John Day, Robert Wasmund, and Mitch Solow with attachments (Genesis Capital notices of default), July 1, 2016 | GCGJ0008168 to GCGJ0008181 | |

**850 Series**
Travel Documents

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 851 | Steve Calk's Four Seasons NY bill, January 9 through 10, 2017 | SDNY_00411275 | |
| 852 | Steve Calk's Four Seasons NY signed, registration card, January 9 through 10, 2017 | SDNY_00411276 | |
| 853 | American Airlines Records, January 9 through 10, 2017 | SDNY_00411534-SDNY_00411544 | |
| 854 | Citibank Statement, February 3, 2017 | SDNY_00411268-SDNY_00411272 | Relevance; Rule 403 |

**900 Series**
Phone Documents

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 901-1 | AT&T records | SDNY_00006445 to SDNY_00006452 | Relevance (The defense is preserving a relevance objection, as it does not know at this stage which of the many phone calls reflected in these records the government plans to introduce or the purpose for which it plans to introduce them. Once these matters become clear at trial, the defense may withdraw its objection to some or all of the records.) |
| 901-A-1 | Excerpts from AT&T records | SDNY_00011906 | |
| 901-A-2 | Excerpts from AT&T records | SDNY_00011935 | |
| 901-A-3 | Excerpts from AT&T records | SDNY_00011961 | |
| 901-A-4 | Excerpts from AT&T records | SDNY_00011979 | |
| 901-A-5 | Excerpts from AT&T records | SDNY_00011991 | |
| 901-A-6 | Excerpts from AT&T records | SDNY_00011992 | |
| 901-A-7 | Excerpts from AT&T records | SDNY_00012005 | |
| 901-A-8 | Excerpts from AT&T records | SDNY_00012017 | |
| 901-A-9 | Excerpts from AT&T records | SDNY_00012030 | |
| 901-A-10 | Excerpts from AT&T records | SDNY_00012039 | |
| 901-A-11 | Excerpts from AT&T records | SDNY_00012051 | |
| 901-A-12 | Excerpts from AT&T records | SDNY_00012055 | |
| 901-A-13 | Excerpts from AT&T records | SDNY_00012063 | |
| 901-A-14 | Excerpts from AT&T records | SDNY_00012067 | |
| 901-A-15 | Excerpts from AT&T records | SDNY_00012072 | |
| 901-A-16 | Excerpts from AT&T records | SDNY_00012073 | |
| 901-A-17 | Excerpts from AT&T records | SDNY_00012108 | |

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 901-A-18 | Excerpts from AT&T records | SDNY_00012112 | |
| 901-A-19 | Excerpts from AT&T records | SDNY_00012131 | |
| 901-A-20 | Excerpts from AT&T records | SDNY_00012134 | |
| 901-A-21 | Excerpts from AT&T records | SDNY_00012134 | |
| 901-A-22 | Excerpts from AT&T records | SDNY_00012135 | |
| 901-A-23 | Excerpts from AT&T records | SDNY_00012135 | |
| 901-A-24 | Excerpts from AT&T records | SDNY_00012139 | |
| 901-A-25 | Excerpts from AT&T records | SDNY_00012153 | |
| 901-A-26 | Excerpts from AT&T records | SDNY_00012191 | |
| 901-A-27 | Excerpts from AT&T records | SDNY_00012191 | |
| 901-A-28 | Excerpts from AT&T records | SDNY_00012245 | |
| 901-A-29 | Excerpts from AT&T records | SDNY_00012262 | |
| 901-A-30 | Excerpts from AT&T records | SDNY_00012314 | |
| 901-A-31 | Excerpts from AT&T records | SDNY_00012331 | |
| 901-A-32 | Excerpts from AT&T records | SDNY_00012419 | |
| 901-A-33 | Excerpts from AT&T records | SDNY_00012441 | |
| 901-A-34 | Excerpts from AT&T records | SDNY_00012470 | |
| 901-A-35 | Excerpts from AT&T records | SDNY_00012069 to SDNY_00012070 | |
| 901-A-36 | Excerpts from AT&T records | SDNY_00012086 | |
| 901-2 | AT&T records | SDNY_00006453 to SDNY_00020972 | |
| 901-3 | AT&T records | SDNY_00020973 | |
| 901-4 | AT&T records | SDNY_00020974 to SDNY_00022753 | |
| 901-5 | AT&T records | SDNY_00022754 to SDNY_00022804 | |
| 901-6 | AT&T records | SDNY_00022805 | |
| 901-7 | AT&T records | SDNY_00022896 to SDNY_00023724 | |
| 901-8 | AT&T records | SDNY_00023725 | |
| 901-9 | AT&T records | SDNY_00023726 to SDNY_00023734 | |
| 902 | Netrix records | SDNY_00041217 | |
| 903-1 | Verizon records | SDNY_00056125 | |
| 903-2 | Verizon records | SDNY_00056126-SDNY_00056474 | |
| 903-3 | Verizon records | SDNY_00056475-SDNY_00056822 | |
| 903-5 | Verizon records | SDNY_00057853 | |
| 903-6 | Verizon records | SDNY_00057854 | |
| 903-7 | Verizon records | SDNY_00057855 | |
| 903-9 | Verizon records | SDNY_00057857 | |
| 903-10 | Verizon records | SDNY_00057858 | |
| 903-11 | Verizon records | SDNY_00057859 | |
| 903-12 | Verizon records | SDNY_00057860 | |
| 903-15 | Verizon records | SDNY_00057863 | |
| 903-16 | Verizon records | SDNY_00057864 | |
| 903-19 | Verizon records | SDNY_00057867 | |
| 903-20 | Verizon records | SDNY_00057868 | |
| 903-21 | Verizon records | SDNY_00057869 | |
| 903-22 | Verizon records | SDNY_00057870 | |
| 903-23 | Verizon records | SDNY_00057871 | |
| 903-26 | Verizon records | SDNY_00057874 | |
| 903-27 | Verizon records | SDNY_00057875 | |
| **950 Series** | | | |
| **Gates Documents** | | | |
| **GX** | **Description** | **Bates Range/Identifier** | **Defense Objections** |
| 951 | Email from Paul Manafort to Rick Gates, August 4, 2016 | SCODOJ-00001935 | |
| 952 | Email from Steve Calk to Kellie Kennedy, dspoleti@donaldtrump.com, and rgates@donaldtrump.com, August 9, 2016 | SCODOJ-00001972 to SCODOJ-00001973 | |
| 953 | Email from Lisa Wagner to Rick Gates, Sarah Robinson, and Eli Miller, September 28, 2016 | SCODOJ-00001990 to SCODOJ-00001991 | Relevance; Hearsay |
| 954 | Email from Paul Manafort to Rick Gates, September 20, 2016 | SCODOJ-00001988 | Relevance; Rule 403 |
| 955 | Email from Paul Manafort to Rick Gates, October 12, 2016 | SCODOJ-00002020 to SCODOJ-00002022 | Hearsay |
| 956 | Email from Rick Gates to Paul Manafort, October 12, 2016 | SCODOJ-00002017 to SCODOJ-00002019 | Hearsay |
| 957 | Email from Paul Manafort to Rick Gates, November 20, 2016 | SCODOJ-00002027 | Relevance; Rule 403; Hearsay |
| 958 | Email from Paul Manafort to Rick Gates, November 24, 2016 | SCODOJ-00002028 | Hearsay |
| 959 | Email from Jason Miller to Team Press, Steven Miller, Rick Gates, and Bryan Lanza with attachment, August 4, 2016 | SCODOJ-00001931 to SCODOJ-00001934 | Hearsay |
| **1000 Series** | | | |
| **Public Source Documents** | | | |
| **GX** | **Description** | **Bates Range/Identifier** | **Defense Objections** |
| 1001 | "Donald Trump Hires Paul Manafort to Lead Delegate Effort," New York Times, March 28, 2016 | SDNY_00347559 to SDNY_00347561 | Relevance; Rule 403; Hearsay |

| GX | Description | Bates Range/Identifier | Defense Objections |
|---|---|---|---|
| 1002 | "Trump Aide Paul Manafort Promoted to Campaign Chairman and Chief Strategist," New York Times, May 19, 2016 | SDNY_00078806 | Relevance; Rule 403; Hearsay |
| 1002-A | "Trump Campaign Announces Expanded Role For Paul Manafort," ABC News, May 19, 2016 | SDNY_00410813 to SDNY_00410814 | Relevance; Rule 403; Hearsay |
| 1003 | "Donald Trump Fires Corey Lewandowski, His Campaign Manager," New York Times, June 20, 2016 | SDNY_00078807 to SDNY_00078810 | Relevance; Rule 403; Hearsay |
| 1004* | "How Paul Manafort Wielded Power in Ukraine Before Advising Donald Trump," New York Times, July 31, 2016 | SDNY_00410079 to SDNY_00410083 | Relevance; Rule 403; Hearsay |
| 1005 | "Secret Ledger in Ukraine Lists Cash for Donald Trump's Campaign Chief," New York Times, August 14, 2016 | SDNY_00410084 to SDNY_00410090 | Relevance; Rule 403; Hearsay |
| 1006* | "Manafort tied to undisclosed foreign lobbying," Associated Press, August 17, 2016 | SDNY_00410091 to SDNY_00410095 | Relevance; Rule 403; Hearsay |
| 1007 | "Trump advisers waged covert influence campaign," Associated Press, August 18, 2016 | SDNY_00410096 to SDNY_00410099 | Relevance; Rule 403; Hearsay |
| 1008 | "Paul Manafort Quits Donald Trump's Campaign After a Tumultuous Run," New York Times, August 19, 2016 | SDNY_00078821 to SDNY_00078824 | Relevance; Rule 403; Hearsay |
| 1009 | Genesis Capital Master Fund II v. MC Brooklyn Holdings et al., Summons and Verified Complaint | SDNY_00003651 to SDNY_00003793 | |
| 1010 | Genesis Capital Master Fund II v. MC Brooklyn Holdings et al., Affadavit of Service | SDNY_00003814 | |
| 1011 | FEC records regarding Calk donations | SDNY_00003363 | |
| 1012 | Genesis Capital Master Fund II v. MC Brooklyn Holdings et al., Affirmation Discontinuing Action | SDNY_00003823 | |
| 1013 | New York Times front page, August 15, 2016 | SDNY_00411620 | Relevance; Rule 403; Hearsay |
| 1014* | "Anthony Scaramucci predicts a 'resounding' 40-state landslide for Trump in the 2020 election," July 3, 2019 | SDNY_00411634 to SDNY_00411637 | Relevance; Rule 403; Hearsay |
| 1014-A* | "Anthony Scaramucci predicts a 'resounding' 40-state landslide for Trump in the 2020 election," July 3, 2019, video | SDNY_00411638 | Relevance; Rule 403; Hearsay |
| 1015* | "Grassroots America shows the people support Donald Trump," April 19, 2019 | SDNY_00411639 to SDNY_00411640 | Relevance; Rule 403; Hearsay |
| 1016* | Anthony Scaramucci tweet screenshot, March 23, 2019 | SDNY_00411641 to SDNY_00411641 | Relevance; Rule 403; Hearsay |
| 1017* | "President Trump: An Unsung Bipartisan Hero," January 3, 2019 | SDNY_00411642 to SDNY_00411643 | Relevance; Rule 403; Hearsay |
| **1100 Series** | | | |
| **DOD Documents** | | | |
| GX | Description | Bates Range/Identifier | Defense Objections |
| 1101* | Email from Kevin Sweeney to Sally Donnelly with attachment, February 4, 2017 | SDNY_00238506 to SDNY_00238508 | |
| 1102 | Stephen Calk military records | SDNY_00410831 to SDNY00411049 | Authenticity; Relevance; Rule 403; Hearsay |
| **1150 Series** | | | |
| **Yohai Documents** | | | |
| GX | Description | Bates Range/Identifier | Defense Objections |
| 1151 | Email from Paul Manafort to Kathy Manafort, Jessica Manafort, Jeff Yohai, and Andrea Manafort, May 19, 2016 | SDNY_00330923 | Relevance; Rule 403; Hearsay |
| 1152 | Email from Paul Manafort to bbaldinger@baldingerlaw.com and Jeff Yohai, November 9, 2016 | SDNY_00322325 | Hearsay |
| **1200 Series** | | | |
| **Photos** | | | |
| GX | Description | Bates Range/Identifier | Defense Objections |
| 1201 | Photo of Stephen Calk | TFSB_000000699 | |
| 1202 | Photo of Paul Manafort | SDNY_00410815 | |
| 1203 | Photo of 120 Broadway | SDNY_00410816 | |
| 1204 | Photo of 174 Jobs Lane | SDNY_00410817 | |
| 1205 | Photo of 377 Union Street | SDNY_00410818 | |
| 1206 | Photo of 601 N Fairfax | SDNY_00410819 | |
| 1207 | Photo of 2401 Nottingham | SDNY_00410820 | |
| 1208 | Photo of Anna Ivakhnik | SDNY_00410821 | |
| 1209 | Photo of Anthony Scaramucci | SDNY_00410822 | |
| 1210 | Photo of James Norini | SDNY_00410823 | |
| 1211 | Photo of Jared Kushner | SDNY_00410824 | |
| 1212 | Photo of Javier Ubarri | SDNY_00410825 | |
| 1213 | Photo of Jeffrey Yohai | SDNY_00410826 | |
| 1214 | Photo of Michael's Restaurant | SDNY_00410827 | |
| 1215 | Photo of Rick Gates | SDNY_00410828 | |
| 1216 | Photo of TFSB, Chicago, IL | SDNY_00410829 | |
| 1217 | Photo of Trump Tower, New York, NY | SDNY_00410830 | |
| 1218 | Photo of Dennis Raico | SDNY_00411050 | |