**Defense Exhibit List, May 6, 2021**
*United States v. Stephen M. Calk*
*19 Cr. 366 (LGS)*

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
|  | DX-10 Series – Credit Committee Materials | | |
| DX-10 | TFSB0054094--TFSB0054129 | Credit Committee Materials, August 16, 2016 | 402, 403, 802 |
| DX-11 | TFSB0054130--TFSB0054161 | Credit Committee Materials, November 14, 2016 | 402, 403, 802 |
| DX-12 | TFSB0054162--TFSB0054193 | Credit Committee Materials, December 13, 2016 | 402, 403, 802 |
| DX-13 | TFSB0054194--TFSB0054232 | Credit Committee Materials, September 14, 2016 | 402, 403, 802 |
| DX-14 | TFSB0054272--TFSB0054310 | Credit Committee Materials, October 18, 2016 | 402, 403, 802 |
| DX-15 | TFSB0054311--TFSB0054347 | Credit Committee Materials, July 14, 2016 | 402, 403, 802 |
| DX-16 | TFSB0054348--TFSB0054383 | Credit Committee Materials, April 20, 2017 | 402, 403, 802 |
| DX-17 | TFSB0054384--TFSB0054418 | Credit Committee Materials, February 28, 2017 | 402, 403, 802 |
| DX-18 | TFSB0054419--TFSB0054446 | Credit Committee Materials, January 19, 2017 | 402, 403, 802 |
| | DX-50 Series – Miscellaneous | | |
| DX-50 | NA | Composite Video Exhibit[1] | Likely 402, 403, 802 |
| | DX-100 Series – The Federal Savings Bank Documents | | |
| DX-100 | CALK00000026--CALK00000096 | Emails Calk, Various, August 9, 2016 | Calk's email admissible; employee responses 402, 403, 802 |
| DX-101 | CALK00000097--CALK00000098 | Email from Calk to colbbb@gmail.com, August 9, 2016 | Calk's email admissible; fact of sending to Banks 402, leaving remainder cumulative with DX-100 |
| DX-102 | SDNY_00238883--SDNY_00238885 | Email from Jones to Calk, Calk, Chojnowski, Bressler, Smith, Husarsky, Miller, Crossett, Wells, Semenak, April 14, 2016 | 402, 403, 802 |
| DX-103 | SDNY_00238940--SDNY_00238941 | Email from Jones to Calk, Calk, Chojnowski, Miller, Husarsky, Crossett, Wells, Smith, May 13, 2016 | 402, 403, 802 |

---

[1] A video exhibit will be provided at a later date and will be composed of various clips from CALK00000001 through CALK00000025.

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-104 | SDNY_00238958--SDNY_00238959 | Email Chain Raico, Calk, Ubarri, Brennan, Norini, July 28, 2016 | (Limiting instruction: not for truth of matter asserted) |
| DX-105 | SDNY_00239046--SDNY_00239047 | Email from Jones to Calk, Calk, Chojnowski, Husarsky, Smith, Wells, Semenak, Crossett, Miller, August 11, 2016 | (Limiting instruction: not for truth of matter asserted) |
| DX-106 | SDNY_00239176--SDNY_00239177 | Email Chain Brennan Raico, Ubarri, Norini, Horn, Calk, October 7, 2016 | |
| DX-107 | SDNY_00240140--SDNY_00240141 | Email Chain Brennan, Calk, Ubarri, Raico, November 14, 2016 | |
| DX-108 | SDNY_00240145--SDNY_00240148 | Email Chain Brennan, Raico, Calk, Ubarri, November 14, 2016 | |
| DX-109 | SDNY_00240160--SDNY_00240163 | Email Chain Brennan, Calk, Ubarri, Raico, Norini, November 14, 2016 | |
| DX-110 | SDNY_00240167--SDNY_00240169 | Email Chain Manafort, Raico, Baldinger, Calk, November 14, 2016 | |
| DX-111<br>DX-111-A<br>DX-111-B<br>DX-111-C<br>DX-111-D<br>DX-111-E<br>DX-111-F<br>DX-111-G<br>DX-111-H | SDNY_00240210--SDNY_00240221 | Email Chain Manafort, Raico, Baldinger, Yohai, Calk, attachments, November 30, 2016 | 402, 403 |
| DX-112 | SDNY_00240332 | Email from Smith to Calk, December 8, 2016 | 403 |
| DX-113 | SDNY_00241258--SDNY_00241259 | Email Chain Cholakis, Raico, December 21, 2016 | 402, 403 |
| DX-114 | SDNY_00242500 | Email from Ubarri to Norini, Brennan, Horn, Lorr, December 20, 2016 | 403 |
| DX-115<br>DX-115-A | SDNY_00242748--SDNY_00242752 | Email Chain Raico, Horn, Brennan, attachment, December 28, 2016 | 402, 403 |
| DX-116 | SDNY_00242762--SDNY_00242765 | Email Chain Raico, Horn, Brennan, December 28, 2016 | 402, 403 |
| DX-117 | SDNY_00242818--SDNY_00242819 | Email Chain Raico, Horn, Brennan, December 30, 2016 | 402, 403 |
| DX-118 | SDNY_00242888--SDNY_00242890 | Email Chain Raico, Horn, Brennan, January 6, 2017 | 402, 403 |
| DX-119 | SDNY_00243842--SDNY_00243847 | Email Chain Horn, Raico, January 24, 2017 | 402, 403 |
| DX-120 | SDNY_00244569 | Email from Nadlan Valuation Inc, October 13, 2016 | |

KL3 3338543.1

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-121<br>DX-121-A<br>DX-121-B<br>DX-121-C<br>DX-121-D<br>DX-121-E<br>DX-121-F | SDNY_00245785--SDNY_00245973 | Email Chain Ivakhnik, Horn, Raico, attachments, August 11, 2016 | 802 (403 with respect to non-hearsay purposes) |
| DX-122<br>DX-122-A<br>DX-122-B | SDNY_00246258--SDNY_00246278 | Email Chain Ivakhnik, Horn, Raico, attachments, August 16, 2016 | |
| DX-123 | SDNY_00247924 | Email from Nadlan Valuation Inc., November 9, 2016 | |
| DX-124 | SDNY_00247925 | Email from Nadlan Valuation Inc., November 10, 2016 | |
| DX-125<br>DX-125-A<br>DX-125-B<br>DX-125-C<br>DX-125-D<br>DX-125-E | SDNY_00248004--SDNY_00248046 | Email Chain Brennan, Jacobsen, Wisnicki, Horn, Shelton, Ivakhnik, Raico, attachments, August 26, 2016 | |
| DX-126 | SDNY_00248050 | Email from Nadlan Valuation Inc., August 26, 2016 | 402, 403 |
| DX-127 | SDNY_00248842 | Email from Brennan to Shelton, Ivakhnik, Horn, Zidell, Wisnicki, September 23, 2016 | |
| DX-128 | SDNY_00248852 | Email from Nadlan Valuation Inc., September 26, 2016 | 402, 403 |
| DX-129 | SDNY_00249384--SDNY_00249385 | Email Chain Ivakhnik, Cholakis, August 25, 2016 | 402, 403 |
| DX-130 | SDNY_00249552--SDNY_00249554 | Email Chain Ivakhnik, Yohai, Raico, Katz, August 30, 2016 | 402, 403, 802 |
| DX-131 | SDNY_00249563 | Email Chain Ivakhnik, Raico, August 30, 2016 | |
| DX-132 | SDNY_00250342 | Email Chain Ivakhnik, Horn, Raico, September 26, 2016 | 402, 403 |
| DX-133 | SDNY_00250824--SDNY_00250825 | Email from Raico to Jones, April 15, 2016 | |
| DX-134 | SDNY_00250888--SDNY_00250889 | Email from Jones to Calk, Calk, Chojnowski, Husarsky, Crossett, Miller, Smith, Wells, April 29, 2016 | 402, 403 |
| DX-135 | SDNY_00251152--SDNY_00251154 | Email Chain Raico, Jones, August 9, 2016 | 802 with respect to praise of Manafort loans |

KL3 3338543.1

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-136 | SDNY_00251213--SDNY_00251215 | Email Chain Jones, Calk, October 7, 2016 | 402, 403 (and 802 as to Calk's statements) |
| DX-137 | SDNY_00251238--SDNY_00251240 | Email Chain Jones, Calk, November 30, 2016 | 402, 403 (and 802 as to Calk's statements) |
| DX-138<br>DX-138-A | SDNY_00252005--SDNY_00252007 | Email from Bartholomew to Raico, Jones, attachment, October 27, 2016 | 802 |
| DX-139 | SDNY_00252011--SDNY_00252012 | Email Chain Raico, Bartholomew, Jones, October 27, 2016 | 802 |
| DX-140 | SDNY_00252013--SDNY_00252015 | Email Chain Bartholomew, Raico, Jones, October 27, 2016 | 802 |
| DX-141<br>DX-141-A | SDNY_00252018--SDNY_00252063 | Email Chain Raico, Bartholomew, Jones, attachment, October 28, 2016 | |
| DX-142 | SDNY_00252289--SDNY_00252295 | Email Chain Raico, Bartholomew, DiCola, Jones, November 16, 2016 | |
| DX-143 | SDNY_00252885--SDNY_00252888 | Email Chain Jones, Bartholomew, Raico, November 8, 2016 | |
| DX-144 | SDNY_00252896--SDNY_00252900 | Email Chain Jones, Raico, November 22, 2016 | 402, 403 |
| DX-146<br>DX-146-A | SDNY_00254032--SDNY_00254033 | Email from Raico to Calk, Ubarri, Brennan, Norini, attachment, July 28, 2016 | |
| DX-147 | SDNY_00254117 | Email from Manafort to Raico, July 29, 2016 | |
| DX-148<br>DX-148-A | SDNY_00254122--SDNY_00254125 | Email Chain Raico, Manafort, attachment, July 29, 2016 | |
| DX-149<br>DX-149-A | SDNY_00254305--SDNY_00254524 | Email from Ivakhnik to Raico, attachment, August 4, 2016 | |
| DX-150 | SDNY_00254559 | Email from Raico to Jones, August 8, 2016 | 402, 403, 802 |
| DX-151 | SDNY_00254725--SDNY_00254728 | Email Chain Ubarri, Raico, Brennan, Horn, August 10, 2016 | |
| DX-152 | SDNY_00255166 | Email from Raico to Jones, August 11, 2016 | |
| DX-153<br>DX-153-A<br>DX-153-B | SDNY_00255931--SDNY_00255936 | Email Chain Raico, Brennan, Horn, attachments, August 18, 2016 | 402, 403 |
| DX-154 | SDNY_00256143 | Email from Raico to Calk, November 3, 2016 | |
| DX-155<br>DX-155-A | SDNY_00256218--SDNY_00256220 | Email from Raico to Manafort, Baldinger, Calk, attachment, November 11, 2016 | |
| DX-156 | SDNY_00257836--SDNY_00257838 | Email Chain Brennan, Raico, September 8, 2016 | |
| DX-157<br>DX-157-A | SDNY_00258402--SDNY_00258437 | Email Chain Katz, Raico, attachment, September 18, 2016 | |

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-157-B | | | |
| DX-158<br>DX-158-A | SDNY_00258499--SDNY_00258543 | Email Chain Heskel, Raico, attachment, September 21, 2016 | |
| DX-159 | SDNY_00259317 | Email from Raico to Brennan, Horn, Ubarri, October 5, 2016 | |
| DX-160 | SDNY_00259326 | Email from Nadlan Valuation Inc., October 6, 2016 | |
| DX-161<br>DX-161-A<br>DX-161-B | SDNY_00262428--SDNY_00262430 | Email from Raico to Cholakis, attachments, October 21, 2016 | |
| DX-162<br>DX-162-A<br>DX-162-B | SDNY_00262766--SDNY_00262777 | Email Chain Horn, Raico, Brennan, attachments, October 26, 2016 | |
| DX-163 | SDNY_00262834--SDNY_00262835 | Email Chain Katz, Raico, Yohai, October 27, 2016 | 402, 403 |
| DX-164<br>DX-164-A<br>DX-164-B | SDNY_00263496--SDNY_00263498 | Email Chain Katz, Raico, attachments, October 27, 2016 | |
| DX-165 | SDNY_00265374--SDNY_00265375 | Email Chain Cholakis, Raico, November 1, 2016 | 402, 403 |
| DX-166 | SDNY_00265393--SDNY_00265394 | Email Chain Sparks, Raico, November 2, 2016 | |
| DX-167<br>DX-167-A<br>DX-167-B<br>DX-167-C<br>DX-167-D | SDNY_00265801--SDNY_00265843 | Email from Nadlan Valuation Inc., attachments, November 4, 2016[2] | |
| DX-168 | SDNY_00266450--SDNY_00266451 | Email Chain Marquez, Raico, DiCola, November 7, 2016 | 403 (cumulative with DX-143) |
| DX-169 | SDNY_00266544--SDNY_00266547 | Email Chain DiCola, Raico, Marquez, November 8, 2016 | |
| DX-170 | SDNY_00266681--SDNY_00266685 | Email Chain Weinberg, Raico, Heskel, November 10, 2016 | 402, 403 |
| DX-171<br>DX-171-A<br>DX-171-B<br>DX-171-C | SDNY_00266724--SDNY_00266751 | Email Chain Raico, Cholakis, attachments, November 11, 2016 | 402, 403 |
| DX-172 | SDNY_00266791 | Email from Baldinger to Raico, November 12, 2016 | |

---

[2] One of the attachments to this exhibit is corrupted in the original. Accordingly, we have marked the slipsheet.

KL3 3338543.1

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-173<br>DX-173-A | SDNY_00266919--SDNY_00266927 | Email Chain Sparks, Bartholomew, Raico, attachment, November 15, 2016 | |
| DX-174<br>DX-174-A | SDNY_00267069--SDNY_00267071 | Email Chain Horn, Raico, Shelton, Brennan, attachment, November 15, 2016 | 402, 403 |
| DX-175 | SDNY_00267494--SDNY_00267500 | Email Chain Brennan, Raico, Shelton, November 16, 2016 | 402, 403, 802 (as to portions re Ivakhnik termination) |
| DX-176 | SDNY_00267509--SDNY_00267510 | Email Chain Weinberg, Raico, Heskel, November 16, 2016 | 402, 403 |
| DX-177 | SDNY_00267589--SDNY_00267593 | Email Chain Weinberg, Raico, Cholakis, Heskel, November 16, 2016 | 402, 403 |
| DX-178<br>DX-178-A<br>DX-178-B | SDNY_00267753--SDNY_00267774 | Email Chain Cholakis, Raico, attachments, November 18, 2016 | 402, 403 |
| DX-179<br>DX-179-A | SDNY_00268358--SDNY_00268369 | Email from Horn to Brennan, Raico, attachment, November 30, 2016 | |
| DX-180 | SDNY_00268607--SDNY_00268613 | Email Chain DiCola, Raico, Judis, December 6, 2016 | |
| DX-181<br>DX-181-A | SDNY_00268662--SDNY_00268663 | Email from Raico to Brennan, attachment, December 7, 2016 | |
| DX-182 | SDNY_00268920--SDNY_00268926 | Email Chain Cholakis, Raico, December 12, 2016 | 402, 403 |
| DX-183<br>DX-183-A | SDNY_00268938--SDNY_00268946 | Email Chain Sparks, Raico, Bartholomew, attachment, December 13, 2016 | |
| DX-184<br>DX-184-A | SDNY_00268957--SDNY_00268965 | Email Chain DiCola, Smith, Raico, attachment, December 13, 2016 | |
| DX-185<br>DX-185-A<br>DX-185-B | SDNY_00269131--SDNY_00269134 | Email Chain DiCola, Raico, attachments, December 16, 2016 | |
| DX-186<br>DX-186-A<br>DX-186-B | SDNY_00269214--SDNY_00269271 | Email from Cholakis to Raico, attachments, December 21, 2016 | |
| DX-187 | SDNY_00269744--SDNY_00269745 | Email Chain Brennan, Wisnicki, Raico, January 5, 2017 | |
| DX-188 | SDNY_00270025--SDNY_00270028 | Email Chain Horn, Raico, January 19, 2017 | 402, 403, 802 (parts) |
| DX-189<br>DX-189-A<br>DX-189-B | SDNY_00270603--SDNY_00270605 | Email Chain Raico, Brennan, Horn, Ivakhnik, attachments, August 30, 2016 | 402, 403 |

KL3 3338543.1

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-190<br>DX-190-A<br>DX-190-B | SDNY_00270677--SDNY_00270684 | Email Chain Raico, Brennan, Horn, Ivakhnik, attachments, August 30, 2016 | 402, 403 |
| DX-191<br>DX-191-A<br>DX-191-B | SDNY_00270823--SDNY_00270829 | Email Chain Raico, Yohai, attachments, September 7, 2016 | |
| DX-192<br>DX-192-A<br>DX-192-B | SDNY_00270937--SDNY_00271015 | Email Chain Raico, Brennan, attachments, September 21, 2016 | |
| DX-193<br>DX-193-A | SDNY_00271242--SDNY_00271243 | Email Chain Raico, Brennan, Horn, attachment, October 5, 2016 | |
| DX-194 | SDNY_00271280--SDNY_00271285 | Email Chain Raico, Wisnicki, October 7, 2016 | 403, 802 |
| DX-195<br>DX-195-A<br>DX-195-B<br>DX-195-C | SDNY_00271444--SDNY_00271452 | Email Chain Raico, Knoph, Mullin, attachments, October 12, 2016 | 402, 403 |
| DX-196 | SDNY_00271472--SDNY_00271473 | Email Chain Raico, Nadlan Appraisals, Heskel, October 13, 2016 | 402, 403 |
| DX-197<br>DX-197-A<br>DX-197-B | SDNY_00271484--SDNY_00271498 | Email Chain Raico, Brennan, Horn, attachments, October 13, 2016 | |
| DX-198 | SDNY_00271639--SDNY_00271640 | Email Chain Raico, Wisnicki, October 21, 2016 | 802 |
| DX-199 | SDNY_00271681--SDNY_00271685 | Email Chain Raico, Cholakis, October 21, 2016 | |
| DX-200<br>DX-200-A | SDNY_00273286--SDNY_00273290 | Email Chain Raico, Ubarri, Brennan, Buteyn, MacDonald, attachment, November 10, 2016 | 802 |
| DX-201 | SDNY_00273374--SDNY_00273375 | Email Chain Raico, Brennan, Horn, November 14, 2016 | 402, 403 |
| DX-202<br>DX-202-A | SDNY_00273399--SDNY_00273406 | Email Chain Raico, DiCola, Bartholomew, attachment, November 16, 2016 | 403 (cumulative with DX-142) |
| DX-203 | SDNY_00273414--SDNY_00273416 | Email Chain Raico, Cholakis, November 16, 2016 | |
| DX-204 | SDNY_00273483--SDNY_00273485 | Email Chain Raico, Sparks, Bartholomew, November 16, 2016 | |
| DX-205<br>DX-205-A | SDNY_00273648--SDNY_00273653 | Email Chain Raico, DiCola, Bartholomew, attachment, November 21, 2016 | 402, 403, 802 (as to assertions in attachment) |

KL3 3338543.1

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-206 | SDNY_00273832--SDNY_00273834 | Email Chain Raico, DiCola, December 2, 2016 | 402, 403, 802 (as to Raico's statements re Shabanets) |
| DX-207 | SDNY_00274346--SDNY_00274347 | Email Chain Raico, Wisnicki, Brennan, October 27, 2016 | |
| DX-208<br>DX-208-A<br>DX-208-B<br>DX-208-C<br>DX-208-D | SDNY_00274670--SDNY_00274702 | Email from Raico to Brennan, Ubarri, Calk, Jones, attachments, April 21, 2016 | |
| DX-209<br>DX-209-A<br>DX-209-B<br>DX-209-C | SDNY_00277412--SDNY_00277427 | Email Chain Langchung, Ubarri, Brennan, Sanchez, attachments, November 29, 2016 | 402, 403 |
| DX-210 | SDNY_00277761--SDNY_00277762 | Email Chain Raico, Ubarri, April 20, 2016 | |
| DX-211 | SDNY_00278349--SDNY_00278350 | Email Chain Smith, Judis, Davidtz, DiCola, Ubarri, December 12, 2016 | 802 |
| DX-212<br>DX-212-A | SDNY_00280267--SDNY_00280268 | Email from Cisco Unity Connection to Ubarri, attachment, November 10, 2016 | 802 |
| DX-213<br>DX-213-A<br>DX-213-B<br>DX-213-C<br>DX-213-D<br>DX-213-E<br>DX-213-F<br>DX-213-G<br>DX-213-H<br>DX-213-I | SDNY_00283950--SDNY_00283977 | Email Chain Horn, Murphy, Brennan, Shelton, attachments, October 10, 2016 | 402, 403, 802 (as to assertions in attachment) |
| DX-214<br>DX-214-A | TFSB0000298--TFSB0000302 | Email from Ubarri to Calk, Calk, Norini, Semenak, Murphy, Gilmore, rigbyrl@gmail.com, Harris, Banks, attachment, April 3, 2017 | 403, 802 |
| DX-216<br>DX-216-A | TFSB0032051--TFSB0032067 | Email from Brennan to Aguirre, attachment, July 5, 2017 | 403, 802 (as to assertions in attachment) |
| DX-217<br>DX-217-A | TFSB0035196--TFSB0035233 | Email Chain Brennan, Semenak, attachments, June 9, 2017 | |

KL3 3338543.1

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-217-B DX-217-C | | | |
| DX-221 | TFSB0085889--TFSB0085895 | Uniform Residential Loan Application | 802 |
| DX-222 | TFSB0086160--TFSB0086162 | Email Chain Calk, Dailey, December 2, 2016 | 403 (cumulative with DX-228), 802 as to Calk's statements |
| DX-223 | TFSB0086166--TFSB0086169 | Email Chain Calk, Smith, December 8, 2016 | 403, 802 |
| DX-224 DX-224-A DX-224-B | TFSB0086170--TFSB0086172 | Email Chain Calk, Dailey, attachments, December 11, 2016 | DX-224: 402, 403, 802; DX-224-A: 403, 802 |
| DX-225 | TFSB0086768--TFSB0086769 | Email Chain Smith, Calk, November 26, 2016 | 403, 802 |
| DX-226 DX-226-A DX-226-B | TFSB0086780--TFSB0086788 | Email Chain Calk, Gallagher, attachments, November 27, 2016 | 403, 802 |
| DX-227 | TFSB0086818--TFSB0086820 | Email Chain Gilmore, Calk, November 27, 2016 | 403, 802 |
| DX-228 | TFSB0086861--TFSB0086863 | Email Chain Dailey, Mattis, Calk, Donnelly, December 2, 2016 | |
| DX-229 | TFSB0086880 | Email Chain Dailey, Calk, December 11, 2016 | 403, 802 |
| DX-230 | TFSB0087335--TFSB0087336 | Email Chain Calk, Smith, November 26, 2016 | 403, 802 |
| DX-231 | TFSB0087337--TFSB0087338 | Email Chain Calk, McCarthy, November 26, 2016 | 403, 802 |
| DX-232 DX-232-A DX-232-B | TFSB0087458--TFSB0087463 | Email from Calk to steve@arc-ent.com, attachments, December 19, 2016 | 403 |
| DX-233 DX-233-A DX-233-B DX-233-C DX-233-D DX-233-E DX-233-F | TFSB0087477--TFSB0087487 | Email from Calk to Bannon, attachments, December 27, 2016 | 403, 802 |
| DX-234 | TFSB0087488--TFSB0087489 | Email Chain Calk, silvermang@gtlaw.com, January 9, 2017 | 403, 802 |
| DX-235 | TFSB0087596 | Email Chain Calk, Dailey, February 5, 2017 | 403, 802 |
| DX-236 | TFSB0087765--TFSB0087768 | Email Chain Calk, Banks, February 6, 2017 | 403, 802 |
| DX-237 | TFSB0089077--TFSB0089078 | Email Chain Calk, Donnelly, December 8, 2016 | 403, 802 |

*United States v. Stephen M. Calk*
Defense Exhibit List May 6, 2021

| DX | DOCUMENT ID RANGE | DESCRIPTION | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| DX-238 | TFSB0089218--TFSB0089219 | Email Chain Calk, colbbb@gmail.com, February 4, 2017 | 403, 802 |
| DX-239<br>DX-239-A | TFSB0090564--TFSB0090566 | Email from Banks to Calk, attachment, November 15, 2016 | 402, 403 |
| DX-240<br>DX-240-A | TFSB0090568--TFSB0090571 | Email from Banks to Calk, attachment, November 15, 2016 | 402, 403 |
| DX-241<br>DX-241-A<br>DX-241-B<br>DX-241-C | TFSB0090925--TFSB0090931 | Email from Calk to Rigby, attachments, November 27, 2016 | 402, 403 |
| DX-242<br>DX-242-A | SDNY_00241519--SDNY_00241521 | Email Chain Banks, Calk, attachment, January 9, 2017 | 402, 403 as to forward to Banks, no objection to forwarded email |
| DX-243<br>DX-243-A | SDNY_00278338--SDNY_00278341 | Email Chain Brennan, Ubarri, Norini, Horn, attachment, December 9, 2016 | 402, 403, 802 as to all statements |
| DX-244 | SDNY_00279375--SDNY_00279377 | Email Chain Ubarri, Brennan, December 9, 2016 | 402, 403 |
| DX-245 | TFSB0087464--TFSB0087465 | Email Chain Calk, Scaramucci, December 22, 2016 | 402, 403, 802 |
| DX-246<br>DX-246-A<br>DX-246-B<br>DX-246-C | TFSB0087672--TFSB0087679 | Email from Calk to Scaramucci, attachments, December 27, 2016 | |
| DX-247 | TFSB0087684--TFSB0087685 | Email Chain Calk, Scaramucci, December 29, 2016 | |
| DX-248 | TFSB0087740 | Email from Banks to Calk, February 5, 2017 | |
| DX-249<br>DX-249-A<br>DX-249-B | TFSB0089143--TFSB0089146 | Email Chain Calk, Scaramucci, attachments, December 28, 2016 | |

KL3 3338543.1