UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA :
:
    - v. - : **VERDICT FORM**
:
STEPHEN M. CALK, : S1 19 Cr. 366 (LGS)
:
    Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                          All jurors must agree

1.    How do you find defendant Stephen M. Calk with respect to the charge of financial institution bribery?

        Not Guilty   _____              Guilty   _____

2.    How do you find defendant Stephen M. Calk with respect to the charge of conspiracy to commit financial institution bribery?

        Not Guilty   _____              Guilty   _____


Dated: New York, New York         _____

        _____, 2021         Foreperson


                                                _____

                                                (Print name)