UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :   19 Crim. 366 (LGS)
        -against-                                     :
                                                              :   ORDER
STEPHEN M. CALK,                                              :
                           Defendant.         :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Government intends to make a motion under the Classified Information Procedures Act ("CIPA") (the "Motion"). Dkt. No. 193. It is hereby

      **ORDERED** that the deadline to submit the Motion is June 8, 2021.


Dated: May 27, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE