UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                :
UNITED STATES OF AMERICA          :
                :   19 Crim. 366 (LGS)
       -against-                      :
                :   <u>ORDER</u>
STEPHEN M. CALK,                   :
                        Defendant.    :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the final pretrial conference is scheduled for June 10, 2021, at 2:00 p.m. Dkt. No. 174. It is hereby

**ORDERED** that the final pretrial conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. It is further

**ORDERED** that, by **June 7, 2021**, defense counsel shall file a letter stating whether Defendant consents to proceed telephonically.

Dated: June 4, 2021
       New York, New York

                                        **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**