# Kramer Levin

Paul H. Schoeman
Partner
**T** 212.715.9264
**F** 212.715.8064
PSchoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
**T** 212.715.9100
**F** 212.715.8000

**June 7, 2021**

**Via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:     <u>United States v. Stephen M. Calk</u>, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

      We represent the defendant, Stephen M. Calk, in the above-captioned action. Pursuant to the Court's June 4, 2021 Order (Dtk No. 199), we write in advance of the final pretrial conference scheduled for June 10, 2021 at 2:00 p.m., to confirm Mr. Calk's consent to proceed telephonically.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman
Darren A. LaVerne

cc:     All counsel (via ECF)