

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government respectfully writes, on behalf of the parties, in advance of the final pretrial conference scheduled for June 10, 2021 to provide an update to the Court on the parties' February 10, 2021 joint letter (Dkt. 167) regarding limiting instructions and scope limitations on the testimony of Government witnesses Joseph Belanger and Blake Paulson. As the Government does not intend to call Belanger in its case in chief, the parties believe that certain disputes in the joint letter need not be resolved by the Court.

    The Government has advised the defense that it does not intend to call Belanger in its case-in-chief, but might call him in a rebuttal case if the defense expert Dr. Andrew Carron testified.[1] The defense has advised that it does not intend to call Carron other than to rebut Belanger or similar testimony concerning after-the-fact analysis of the loans by an outside party, and thus, given the Government's intentions, does not intend to call Carron.

    Accordingly, the parties believe that neither Belanger not Carron will testify absent unforeseen developments, and thus that the Court need not decide any issues regarding limitations on the scope of Belanger's testimony, or regarding limiting instructions as to Belanger's testimony.

---

[1] While the Government intends to present documentary evidence and percipient witness testimony bearing on the quality of the loans to Paul Manafort, it does not intend to introduce in its case-in-chief the testimony of any after-the-fact analysis, such as that of Belanger or that contained in the precluded testimony of Catherine Aguirre, of the quality of the loans. Should developments at trial cause this to change, the Government respectfully submits that any disputes over scope and limiting instructions can be decided at that time.

Page 2

As the Government still intends to call Paulson, the parties respectfully submit that the disputes outlined in the February 10 letter regarding limitations on the scope of Paulson's testimony, and limiting instructions regarding his testimony, remain outstanding.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

by: /s/ Paul M. Monteleoni
     Paul M. Monteleoni
     Hagan C. Scotten
     Alexandra N. Rothman
     Assistant United States Attorneys
     (212) 637-2219/2410/2580

cc: Counsel of Record (via ECF)