

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2021

**BY ECF**
Paul H. Schoeman
Darren A. LaVerne
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100

  Re: *United States v. Stephen M. Calk*, S1 19 Cr. 366 (LGS)

Dear Counsel:

  Please be advised that today the Government made a classified, *ex parte* submission to Judge Schofield pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d), concerning classified discovery in this case. A proposed Protective Order submitted to the Court is enclosed with this letter.

        Yours Truly,

        AUDREY STRAUSS
        United States Attorney

    by: /s/  Paul M. Monteleoni
      Paul M. Monteleoni
      Hagan Scotten
      Alexandra N. Rothman
      Assistant United States Attorneys
      (212) 637-2219/2410/2580

Enclosures