UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :    19 Crim. 366 (LGS)
         -against-                                     :
                                                              :    <u>ORDER</u>
STEPHEN M. CALK,                                              :
                                Defendant.        :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a final pretrial conference was held on June 10, 2021.  For the reasons stated during the conference, it is hereby

      **ORDERED** that, by **June 17, 2021**, the parties shall provide a revised exhibit list including a column for indicating whether each exhibit is admissible, either by ruling or agreement; excluded; or not yet ruled upon, including exhibits on which the Court has reserved judgment.  It is further

      **ORDERED** that, by **June 17, 2021**, the parties shall also file a letter providing (1) a list of the witnesses and individuals whose names the jury is likely to hear during the trial and (2) a list of any locations, if any, that should be included within the "Locations Instructions" section of the voir dire.  It is further

      **ORDERED** that, if Defendant wishes to submit an alterative to the draft excerpt preliminary charge distributed by the Court and discussed during the final pretrial conference, he shall do so by **June 15, 2021**.  It is further

      **ORDERED** that, correcting the Court's oral ruling, Government Exhibit 610 is excluded based on Defendant's hearsay objection.  It is further

      **ORDERED** that Defendant is not precluded from offering evidence that Mr. Manafort defrauded the Federal Savings Bank in connection with the loans at issue in this case, even if such deceptions were not uncovered until after the loans were issued.

Dated: June 11, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE