

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Stephen M. Calk*, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

    The Government respectfully writes, pursuant to the Court's June 10, 2021 Order (Dkt. 206), to file publicly Exhibits A, B, and C of the Declaration of Paul Schoeman submitted by the defense to the Court in connection with the defendant's motion in limine to preclude the testimony of Randall L. Rigby (Dkt. 190). [1] The redacted exhibits are attached.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                               United States Attorney

by: /s/ Paul M. Monteleoni
     Paul M. Monteleoni
     Hagan C. Scotten
     Alexandra N. Rothman
     Assistant United States Attorneys
     (212) 637-2219/2410/2580

cc: Counsel of Record (via ECF)

---

[1] The Government notes that this Declaration, which was submitted with its unredacted exhibits by the defense under seal, has not been publicly filed. The Government has no objection to the defendant publicly filing this Declaration.