# EXHIBIT A

Randall Rigby                                         09/04/2021    2

```
 2            (Witness Enters Room)

 3            (Time Noted:  2:15 p.m.)

 4   RANDALL L. RIGBY called as a witness, having been duly sworn

 5            by the Foreperson of the Grand Jury, was examined

 6            and testified as follows:
```

Randall Rigby                                                    05/04/2021    3

Randall Rigby                                                09/04/2021    4

Randall Rigby                                                                05/04/2021   5

Randall Rigby                                                    05/04/2021   6

Randall Rigby                                               03/04/2021    7

Randall Rigby                                                      03/04/2021   8

Randall Rigby                                                    03/04/2021    9

Randall Rigby

Randall Rigby

03/04/2021

Randall Rigby                                      05/04/2021    14

Randall Rigby                                                      03/04/2021

Randall Rigby                                                           03/04/2021

Randall Rigby
03/04/2021

Randall Rigby
03/04/2021

Randall Rigby                                                              03/04/2021

Randall Rigby                                                        03/04/2021

Randall Rigby

Randall Rigby                                                           03/04/2021

Randall Rigby

Randall Rigby                                    03/04/2021

11          Q.   Do you know if Mr. Calk was talking to anyone else

12    in order to get their assistance or advice in becoming

13    Secretary of the Army or another administration role?

14          A.   No.

15          Q.   Did you and Mr. Calk ever discuss whether

16    Paul Manafort could be helpful in his efforts?

17          A.   No.

15      Q.   Did you discuss Mr. Manafort's assistance with any

16   of the other board members?

17      A.   No.  Not beforehand.  Now, afterwards we talked

18   about it.

19      Q.   Did you raise -- I'm sorry go ahead.  Did you

20   raise it with Mr. Calk when you requested the meeting?

21      A.   It was a pretty short conversation.  I just said

22   we need to talk with you.  And he says is this about the

23   Manafort loan?  And I said, yes, that's the big part of it.

24   He said, well, that loan is -- so, like I said, he was the

25   banker.  So I guess -- that's all I knew.

 1       Q.   You mentioned earlier that you resigned because of

 2   the optics of the loans to Manafort.  Was part of that

 3   consideration that Manafort was providing assistance to

 4   Mr. Calk?

 5       A.   After he told me he was a candidate to be the

 6   Secretary of the Army, I thought to myself, lookey (ph)

 7   here, here's what's going on, perhaps he made this loan

 8   because Manafort could help him get a position.  And it

 9   didn't look good to me.  I just didn't want to be a part of

10   that.

11       Q.   Did you ever exclusively talk to Mr. Calk about

12   that?

13       A.   That's about as in-depth of conversation as we

14   had.

Randall Rigby                                              03/04/2021

Randall Rigby                                                    03/04/2021

Randall Rigby                                        05/04/2021    32

Randall Rigby                                                                         05/04/2021

8        Q.   Have you spoken with anyone who represents him in

9    connection with this matter?

10       A.   The only other contact I've had with anyone at the

11   bank was John Calk called me and told me that Steve had been

12   charged and that, if necessary, the bank would provide a

13   legal -- to me and the other directors.   And that was it.

14       Q.   Did you take him up on that?

15       A.   Yes.   Yeah.   Wouldn't you?

16       Q.   With the mask you can't see my reaction.   And so

17   have you talked to his attorneys or his representatives at

18   all?

19       A.   I did talk to -- I'm trying to -- Margolis?   I

20   can't remember his name; I think it is Jerry,

21   Jeremy Margolis, I believe is his name.   I talked to

22   him -- it's been a couple years ago.   And that was the only

23   conversation I've had with him.

24       Q.   What did you guys talk about?

25       A.   -- same thing you and I are talking about.

Randall Rigby                                    03/04/2021    36

1        Q.   Did you tell him substantially the same thing you

2   told us today?

3        A.   Well, I'm sworn to tell the truth, so I told him

4   substantially the same thing I told you.

5        Q.   Since you received your subpoena, have you talked

6   to an attorney or representative for Mr. Calk?

7        A.   No.

Randall Rigby                                          03/04/2021      37

7       Q.   Did he ever deny that the loan was connected to

8   any assistance Manafort could provide to him?

9       A.   No.   That subject never came up.

23      Q.   Have you ever met Paul Manafort?

24      A.   No.

25      Q.   Have you ever had any contact with him, any

Randall Rigby                                       03/04/2021

1    communication with him?

2          A.    No.

18              (Witness Excused)

19              (Time Noted:  3:14 p.m.)

# EXHIBIT B

James Hilliard                                      03/04/2021      2

2                    (Witness Enters Room)

3                    (Time Noted:  3:50 p.m.)

4      JAMES HILLIARD called as a witness, having been duly sworn

5                by the Foreperson of the Grand Jury, was examined

6                    and testified as follows:

James Hilliard                                                              03/04/2021        3

James Hilliard                                                   03/04/2021        4

James Hilliard                                          03/04/2021          5

James Hilliard                                                    03/04/2021        6

James Hilliard                                                    03/04/2021        7

James Hilliard                                                                                        03/04/2021          8

James Hilliard                                                      03/04/2021          9

James Hilliard                                                03/04/2021    10

James Hilliard                                                      03/04/2021

24              (Witness Excused)

25              (Time Noted:  4:00 p.m.)

James Hilliard                                        03/04/2021      12

James Hilliard                                                    03/04/2021      13

EXHIBIT C