UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X

UNITED STATES OF AMERICA　　　　:　　**ORDER**

　　- v. -　　　　　　　　　　　　　　　:　　S1 19 Cr. 366 (LGS)

STEPHEN M. CALK,　　　　　　　　:

　　Defendant.　　　　　　　　　　　:

------------------------------- X

　　　　Upon the annexed application of Audrey Strauss, United States Attorney for the Southern District of New York, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling Javier Ubarri ("Ubarri") to testify and to provide other information in United States v. Stephen M. Calk, S1 19 Cr. 366 (LGS), in the United States District Court for the Southern District of New York, and upon the declaration of Assistant United States Attorney Paul M. Monteleoni, submitted in support thereof; and it appearing that,

　　　　1.　　Ubarri is scheduled to appear as a witness in United States v. Calk; and,

　　　　2.　　It is expected that Ubarri will refuse to testify on the basis of his privilege against self-incrimination; and,

　　　　3.　　It is the judgment of the United States Attorney that the testimony and other information that Ubarri could give in United States v. Calk may be necessary to the public interest; and,

Upon the approval of the aforesaid application by the Department of Justice, by a designated Deputy Assistant Attorney General, pursuant to the authority vested in her by Title 18, United States Code, Section 6003 and 28 C.F.R. 0.175; it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, Ubarri give testimony and provide other information as to all matters about which he may be questioned in United States v. Calk; and

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against Ubarri in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

This order shall become effective only if after the date of this Order Ubarri refuses to testify or provide other information on the basis of his privilege against self-incrimination.

The Clerk of Court is respectfully directed to close the motion at Docket No. 214.

So Ordered.

Dated: June 16, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE