

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Stephen M. Calk*, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's Order dated June 11, 2021 (Dkt. 207), and the Court's April 1, 2021 Trial Procedures During Covid-19 Pandemic, the Government respectfully writes, on behalf of the parties, to provide the Court with revised exhibit lists (Exs. A and B) and a list of the witnesses and individuals whose names the jury is likely to hear at trial (Ex. C). The parties do not believe that any locations should be included within the "Location Instructions" section of the voir dire.

    The Government will submit a new disc with an updated set of hyperlinked exhibits to the Court on Monday.

                                 Respectfully submitted,

                                 AUDREY STRAUSS
                               United States Attorney

       by: /s/  Paul M. Monteleoni
             Paul M. Monteleoni
             Hagan Scotten
             Alexandra N. Rothman
             Assistant United States Attorneys
             (212) 637-2219/2410/2580