# Exhibit B

| Defense Exhibit | Attachments | Document ID Range | Description | Outstanding Objections | Admission Status | Date Admitted |
|---|---|---|---|---|---|---|
| *United States v. Stephen M. Calk*, 19 Cr. 366 (LGS) Defense Exhibit List, June 17, 2021 | | | | | | |
| | | | DX-10 Series – Credit Committee Materials | | | |
| DX-10 | | TFSB0054094--TFSB0054129 | Credit Committee Materials, August 16, 2016 | | Admissible | |
| DX-11 | | TFSB0054130--TFSB0054161 | Credit Committee Materials, November 14, 2016 | | Admissible | |
| DX-12 | | TFSB0054162--TFSB0054193 | Credit Committee Materials, December 13, 2016 | | Admissible | |
| DX-13 | | TFSB0054194--TFSB0054232 | Credit Committee Materials, September 14, 2016 | | Admissible | |
| DX-14 | | TFSB0054272--TFSB0054310 | Credit Committee Materials, October 18, 2016 | | Admissible | |
| DX-15 | | TFSB0054311--TFSB0054347 | Credit Committee Materials, July 14, 2016 | | Admissible | |
| DX-16 | | TFSB0054348--TFSB0054383 | Credit Committee Materials, April 20, 2017 | | Admissible | |
| DX-17 | | TFSB0054384--TFSB0054418 | Credit Committee Materials, February 28, 2017 | | Admissible | |
| DX-18 | | TFSB0054419--TFSB0054446 | Credit Committee Materials, January 19, 2017 | | Admissible | |
| | | | DX-50 Series – Miscellaneous | | | |
| DX-50 | | NA | Composite Video Exhibit[1] | Likely 402, 403, 802 | Party Reserved | |
| | | | DX-100 Series – The Federal Savings Bank Documents | | | |
| DX-100 | | CALK00000026 | Email from Calk to Various, August 9, 2016 | | Admissible as Amended | |
| DX-101 | | CALK00000097--CALK00000098 | Email from Calk to colbbb@gmail.com, August 9, 2016 | Calk's email admissible; fact of sending to Banks 402, leaving remainder cumulative with DX-100 | Party Reserved | |
| DX-102 | | SDNY_00238883--SDNY_00238885 | Email from Jones to Calk, Calk, Chojnowski, Bressler, Smith, Husarsky, Miller, Crossett, Wells, Semenak, April 14, | 402, 403, 802 | Court Reserved | |
| DX-103 | | SDNY_00238940--SDNY_00238941 | Email from Jones to Calk, Calk, Chojnowski, Miller, Husarsky, Crossett, Wells, Smith, May 13, 2016 | 402, 403, 802 | Court Reserved | |
| DX-104 | | SDNY_00238958--SDNY_00238959 | Email Chain Raico, Calk, Ubarri, Brennan, Norini, July 28, 2016 | (Limiting instruction: not for truth of matter asserted) | Admissible | |
| DX-105 | | SDNY_00239046--SDNY_00239047 | Email from Jones to Calk, Calk, Chojnowski, Husarsky, Smith, Wells, Semenak, Crossett, Miller, August 11, 2016 | (Limiting instruction: not for truth of matter asserted) | Admissible | |
| DX-106 | | SDNY_00239176--SDNY_00239177 | Email Chain Brennan Raico, Ubarri, Norini, Horn, Calk, October 7, 2016 | | Admissible | |
| DX-107 | | SDNY_00240140--SDNY_00240141 | Email Chain Brennan, Calk, Ubarri, Raico, November 14, 2016 | | Admissible | |
| DX-108 | | SDNY_00240145--SDNY_00240148 | Email Chain Brennan, Raico, Calk, Ubarri, November 14, 2016 | | Admissible | |
| DX-109 | | SDNY_00240160--SDNY_00240163 | Email Chain Brennan, Calk, Ubarri, Raico, Norini, November 14, 2016 | | Admissible | |
| DX-110 | | SDNY_00240167--SDNY_00240169 | Email Chain Manafort, Raico, Baldinger, Calk, November 14, 2016 | | Admissible | |
| DX-111 | DX-111-A; DX-111-B; DX-111-C; DX-111-D; DX-111-E; DX-111-F; DX-111-G; DX-111-H | SDNY_00240210--SDNY_00240221 | Email Chain Manafort, Raico, Baldinger, Yohai, Calk, attachments, November 30, 2016 | 402, 403 | Court Reserved | |
| DX-112 | | SDNY_00240332 | Email from Smith to Calk, December 8, 2016 | 403 | Court Reserved | |
| DX-113 | | SDNY_00241258--SDNY_00241259 | Email Chain Cholakis, Raico, December 21, 2016 | 402, 403 | Court Reserved | |
| DX-114 | | SDNY_00242500 | Email from Ubarri to Norini, Brennan, Horn, Lorr, December 20, 2016 | 403 | Court Reserved | |
| DX-115 | DX-115-A | SDNY_00242748--SDNY_00242752 | Email Chain Raico, Horn, Brennan, attachment, December 28, 2016 | 402, 403 | Court Reserved | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-116 | | SDNY_00242762--SDNY_00242765 | Email Chain Raico, Horn, Brennan, December 28, 2016 | 402, 403 | Court Reserved | |
| DX-117 | | SDNY_00242818--SDNY_00242819 | Email Chain Raico, Horn, Brennan, December 30, 2016 | 402, 403 | Court Reserved | |
| DX-118 | | SDNY_00242888--SDNY_00242890 | Email Chain Raico, Horn, Brennan, January 6, 2017 | 402, 403 | Court Reserved | |
| DX-119 | | SDNY_00243842--SDNY_00243847 | Email Chain Horn, Raico, January 24, 2017 | 402, 403 | Court Reserved | |
| DX-120 | | SDNY_00244569 | Email from Nadlan Valuation Inc, October 13, 2016 | | Admissible | |
| DX-121 | DX-121-A; DX-121-B; DX-121-C; DX-121-D; DX-121-E; DX-121-F | SDNY_00245785--SDNY_00245973 | Email Chain Ivakhnik, Horn, Raico, attachments, August 11, 2016 | | Admissible | |
| DX-122 | DX-122-A; DX-122-B | SDNY_00246258--SDNY_00246278 | Email Chain Ivakhnik, Horn, Raico, attachments, August 16, 2016 | | Admissible | |
| DX-123 | | SDNY_00247924 | Email from Nadlan Valuation Inc., November 9, 2016 | | Admissible | |
| DX-124 | | SDNY_00247925 | Email from Nadlan Valuation Inc., November 10, 2016 | | Admissible | |
| DX-125 | DX-125-A; DX-125-B; DX-125-C; DX-125-D; DX-125-E | SDNY_00248004--SDNY_00248046 | Email Chain Brennan, Jacobsen, Wisnicki, Horn, Shelton, Ivakhnik, Raico, attachments, August 26, 2016 | | Admissible | |
| DX-126 | | SDNY_00248050 | Email from Nadlan Valuation Inc., August 26, 2016 | 402, 403 | Court Reserved | |
| DX-127 | | SDNY_00248842 | Email from Brennan to Shelton, Ivakhnik, Horn, Zidell, Wisnicki, September 23, 2016 | | Admissible | |
| DX-128 | | SDNY_00248852 | Email from Nadlan Valuation Inc., September 26, 2016 | 402, 403 | Court Reserved | |
| DX-129 | | SDNY_00249384--SDNY_00249385 | Email Chain Ivakhnik, Cholakis, August 25, 2016 | 402, 403 | Court Reserved | |
| DX-130 | | SDNY_00249552--SDNY_00249554 | Email Chain Ivakhnik, Yohai, Raico, Katz, August 30, 2016 | 402, 403, 802 | Court Reserved | |
| DX-131 | | SDNY_00249563 | Email Chain Ivakhnik, Raico, August 30, 2016 | | Admissible | |
| DX-132 | | SDNY_00250342 | Email Chain Ivakhnik, Horn, Raico, September 26, 2016 | 402, 403 | Court Reserved | |
| DX-133 | | SDNY_00250824--SDNY_00250825 | Email from Raico to Jones, April 15, 2016 | | Admissible | |
| DX-134 | | SDNY_00250888--SDNY_00250889 | Email from Jones to Calk, Calk, Chojnowski, Husarsky, Crossett, Miller, Smith, Wells, April 29, 2016 | 402, 403 | Court Reserved | |
| DX-135 | | SDNY_00251152--SDNY_00251154 | Email Chain Raico, Jones, August 9, 2016 | 802 with respect to praise of Manafort loans | Court Reserved | |
| DX-136 | | SDNY_00251213--SDNY_00251215 | Email Chain Jones, Calk, October 7, 2016 | 402, 403 (and 802 as to Calk's statements) | Court Reserved | |
| DX-137 | | SDNY_00251238--SDNY_00251240 | Email Chain Jones, Calk, November 30, 2016 | 402, 403 (and 802 as to Calk's statements) | Court Reserved | |
| DX-138 | DX-138-A | SDNY_00252005--SDNY_00252007 | Email from Bartholomew to Raico, Jones, attachment, October 27, 2016 | 802 | Party Reserved | |
| DX-139 | | SDNY_00252011--SDNY_00252012 | Email Chain Raico, Bartholomew, Jones, October 27, 2016 | 802 | Court Reserved | |
| DX-140 | | SDNY_00252013--SDNY_00252015 | Email Chain Bartholomew, Raico, Jones, October 27, 2016 | 802 | Party Reserved | |
| DX-141 | DX-141-A | SDNY_00252018--SDNY_00252063 | Email Chain Raico, Bartholomew, Jones, attachment, October 28, 2016 | | Admissible | |
| DX-142 | | SDNY_00252289--SDNY_00252295 | Email Chain Raico, Bartholomew, DiCola, Jones, November 16, 2016 | | Admissible | |
| DX-143 | | SDNY_00252885--SDNY_00252888 | Email Chain Jones, Bartholomew, Raico, November 8, 2016 | 402, 403, 802 | Court Reserved | |
| DX-144 | | SDNY_00252896--SDNY_00252900 | Email Chain Jones, Raico, November 22, 2016 | 402, 403 | Court Reserved | |
| DX-146 | DX-146-A | SDNY_00254032--SDNY_00254033 | Email from Raico to Calk, Ubarri, Brennan, Norini, attachment, July 28, 2016 | | Admissible | |
| DX-147 | | SDNY_00254117 | Email from Manafort to Raico, July 29, 2016 | | Admissible | |
| DX-148 | DX-148-A | SDNY_00254122--SDNY_00254125 | Email Chain Raico, Manafort, attachment, July 29, 2016 | | Admissible | |
| DX-149 | DX-149-A | SDNY_00254305--SDNY_00254524 | Email from Ivakhnik to Raico, attachment, August 4, 2016 | | Admissible | |
| DX-150 | | SDNY_00254559 | Email from Raico to Jones, August 8, 2016 | 402, 403, 802 | Court Reserved | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-151 | | SDNY_00254725--SDNY_00254728 | Email Chain Ubarri, Raico, Brennan, Horn, August 10, 2016 | | Admissible | |
| DX-152 | | SDNY_00255166 | Email from Raico to Jones, August 11, 2016 | | Admissible | |
| DX-153 | DX-153-A; DX-153-B | SDNY_00255931--SDNY_00255936 | Email Chain Raico, Brennan, Horn, attachments, August 18, 2016 | 402, 403 | Court Reserved | |
| DX-154 | | SDNY_00256143 | Email from Raico to Calk, November 3, 2016 | | Admissible | |
| DX-155 | DX-155-A | SDNY_00256218--SDNY_00256220 | Email from Raico to Manafort, Baldinger, Calk, attachment, November 11, 2016 | | Admissible | |
| DX-156 | | SDNY_00257836--SDNY_00257838 | Email Chain Brennan, Raico, September 8, 2016 | | Admissible | |
| DX-157 | DX-157-A; DX-157-B | SDNY_00258402--SDNY_00258437 | Email Chain Katz, Raico, attachment, September 18, 2016 | | Admissible | |
| DX-158 | DX-158-A | SDNY_00258499--SDNY_00258543 | Email Chain Heskel, Raico, attachment, September 21, 2016 | | Admissible | |
| DX-159 | | SDNY_00259317 | Email from Raico to Brennan, Horn, Ubarri, October 5, 2016 | | Admissible | |
| DX-160 | | SDNY_00259326 | Email from Nadlan Valuation Inc., October 6, 2016 | | Admissible | |
| DX-161 | DX-161-A; DX-161-B | SDNY_00262428--SDNY_00262430 | Email from Raico to Cholakis, attachments, October 21, 2016 | | Admissible | |
| DX-162 | DX-162-A; DX-162-B | SDNY_00262766--SDNY_00262777 | Email Chain Horn, Raico, Brennan, attachments, October 26, 2016 | | Admissible | |
| DX-163 | | SDNY_00262834--SDNY_00262835 | Email Chain Katz, Raico, Yohai, October 27, 2016 | 402, 403 | Court Reserved | |
| DX-164 | DX-164-A; DX-164-B | SDNY_00263496--SDNY_00263498 | Email Chain Katz, Raico, attachments, October 27, 2016 | | Admissible | |
| DX-165 | | SDNY_00265374--SDNY_00265375 | Email Chain Cholakis, Raico, November 1, 2016 | 402, 403 | Court Reserved | |
| DX-166 | | SDNY_00265393--SDNY_00265394 | Email Chain Sparks, Raico, November 2, 2016 | | Admissible | |
| DX-167 | DX-167-A; DX-167-B; DX-167-C; DX-167-D | SDNY_00265801--SDNY_00265843 | Email from Nadlan Valuation Inc., attachments, November 4, 2016[2] | | Admissible | |
| DX-168 | | SDNY_00266450--SDNY_00266451 | Email Chain Marquez, Raico, DiCola, November 7, 2016 | 403 (cumulative with DX-143) | Court Reserved | |
| DX-169 | | SDNY_00266544--SDNY_00266547 | Email Chain DiCola, Raico, Marquez, November 8, 2016 | | Admissible | |
| DX-170 | | SDNY_00266681--SDNY_00266685 | Email Chain Weinberg, Raico, Heskel, November 10, 2016 | 402, 403 | Court Reserved | |
| DX-171 | DX-171-A; DX-171-B; DX-171-C | SDNY_00266724--SDNY_00266751 | Email Chain Raico, Cholakis, attachments, November 11, 2016 | 402, 403 | Court Reserved | |
| DX-172 | | SDNY_00266791 | Email from Baldinger to Raico, November 12, 2016 | | Admissible | |
| DX-173 | DX-173-A | SDNY_00266919--SDNY_00266927 | Email Chain Sparks, Bartholomew, Raico, attachment, November 15, 2016 | | Admissible | |
| DX-174 | DX-174-A | SDNY_00267069--SDNY_00267071 | Email Chain Horn, Raico, Shelton, Brennan, attachment, November 15, 2016 | 402, 403 | Court Reserved | |
| DX-175 | | SDNY_00267494--SDNY_00267500 | Email Chain Brennan, Raico, Shelton, November 16, 2016 | 402, 403, 802 (as to portions re Ivakhnik termination) | Court Reserved | |
| DX-176 | | SDNY_00267509--SDNY_00267510 | Email Chain Weinberg, Raico, Heskel, November 16, 2016 | 402, 403 | Court Reserved | |
| DX-177 | | SDNY_00267589--SDNY_00267593 | Email Chain Weinberg, Raico, Cholakis, Heskel, November 16, 2016 | 402, 403 | Court Reserved | |
| DX-178 | DX-178-A; DX-178-B | SDNY_00267753--SDNY_00267774 | Email Chain Cholakis, Raico, attachments, November 18, 2016 | 402, 403 | Court Reserved | |
| DX-179 | DX-179-A | SDNY_00268358--SDNY_00268369 | Email from Horn to Brennan, Raico, attachment, November 30, 2016 | | Admissible | |
| DX-180 | | SDNY_00268607--SDNY_00268613 | Email Chain DiCola, Raico, Judis, December 6, 2016 | | Admissible | |
| DX-181 | DX-181-A | SDNY_00268662--SDNY_00268663 | Email from Raico to Brennan, attachment, December 7, 2016 | | Admissible | |
| DX-182 | | SDNY_00268920--SDNY_00268926 | Email Chain Cholakis, Raico, December 12, 2016 | 402, 403 | Court Reserved | |
| DX-183 | DX-183-A | SDNY_00268938--SDNY_00268946 | Email Chain Sparks, Raico, Bartholomew, attachment, December 13, 2016 | | Admissible | |

| | | | | | |
|---|---|---|---|---|---|
| DX-184 | DX-184-A | SDNY_00268957--SDNY_00268965 | Email Chain DiCola, Smith, Raico, attachment, December 13, 2016 | | Admissible |
| DX-185 | DX-185-A; DX-185-B | SDNY_00269131--SDNY_00269134 | Email Chain DiCola, Raico, attachments, December 16, 2016 | | Admissible |
| DX-186 | DX-186-A; DX-186-B | SDNY_00269214--SDNY_00269271 | Email from Cholakis to Raico, attachments, December 21, 2016 | | Admissible |
| DX-187 | | SDNY_00269744--SDNY_00269745 | Email Chain Brennan, Wisnicki, Raico, January 5, 2017 | | Admissible |
| DX-188 | | SDNY_00270025--SDNY_00270028 | Email Chain Horn, Raico, January 19, 2017 | 402, 403, 802 (parts) | Court Reserved |
| DX-189 | DX-189-A; DX-189-B | SDNY_00270603--SDNY_00270605 | Email Chain Raico, Brennan, Horn, Ivakhnik, attachments, August 30, 2016 | 402, 403 | Court Reserved |
| DX-190 | DX-190-A; DX-190-B | SDNY_00270677--SDNY_00270684 | Email Chain Raico, Brennan, Horn, Ivakhnik, attachments, August 30, 2016 | 402, 403 | Court Reserved |
| DX-191 | DX-191-A; DX-191-B | SDNY_00270823--SDNY_00270829 | Email Chain Raico, Yohai, attachments, September 7, 2016 | | Admissible |
| DX-192 | DX-192-A; DX-192-B | SDNY_00270937--SDNY_00271015 | Email Chain Raico, Brennan, attachments, September 21, 2016 | | Admissible |
| DX-193 | DX-193-A | SDNY_00271242--SDNY_00271243 | Email Chain Raico, Brennan, Horn, attachment, October 5, 2016 | | Admissible |
| DX-194 | | SDNY_00271280--SDNY_00271285 | Email Chain Raico, Wisnicki, October 7, 2016 | 403, 802 | Court Reserved |
| DX-195 | DX-195-A; DX-195-B; DX-195-C | SDNY_00271444--SDNY_00271452 | Email Chain Raico, Knoph, Mullin, attachments, October 12, 2016 | 402, 403 | Court Reserved |
| DX-196 | | SDNY_00271472--SDNY_00271473 | Email Chain Raico, Nadlan Appraisals, Heskel, October 13, 2016 | 402, 403 | Court Reserved |
| DX-197 | DX-197-A; DX-197-B | SDNY_00271484--SDNY_00271498 | Email Chain Raico, Brennan, Horn, attachments, October 13, 2016 | 402, 403, 802 | Court Reserved |
| DX-198 | | SDNY_00271639--SDNY_00271640 | Email Chain Raico, Wisnicki, October 21, 2016 | 802 | Court Reserved |
| DX-199 | | SDNY_00271681--SDNY_00271685 | Email Chain Raico, Cholakis, October 21, 2016 | | Admissible |
| DX-200 | DX-200-A | SDNY_00273286--SDNY_00273290 | Email Chain Raico, Ubarri, Brennan, Buteyn, MacDonald, attachment, November 10, 2016 | | Admissible |
| DX-201 | | SDNY_00273374--SDNY_00273375 | Email Chain Raico, Brennan, Horn, November 14, 2016 | 402, 403 | Court Reserved |
| DX-202 | DX-202-A | SDNY_00273399--SDNY_00273406 | Email Chain Raico, DiCola, Bartholomew, attachment, November 16, 2016 | 403 (cumulative with DX-142) | Court Reserved |
| DX-203 | | SDNY_00273414--SDNY_00273416 | Email Chain Raico, Cholakis, November 16, 2016 | | Admissible |
| DX-204 | | SDNY_00273483--SDNY_00273485 | Email Chain Raico, Sparks, Bartholomew, November 16, 2016 | | Admissible |
| DX-205 | DX-205-A | SDNY_00273648--SDNY_00273653 | Email Chain Raico, DiCola, Bartholomew, attachment, November 21, 2016 | 402, 403, 802 (as to assertions in attachment) | Court Reserved |
| DX-206 | | SDNY_00273832--SDNY_00273834 | Email Chain Raico, DiCola, December 2, 2016 | 402, 403, 802 (as to Raico's statements re Shabanets) | Court Reserved |
| DX-207 | | SDNY_00274346--SDNY_00274347 | Email Chain Raico, Wisnicki, Brennan, October 27, 2016 | | Admissible |
| DX-208 | DX-208-A; DX-208-B; DX-208-C; DX-208-D | SDNY_00274670--SDNY_00274702 | Email from Raico to Brennan, Ubarri, Calk, Jones, attachments, April 21, 2016 | | Admissible |
| DX-209 | DX-209-A; DX-209-B; DX-209-C | SDNY_00277412--SDNY_00277427 | Email Chain Langchung, Ubarri, Brennan, Sanchez, attachments, November 29, 2016 | 402, 403 | Court Reserved |
| DX-210 | | SDNY_00277761--SDNY_00277762 | Email Chain Raico, Ubarri, April 20, 2016 | | Admissible |
| DX-211 | | SDNY_00278349--SDNY_00278350 | Email Chain Smith, Judis, Davidtz, DiCola, Ubarri, December 12, 2016 | 802 | Party Reserved |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-212 | DX-212-A | SDNY_00280267--SDNY_00280268 | Email from Cisco Unity Connection to Ubarri, attachment, November 10, 2016 | 802 | Court Reserved | |
| DX-213 | DX-213-A; DX-213-B; DX-213-C; DX-213-D; DX-213-E; DX-213-F; DX-213-G; DX-213-H; DX-213-I | SDNY_00283950--SDNY_00283977 | Email Chain Horn, Murphy, Brennan, Shelton, attachments, October 10, 2016 | 402, 403, 802 (as to assertions in attachment) | Court Reserved | |
| DX-214 | DX-214-A | TFSB0000298--TFSB0000302 | Email from Ubarri to Calk, Calk, Norini, Semenak, Murphy, Gilmore, rigbyrl@gmail.com, Harris, Banks, attachment, April 3, 2017 | 403, 802 | Party Reserved | |
| DX-216 | DX-216-A | TFSB0032051--TFSB0032067 | Email from Brennan to Aguirre, attachment, July 5, 2017 | 403, 802 (as to assertions in attachment) | Court Reserved | |
| DX-217 | DX-217-A; DX-217-B; DX-217-C | TFSB0035196--TFSB0035233 | Email Chain Brennan, Semenak, attachments, June 9, 2017 | | Admissible | |
| DX-221 | | TFSB0085889--TFSB0085895 | Uniform Residential Loan Application | 802 | Court Reserved | |
| DX-222 | | TFSB0086160--TFSB0086162 | Email Chain Calk, Dailey, December 2, 2016 | | Admissible | |
| DX-223 | | TFSB0086166--TFSB0086169 | Email Chain Calk, Smith, December 8, 2016 | | Admissible | |
| DX-224 | DX-224-A; DX-224-B | TFSB0086170--TFSB0086172 | Email Chain Calk, Dailey, attachments, December 11, 2016 | | Admissible | |
| DX-225 | | TFSB0086768--TFSB0086769 | Email Chain Smith, Calk, November 26, 2016 | | Admissible | |
| DX-226 | DX-226-A; DX-226-B | TFSB0086780--TFSB0086788 | Email Chain Calk, Gallagher, attachments, November 27, 2016 | | Admissible | |
| DX-227 | | TFSB0086818--TFSB0086820 | Email Chain Gilmore, Calk, November 27, 2016 | | Admissible | |
| DX-228 | | TFSB0086861--TFSB0086863 | Email Chain Dailey, Mattis, Calk, Donnelly, December 2, 2016 | | Admissible | |
| DX-229 | | TFSB0086880 | Email Chain Dailey, Calk, December 11, 2016 | | Admissible | |
| DX-230 | | TFSB0087335--TFSB0087336 | Email Chain Calk, Smith, November 26, 2016 | | Admissible | |
| DX-231 | | TFSB0087337--TFSB0087338 | Email Chain Calk, McCarthy, November 26, 2016 | | Admissible | |
| DX-232 | DX-232-A; DX-232-B | TFSB0087458--TFSB0087463 | Email from Calk to steve@arc-ent.com, attachments, December 19, 2016 | | Admissible | |
| DX-233 | DX-233-A; DX-233-B; DX-233-C; DX-233-D; DX-233-E; DX-233-F | TFSB0087477--TFSB0087487 | Email from Calk to Bannon, attachments, December 27, 2016 | | Admissible | |
| DX-234 | | TFSB0087488--TFSB0087489 | Email Chain Calk, silvermang@gtlaw.com, January 9, 2017 | | Admissible | |
| DX-235 | | TFSB0087596 | Email Chain Calk, Dailey, February 5, 2017 | | Inadmissible | |
| DX-236 | | TFSB0087765--TFSB0087768 | Email Chain Calk, Banks, February 6, 2017 | | Inadmissible | |
| DX-237 | | TFSB0089077--TFSB0089078 | Email Chain Calk, Donnelly, December 8, 2016 | | Admissible | |
| DX-238 | | TFSB0089218--TFSB0089219 | Email Chain Calk, colbbb@gmail.com, February 4, 2017 | | Inadmissible | |
| DX-239 | DX-239-A | TFSB0090564--TFSB0090566 | Email from Banks to Calk, attachment, November 15, 2016 | 402, 403 | Party Reserved | |
| DX-240 | DX-240-A | TFSB0090568--TFSB0090571 | Email from Banks to Calk, attachment, November 15, 2016 | 402, 403 | Party Reserved | |
| DX-241 | DX-241-A; DX-241-B; DX-241-C | TFSB0090925--TFSB0090931 | Email from Calk to Rigby, attachments, November 27, 2016 | 402, 403 | Party Reserved | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX-242 | DX-242-A | SDNY_00241519--SDNY_00241521 | Email Chain Banks, Calk, attachment, January 9, 2017 | 402, 403 as to forward to Banks, no objection to forwarded email | Party Reserved | |
| DX-243 | DX-243-A | SDNY_00278338--SDNY_00278341 | Email Chain Brennan, Ubarri, Norini, Horn, attachment, December 9, 2016 | 402, 403, 802 as to all statements | Court Reserved | |
| DX-244 | | SDNY_00279375--SDNY_00279377 | Email Chain Ubarri, Brennan, December 9, 2016 | 402, 403 | Court Reserved | |
| DX-245 | | TFSB0087464--TFSB0087465 | Email Chain Calk, Scaramucci, December 22, 2016 | | Admissible | |
| DX-246 | DX-246-A; DX-246-B; DX-246-C | TFSB0087672--TFSB0087679 | Email from Calk to Scaramucci, attachments, December 27, 2016 | | Admissible | |
| DX-247 | | TFSB0087684--TFSB0087685 | Email Chain Calk, Scaramucci, December 29, 2016 | | Admissible | |
| DX-248 | | TFSB0087740 | Email from Banks to Calk, February 5, 2017 | | Admissible | |
| DX-249 | DX-249-A, DX-249-B | TFSB0089143--TFSB0089146 | Email Chain Calk, Scaramucci, attachments, December 28, 2016 | | Admissible | |
| DX-250 | DX-250-A | SDNY_00239878 -- SDNY_00239879 | Email Chain Brennan, Ubarri, Calk, attachment, April 28, 2016 | | New Exhibit | |
| DX-251 | DX-251-A | SDNY_00240568 -- SDNY_00240570 | Email from Ubarri to Calk, Brennan, Norini, attachment, December 22, 2016 | | New Exhibit | |
| DX-252 | | | Credit Committee Materials, May 23, 2016 | | New Exhibit | |

[1] A video exhibit of DX 50 will be provided at a later date and will be composed of various clips from CALK00000001 through CALK00000025.

[2] One of the attachments to DX 167 is corrupted in the original. Accordingly, we have marked the slipsheet.