| **July 27-August 9, 2016** |
|---|---|---|---|---|
| Date | Time (ET) | From | To | Detail |
| 7/27 | 11:30 AM | N/A | N/A | Dennis Raico and **Paul Manafort** meeting in New York, with **Steve Calk** videoconferencing in from Chicago (GX 105, 106) |
| 7/27 | 4:22 PM | **Paul Manafort** | Jason Roys, Lindsey Hagan | Email: updated schedule with to-do list entry "Steve Calk 312 961 7064 Nat Ec Coun" (GX 651) |
| 7/28 | 9:38 AM | **Steve Calk** | Javier Ubarri, Jim Norini, Jim Brennan | Email: forwards scenario sheet, "I recommend we approve this deal subject to full underwrite and cross collateralization" (GX 107) |
| 7/28 | 12:30 PM | Javier Ubarri | Dennis Raico, Jim Brennan, **Steve Calk**, Thomas Horn, Jim Norini | Email: "The credit committee approved this loan subject to underwriting." (GX 108) |
| 7/28 | 12:42 PM | Dennis Raico | Javier Ubarri, Jim Brennan, **Steve Calk**, Thomas Horn, Jim Norini | Email: "Excellent! Please let me know when I can anticipate a Term Sheet, as I'm sure Paul and Jeff will be highly impressed to receive within 24 hours of our meeting." (GX 108, 108-A) |
| 7/28 | 12:49 PM | **Steve Calk** | Dennis Raico, Javier Ubarri, Jim Brennan, Thomas Horn, Jim Norini | Email: "That is the 'term sheet'" (GX 108) |
| 7/29 | 10:56 AM | Dennis Raico | **Paul Manafort** | Email: forwards term sheet to Manafort (GX 109-B) |
| 8/3 | 4:04 PM | **Paul Manafort** | Dennis Raico | Email: "Need Steve Calk Resume" (GX 111) |
| 8/3 | 5:49 PM | **Paul Manafort** | Jason Roys, Lindsey Hagan | Email: sends updated schedule with call list entry "Announce Nat Adv Comm (CALK)" (GX 652) |
| 8/4 | 8:25 AM | **Paul Manafort** | Dennis Raico | Email: "Did you ever send me Steve's resume?" (GX 112) |
| 8/4 | 1:19 PM | **Steve Calk** | **Paul Manafort** | Email: sends resume, "I look forward to continuing our conversation." (GX 551) |
| 8/4 | 1:25 PM | **Paul Manafort** | **Steve Calk** | Email: "Per our conversation, I want to add you to the National Economic Advisory Committee for DJT." (GX 113) |
| 8/4 | 3:28 PM | **Steve Calk** | **Paul Manafort** | Email: "I am happy and willing to serve." (GX 114) |
| 8/9 | 7:14 PM | **Steve Calk** | Kellie Kennedy | Email: authorizes Kennedy to respond to WSJ reporter questions on how he was appointed; responses do not mention Manafort (GX 121, 121-A) |

GOVERNMENT EXHIBIT 2109
19 Cr. 366 (LGS)