| | November 1-14, 2016 | | | |
|---|---|---|---|---|
| Date | Time (ET) | From | To | Detail |
| 11/1 | 11:39 AM | **Paul Manafort** | Dennis Raico, Bruce Baldinger, Jeff Yohai, **Steve Calk** | Email: "So what is the timetable to close now?" (GX 219) |
| 11/8 | 5:02 PM | Dennis Raico | Darin Judis, Raymond Marquez, Ann DiCola | Email: asks B of I employees if they should expect an approval by close of business, saying "I will need to report back to our Chairman" (GX 225) |
| | *N/A* | *N/A* | *N/A* | *Election Night* |
| 11/9 | 12:58 AM | N/A | N/A | **Steve Calk** makes $2700 donation to Trump campaign (GX 1251) |
| | 9:20 AM | **Paul Manafort** | Bruce Baldinger, Jeff Yohai | Email: "Got this from Steve last night: 'Paul, I hope you're having a great night.  We should have your approval all wrapped up by tomorrow I am being told. . . .  Do you need me in New York?  I am ready to support in any way.'" (GX 1152) |
| | 12:09 PM | **Steve Calk** | **Paul Manafort** | Phone call (11 secs) (GX 901-2) |
| | 12:10 PM | **Steve Calk** | **Paul Manafort** | Phone call (10 secs) (GX 901-2) |
| | 12:10 PM | **Steve Calk** | **Paul Manafort** | Phone call (5 minutes, 34 secs) (GX 901-2) |
| | 7:16 PM | Dennis Raico | Javier Ubarri, **Steve Calk** | Email: "Hello Javier, Pursuant to our conversation a few minutes ago, here is the synopsis you requested on the Manafort file." (GX 234) |
| 11/10 | 5:24 PM | Javier Ubarri | Jim Brennan, Dennis Raico, Eric Buteyn, Matthew MacDonald | Email: "If we are considering this as a portfolio loan its important that Matt or Eric looks at it." (GX 231, 231-A) |
| 11/11 | 9:14 AM | Javier Ubarri | Dennis Raico, **Steve Calk** | Email: responds to Raico synopsis with summary of options, with $9.5 million loan as least preferred option, and writes "We can do any of these options." (GX 234) |
| | 3:22 PM | Matthew MacDonald | Dennis Raico, Javier Ubarri, Jim Brennan, Eric Buteyn, **Steve Calk** | Email: "I do not have the ability to finish the underwrite today but I would feel confident in issuing a term sheet or a commitment to the borrower" (GX 231, 230-A) |
| | 3:36 PM | Javier Ubarri | Matthew MacDonald, Dennis Raico, Jim Brennan, Eric Buteyn, **Steve Calk** | Email: "Please don't do any more work until we get some direction from Steve" (GX 231) |
| | 3:31 PM | **Steve Calk** | Dennis Raico | Phone call (1 sec) (GX 901-A-37) |
| | 3:32 PM | Dennis Raico | **Steve Calk** | Phone call (12 minutes, 29 secs) (GX 901-A-37) |
| | 4:48 PM | **Steve Calk** | Dennis Raico | Phone call (15 minutes, 29 secs) (GX 901-A-37) |
| | 5:10 PM | Dennis Raico | **Paul Manafort**, Bruce Baldinger, **Steve Calk**, Dennis Raico | Email: "Paul, Congratulations!  Please see the attached approval term sheet." (GX 237) |
| | Unknown | N/A | N/A | Raico journal entry: "Steve: Trump Executive Council Secretary of the Treasury -> check w/ Paul" (GX 51-2) |
| 11/12 | 2:05 PM | **Steve Calk** | **Paul Manafort** | Phone call (18 minutes, 25 secs) (GX 901-A-1) |
| 11/14 | 12:20 AM | **Steve Calk** | **Paul Manafort** | Email: attaching list of prospective roles, beginning with Secretary of Treasury (GX 244) |
| | 1:18 AM | **Steve Calk** | **Paul Manafort** | Email: "Are you aiding in the transition in any type of formal capacity?" (GX 245, 245-A) |
| | 1:48 AM | **Steve Calk** | Jim Brennan, Javier Ubarri, Dennis Raico | Email: "Please ensure that this loan is documented perfectly so that our lien on both properties as well as the cash account at The Federal Savings Bank are FULLY enforceable." (GX 248) |
| | 8:20 AM | **Paul Manafort** | **Steve Calk** | Email: "Total background but involved directly" (GX 245, 245-B) |
| | 8:22 AM | **Steve Calk** | **Paul Manafort** | Email: "Awesome." (GX 245, 245-C) |



GOVERNMENT EXHIBIT 2110
19 Cr. 366 (LGS)