Case 1:19-cr-00366-LGS   Document 226-3   Filed 06/19/21   Page 1 of 1

| Date | Time (ET) | From | To | Detail |
|---|---|---|---|---|
| **12/21** | 12:18 PM | **Steve Calk** | **Paul Manafort** | Phone call (9 mins, 26 secs) (GX 901-A-13) |
| | 1:35 PM | **Steve Calk** | Bruce Baldinger, Dennis Raico, **Paul Manafort** | Email: "Bruce, we are in no way scheduling a closing until this loan is fully structured, underwritten and approved" and "We are working very hard to help find solutions to help Paul out in his hour of need." (GX 295) |
| | 6:41 PM | **Paul Manafort** | Anthony Scaramucci | Text: "Any progress on Stephen Calk?" (GX 611) |
| | 6:54 PM | **Steve Calk** | **Paul Manafort** | Phone call (28 secs) (GX 901-2) |
| | 7:46 PM | Anthony Scaramucci | **Paul Manafort** | Text: "Would he take under. Secretary of the Army? Are we double sure" "If so I think we can get it done" (GX 611) |
| | 7:49 PM | **Steve Calk** | **Paul Manafort** | Phone call (11 mins, 25 secs) (GX 901-A-14) |
| | 8:15 PM | **Paul Manafort** | Anthony Scaramucci | Text: "Yes he will def take it" (GX 611) |
| **12/22** | 12:37 PM | Dennis Raico | **Steve Calk** | Phone call (1 min, 24 secs) (GX 901-A-35) |
| | 4:24 PM | **Steve Calk** | **Paul Manafort**, Javier Ubarri, Jim Brennan, Dennis Raico, **Steve Calk** | Email: "Attached is the term sheet we discussed last evening" and "Our plan is to close this next week if I get this executed document back today by 5pm CST" (GX 299) |
| | 4:33 PM | **Steve Calk** | Dennis Raico | Phone call (3 mins, 41 secs) (GX 901-A-35) |
| | 5:32 PM | **Steve Calk** | **Paul Manafort** | Email: "I have received your signed term sheet. May I have your authorization to [] set up your new pledge account [and] Deduct your fees" (GX 302, 302-A) |
| | 7:36 PM | **Paul Manafort** | **Steve Calk** | Email: Manafort confirms permission to set up new account and deduct fees (GX 302, 302-B) |
| | 8:37 PM | **Steve Calk** | **Paul Manafort** | Email: "Thanks very much. Please call my cell phone if you have a moment." (GX 302) |
| | 9:48 PM | **Steve Calk** | **Paul Manafort** | Phone call (1 min, 20 secs) (GX 901-A-15) |
| **12/23** | 11:05 AM | **Steve Calk** | **Paul Manafort** | Phone call (1 min, 1 sec) (GX 901-A-16) |
| | 11:58 AM | **Steve Calk** | **Paul Manafort** | Phone call (6 mins, 40 secs) (GX 901-A-16) |



GOVERNMENT EXHIBIT 2111
19 Cr. 366 (LGS)