```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA                                      :
                                                              :    19 Crim. 366 (LGS)
              -against-                                       :
                                                              :         ORDER
STEPHEN M. CALK,                                              :
                                           Defendant.         :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 15, 2021, the Court issued an Order directing Defendant to file a responsive letter to the Government's June 14, 2021, letter at Docket No. 209.

WHEREAS, on June 17, 2021, Defendant sent a responsive letter by e-mail to Chambers, along with a request to seal portions of the letter that make reference to the substance of a document that the Government has designated Highly Confidential.

WHEREAS, the Government has no objection to the public filing of the entirety of the June 17, 2021, responsive letter.  It is hereby

**ORDERED** that, by **June 22, 2021**, Defendant shall publicly file the June 17, 2021, responsive letter.

Dated: June 21, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE