# Exhibit A

Message

| | |
|---|---|
| **From**: | Jeff Yohai ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent**: | 8/12/2016 12:57:28 PM |
| **To**: | Paul Manafort [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3a91291e6c4046e4b7ad12109a5678bf-pmanafort] |
| **Subject**: | Re: DJT AM Report  8.12.16 |

That's hilarious and brilliant

Sent u Mitch's number.

I told him we are taking out every loan we have with them and sent him the term sheet for blue jay and Stradella from yesterday, the LOI from Dennis on Nottingham, the LOI from the other lender on the dirt which will close next week and told him about Citizens taking out their loan on Carroll Gardens.   So he is aware that we have a path to remove all debt from their books.

He's also aware that I facilitated a bridge loan on baxter for 1.2M to cover their 600k, little less, currently owed as I paid 30k for 2401 Nottingham for August interest already, and that it is ready to fund upon signature which gets us current and provides some liquidity to pay current project expenses and overhead.

He's a good guy and has been more than accommodating with me this far and is only here to help and resolve this situation so we are current and all penalties will be waived and there will be no default interest charged.   That's my concern and why I feel it's so imperative among other reasons that this gets sorted

He's standing by for your call

Jeff Yohai
Marin West/Founder
779 Stradella Rd
Los Angeles Ca 90077

▮▮▮▮▮▮▮▮▮▮

Www.marinw.com

On Aug 12, 2016, at 9:34 AM, Paul Manafort <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> wrote:

> Steve Calk is now our busist surrogate on TV.

> **From:** Steven Cheung <▮▮▮▮▮▮▮▮▮▮▮▮>
> **Date:** Friday, August 12, 2016 at 6:36 AM
> **To:** Steven Cheung <▮▮▮▮▮▮▮▮▮▮▮▮>
> **Subject:** DJT AM Report – 8.12.16

> ## DJT AM Report – 8.12.16

> **_SURROGATE HITS_**

> 7:00AM
> 7:00AM Live TV Interview with FNC Fox and Friends
> Steve Calk
> 7:00AM Live TV interview with CNN New Day

**GOVERNMENT EXHIBIT**
**655**
19 Cr. 366 (LGS)

Kayleigh McEnany and Michael Cohen

8:00AM
8:00AM Live TV Interview with CNBC Squawk box
Larry Kudlow

8:00AM Live TV Interview with CNN New Day
Sarah Huckabee and Steve Calk

9:00AM
9:00AM Live TV Interview with CNN Newsroom
Peter Navarro and Kayleigh McEnany

10:00AM
10:00 AM Live TV Interview with CNN Newsroom
Peter Navarro
10:00AM Live TV Interview with MSNBC w/ Thomas Roberts
Peter Navarro

11:00AM
11:00AM Live TV Interview with FNB Varney & Co.
Andy Puzder

11;00AM Live TV interview with CNN At this Hour
Joseph Borrelli
12:00PM
12:00PM Live TV Interview with FNB Varney & Co.
Steve Calk

12:00PM Live TV interview with CNN Legal View
Boris Epshteyn

1:00PM
1:00PM Live TV Interview with CNBC Power Lunch
Steve Calk – pending

<DJT AM Report - 8.12.16.docx>

CONFIDENTIAL - CONFIDENTIAL TREATMENT REQUESTED