UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                       :
UNITED STATES OF AMERICA                :
                                                                        :           19 Crim. 366 (LGS)
                     -against-                                      :
                                                                        :                <u>ORDER</u>
STEPHEN M. CALK,                            :
                                    Defendant.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, trial in this matter is currently underway.  It is hereby

       **ORDERED** that the parties shall appear for the final charging conference on **July 9, 2021, at 2:00 p.m.**, on the following conference line:  888-363-4749, access code: 5583333.

Dated: June 22, 2021
       New York, New York