UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
UNITED STATES OF AMERICA           :     **VERDICT SHEET**
:
        - v. -                      :
:     19 Crim. 366 (LGS)
STEPHEN M. CALK,                   :
:
                  Defendant.  :
----------------------------------------------------------x

All must agree:

**Financial Institution Bribery**

1. How do you find the defendant Stephen M. Calk with respect to the charge of financial institution bribery?

   Guilty ___✓___       Not Guilty _____

**Conspiracy to Commit Financial Institution Bribery**

2. How do you find the defendant Stephen M. Calk with respect to the charge of conspiracy to commit financial institution bribery?

   Guilty ___✓___       Not Guilty _____

**I attest that the foregoing accurately reflects the jury's decision.**

1. _[signature]_           7. _[signature]_
2. _Tara Ann McLaughlin_   8. _Karol A. Ryers_
3. _[signature]_           9. _William [signature]_
4. _Esther Romero_         10. _Yamilek Payano_
5. _Alex L._               11. _[signature]_
6. _[signature]_           12. _[signature]_

Date: July 13, 2021