# *United States v. Stephen Calk,* 19 Cr. 366 (LGS)
# Government Exhibit List

**Court Exhibit No. 5**

## 0 Series
### Loan Documents

| GX | Description |
|---|---|
| 1 | Bridgehampton loan executed documents |
| 2 | Bridgehampton loan credit approval memorandum |
| 3 | Brooklyn loan executed documents |
| 4 | Brooklyn loan credit approval memorandum |
| 5 | Brooklyn loan holding company participations |

## 50 Series
### Handwritten Notes

| GX | Description |
|---|---|
| 51-A | Dennis Raico Notebook |
| 51-A-1 | Scan of Dennis Raico Notebook, 51-A |
| 51-B | Dennis Raico Notebook |
| 51-B-1 | Scan of Dennis Raico Notebook, 51-B |
| 51-1 | Dennis Raico handwritten notes |
| 51-2 | Dennis Raico handwritten notes |
| 51-3 | Dennis Raico handwritten notes |
| 51-4 | Dennis Raico handwritten notes |
| 51-5 | Dennis Raico handwritten notes |

## 100 Series
### TFSB Emails

| GX | Description |
|---|---|
| 101 | Email from Robert Jones to Dennis Raico, April 12, 2016 |
| 102 | Email from Steve Calk to Jim Brennan, Javier Ubarri, and Jim Norini, April 26, 2016 |
| 103 | Calendar invite for event May 10, 2016 |
| 104 | Email from Steve Calk to Paul Manafort, May 11, 2016 |
| 105 | Calendar invite for event July 27, 2016 |
| 106 | Email from Dennis Raico to Elizabeth Cholakis and Steve Calk, July 27, 2016 |

| | |
|---|---|
| 107 | Email from Steve Calk to Javier Ubarri, Jim Norini, and Jim Brennan with attachments, July 28, 2016 |
| 108 | Email from Steve Calk to Dennis Raico, Javier Ubarri, Jim Brennan, and Thomas Horn, July 28, 2016 |
| 108-A | Email from Dennis Raico to Javier Ubarri, Jim Brennan, Steve Calk, and Thomas Horn, July 28, 2016 |
| 109 | Email from Jim Brennan to Dennis Raico with attachment, July 28, 2016 |
| 109-B | Email from Dennis Raico to Paul Manafort with attachment, July 29, 2016 |
| 110 | Email from Dennis Raico to Anna Ivakhnik, August 1, 2016 |
| 111 | Email from Paul Manafort to Dennis Raico, August 3, 2016 |
| 112 | Email from Dennis Raico to Paul Manafort, August 4, 2016 |
| 113 | Email from Paul Manafort to Steve Calk with attachment, August 4, 2016 |
| 114 | Email from Steve Calk to Paul Manafort, August 4, 2016 |
| 115 | Email from Rick Gates to Rick Gates, Paul Manafort, Steven Mnuchin, Dan Kowalski, Jason Miller, Bryan Lanza, Jared Kushner, and Stephen Miller with attachments, August 8, 2016 |
| 116 | Email from Anna Ivakhnik to Dennis Raico, August 8, 2016 |
| 117 | Email from Rick Gates to Steve Calk with attachments, August 8, 2016 |
| 118 | Email from Paul Manafort to Steve Calk, August 9, 2016 |
| 119 | Paul Manafort contact card |
| 120 | Email from Kellie Kennedy to Steve Calk and Eileen Rochford, August 9, 2016 |
| 121 | Email from Kellie Kennedy to Steve Calk and Eileen Rochford, August 9, 2016 |
| 121-A | Email from Steve Calk to Kellie Kennedy and Eileen Rochford, August 9, 2016 |
| 128 | Email from Paul Manafort to Anna Ivakhnik with attachment, August 15, 2016 |
| 131 | Email from Steve Calk to Bryan Lanza, August 21, 2016 |
| 136 | Email from Dennis Raico to Anna Ivakhnik, August 24, 2016 |
| 137 | Email from Anna Ivakhnik to Jeff Yohai, Dennis Raico, and Felix Katz, August 30, 2016 |
| 139 | Email from Anna Ivakhnik to Dennis Raico, September 1, 2016 |
| 140 | Email from Steve Calk to Jillian Rogers, Alexa Henning, and Scott Hogenson, September 3, 2016 |
| 141 | Email from Dennis Raico to Anna Ivakhnik with attachments, September 8, 2016 |
| 142 | Email from Anna Ivakhnik to Dennis Raico, September 8, 2016 |
| 143 | Email from Dennis Raico to Anna Ivakhnik, September 9, 2016 |
| 144 | Email from Jackie Katz to Javier Ubarri and Jim Norini, September 10, 2016 |
| 146 | Email from Thomas Horn to Javier Ubarri, Jim Norini, and Jim Brennan with attachments, September 13, 2016 |
| 147 | Email from Jim Brennan to Jim Norini and Javier Ubarri with attachments, September 14, 2016 |
| 149 | Email from Jim Brennan to Javier Ubarri and Jim Norini, September 14, 2016 |
| 150 | Email from Javier Ubarri to Dennis Raico, September 14, 2016 |
| 152 | Email from Jim Brennan to Javier Ubarri, September 20, 2016 |

| | |
|---|---|
| 154 | Email from Jim Brennan to Javier Ubarri, Jim Norini, and Thomas Horn with attachments, September 21, 2016 |
| 155 | Email from Jim Brennan to Javier Ubarri, Steve Calk, Thomas Horn, and Jim Norini, September 21, 2016 |
| 156 | Email from Javier Ubarri to Steve Calk and Dennis Raico, September 21, 2016 |
| 158 | Email from Jillian Rogers to Steve Calk, Bernard Banks, and Kellie Kennedy, September 23, 2016 |
| 159 | Email from Steve Calk to Paul Manafort, September 23, 2016 |
| 160 | Email from Jim Brennan to Anna Ivakhnik, September 23, 2016 |
| 161 | Email from Paul Manafort to Steve Calk, September 25, 2016 |
| 163 | Email from Dennis Raico to Steve Calk, September 26, 2016 |
| 164 | Calendar invite for event September 26, 2016 |
| 165 | Email from Dennis Raico to Sam Heskel, September 26, 2016 |
| 167 | Email from Dennis Raico to Jim Brennan, Javier Ubarri, and Robert Jones, September 26, 2016 |
| 169 | Email from Dennis Raico to Anna Ivakhnik, September 27, 2016 |
| 172 | Email from Jim Brennan to Anna Ivakhnik, September 27, 2016 |
| 173 | Email from Anna Ivakhnik to Jim Brennan, September 27, 2016 |
| 175 | Email from Jim Brennan to Dennis Raico and Thomas Horn with attachments, October 3, 2016 |
| 176 | Email from Dennis Raico to Paul Manafort, October 4, 2016 |
| 177 | Email from Dennis Raico to Javier Ubarri, October 5, 2016 |
| 181 | Email from Dennis Raico to Steve Calk, October 7, 2016 |
| 182 | Email from Steve Calk to Paul Manafort, October 7, 2016 |
| 184 | Email from Steve Calk to Jim Brennan, October 7, 2016 |
| 185 | Email from Dennis Raico to Paul Manafort, October 7, 2016 |
| 186 | Email from Paul Manafort to Steve Calk, October 8, 2016 |
| 186-B | Email from Steve Calk to Paul Manafort, October 11, 2016 |
| 187 | Email from Dennis Raico to Thomas Horn and Jim Brennan with attachment, October 11, 2016 |
| 188 | Email from Thomas Horn to Dennis Raico and Jim Brennan, October 11, 2016 |
| 189 | Email from Steve Calk to Paul Manafort with attachment, October 12, 2016 |
| 190 | Email from Paul Manafort to Steve Calk, October 12, 2016 |
| 191 | Email from Thomas Horn to Dennis Raico and Jim Brennan, October 12, 2016 |
| 193 | Email from Kellie Kennedy to Steve Calk, October 12, 2016 |
| 196 | Email from Steve Calk to Paul Manafort with attachments, October 13, 2016 |
| 197 | Email from Steve Calk to Javier Ubarri, October 13, 2016 |
| 198 | Email from Bruce Baldinger to Paul Manafort, Jeff Yohai, and Dennis Raico with attachments, October 14, 2016 |
| 200 | Email from Steve Calk to Jim Brennan, Javier Ubarri, Jim Norini, Angela Shelton, Thomas Horn, and Dennis Raico, October 19, 2016 |

| | |
|---|---|
| 201 | Email from Jim Brennan to Denins Raico and Thomas Horn, October 19, 2016 |
| 202 | Email from Javier Ubarri to Steve Calk with attachment, October 19, 2016 |
| 203 | Email from Javier Ubarri to Steve Calk, October 20, 2016 |
| 206 | Email from Dennis Raico to Javier Ubarri and Jim Brennan, October 21, 2016 |
| 207 | Email from Paul Manafort to Dennis Raico with attachment, October 21, 2016 |
| 208 | Email from Dennis Raico to Elizabeth Cholakis with attachment, October 21, 2016 |
| 209 | Email from Ann DiCola to Dennis Raico and Darin Judis, October 25, 2016 |
| 210 | Email from Dennis Raico to Vanessa Bartholomew with attachments, October 26, 2016 |
| 211 | Email from Paul Manafort to Dennis Raico, October 26, 2016 |
| 212 | Email from Vanessa Bartholomew to Dennis Raico with attachment, October 28, 2016 |
| 213 | Email from Steve Calk to Dennis Raico, October 29, 2016 |
| 215 | Email from Dennis Raico to Paul Manafort, Steve Calk, and Bruce Baldinger, October 31, 2016 |
| 216 | Email from Dennis Raico to Vanessa Bartholomew, October 31, 2016 |
| 217 | Email from Ann DiCola to Dennis Raico, November 1, 2016 |
| 218 | Email from Dennis Raico to Amanda Sparks, Vanessa Bartholomew, and Erin Devaney, November 1, 2016 |
| 219 | Email from Paul Manafort to Dennis Raico, Bruce Baldinger, Jeff Yohai, and Steve Calk, November 1, 2016 |
| 220 | Email from Dennis Raico to Nadlan Appraisals and Sam Heskel, November 4, 2016 |
| 222 | Email from Dennis Raico to Sam Heskel, November 6, 2016 |
| 223 | Email from Dennis Raico to Steve Calk, November 1, 2016 |
| 225 | Email from Dennis Raico to djudis@bofi.com, rmarquez@bofi.com, Dennis Raico, and Ann DiCola, November 8, 2016 |
| 226 | Email from Robert Wisnicki to Dennis Raico, November 9, 2016 |
| 227 | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Edward Heim, Andrew Knoph, and Robert Wisnicki, November 9, 2016 |
| 228 | Email from Kellie Kennedy to Steve Calk, November 9, 2016 |
| 229 | Email from Dennis Raico to Javier Ubarri and Steve Calk, November 10, 2016 |
| 230 | Email from Dennis Raico to Paul Manafort, November 10, 2016 |
| 230-A | Email from Matthew MacDonald to Dennis Raico, Javier Ubarri, Jim Brennan, Eric Buteyn, and Steve Calk with attachment, November 11, 2016 |
| 231 | Email from Matthew MacDonald to Javier Ubarri, November 11, 2016 |
| 231-A | Email from Javier Ubarri to Jim Brennan, Dennis Raico, Eric Buteyn, and Matthew Mcdonald |
| 231-B | Email from Javier Ubarri to Matthew Macdonald, November 11, 2016 |
| 233 | Email from Jim Brennan to Eric Buteyn, Matthew MacDonald, Ryan Galer, Javier Ubarri, and Dennis Raico with attachments, November 10, 2016 |
| 234 | Email from Javier Ubarri to Dennis Raico and Steve Calk with attachment, November 11, 2016 |

| | |
|---|---|
| 235 | Email from Dennis Raico to Paul Manafort, Steve Calk, and Bruce Baldinger, November 11, 2016 |
| 236 | Email from Steve Calk to Dennis Raico and Jim Brennan, November 11, 2016 |
| 237 | Email from Dennis Raico to Paul Manafort, bbaldinger@baldingerlaw.com, Steve Calk, and Dennis Raico with attachment, November 11, 2016 |
| 238 | Email from Bruce Baldinger to Dennis Raico and Paul Manafort, November 11, 2016 |
| 240 | Email from Steve Calk to Bonnie Sinnock, November 12, 2016 |
| 243 | Email from Steve Calk to Dennis Raico, November 13, 2016 |
| 244 | Email from Steve Calk to Paul Manafort with attachments, November 14, 2016 |
| 245 | Email from Steve Calk to Paul Manafort, November 14, 2016 |
| 245-A | Email from Paul Manafort to Steve Calk, November 14, 2016 |
| 245-B | Email from Steve Calk to Paul Manafort, November 14, 2016 |
| 245-C | Email from Paul Manafort to Steve Calk, November 14, 2016 |
| 248 | Email from Steve Calk to Jim Brennan, Javier Ubarri, and Dennis Raico with attachment, November 14, 2016 |
| 249 | Email from Jim Brennan to Robert Wisnicki, Dennis Raico, Angela Shelton, and Thomas Horn with attachment, November 14, 2016 |
| 252 | Email from Dennis Raico to Sam Heskel and Nadlan Appraisals, November 15, 2016 |
| 254 | Email from Steve Calk to Paul Manafort with attachments, November 16, 2016 |
| 256 | Email from Dennis Raico to Steve Calk, November 16, 2016 |
| 257 | Email from Steve Calk to Dennis Raico, November 18, 2016 |
| 259 | Email from Jim Brennan to Edward Heim, Dennis Raico, bbaldinger@baldingerlaw.com, Charles Brigante, Melissa Tousley, and Stacey Paglia-Marrero, November 18, 2016 |
| 260 | Email from Dennis Raico to Cody Weinberg and Sam Heskel, November 18, 2016 |
| 261 | Email from Steve Calk to Paul Manafort with attachments, November 19, 2016 |
| 263 | Email from Dennis Raico to Paul Manafort, November 20, 2016 |
| 264 | Email from John Day to Dennis Raico, Scott Sawyer, Jeff Yohai, and Keren Kogan, November 21, 2016 |
| 266 | Email from Steve Calk to Paul Manafort with attachment, November 25, 2016 |
| 268 | Email from Paul Manafort to Steve Calk, November 25, 2016 |
| 269 | Email from Steve Calk to George Gilmore with attachments, November 27, 2016 |
| 270 | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Paul Manafort, and Jeff Yohai, November 28, 2016 |
| 271 | Email from Dennis Raico to bbaldinger@baldingerlaw.com, Paul Manafort, and Jeff Yohai, November 28, 2016 |
| 272 | Email from Paul Manafort to Dennis Raico and Steve Calk, November 30, 2016 |
| 273 | Email from Dennis Raico to Amanda Sparks and Vanessa Bartholomew, December 1, 2016 |
| 274 | Email from Jim Mattis to Dell Dailey, Steve Calk, and Sally Donnelly, December 2, 2016 |

Case 1:19-cr-00366-LGS   Document 255-5   Filed 07/13/21   Page 6 of 14

| | |
|---|---|
| 275 | Email from Jim Mattis to Steve Calk, December 4, 2016 |
| 276 | Email from Paul Manafort to Dennis Raico, December 3, 2016 |
| 278 | Email from Steve Calk to Paul Manafort, December 7, 2016 |
| 279 | Email from Steve Calk to Dennis Raico, December 7, 2016 |
| 280 | Email from Paul Manafort to Dennis Raico, Steve Calk, Bruce Baldinger, Felix Katz, and Alan Fetzer with attachments, December 7, 2016 |
| 281 | Email from Steve Calk to Paul Manafort, Dennis Raico, and Steve Calk, December 7, 2016 |
| 282 | Email from Steve Calk to Dennis Raico, December 8, 2016 |
| 283 | Email from Steve Calk to greg.garrabrants@bofifederalbank.com, December 8, 2016 |
| 284 | Email from Dennis Raico to Elizabeth Cholakis, December 9, 2016 |
| 285 | Email from James Brennan to jubarri@tfsbcuca01.cbc.local with native attachment, December 9, 2016 |
| 285-1 | Native attachment from GX 285 |
| 286 | Email from Jim Brennan to Dennis Raico with attachment, December 9, 2016 |
| 286-A | Email from Steve Calk to Chuck Smith, December 11, 2016 |
| 288 | Email from Steve Calk to steve@arc-ent.com with attachments, December 14, 2016 |
| 289 | Email from Jim Brennan to Dennis Raico, December 14, 2016 |
| 290 | Email from Steve Calk to Chuck Smith, Javier Ubarri, and John Calk, December 16, 2016 |
| 291-A | Email from Steve Calk to Richard Porter, December 19, 2016 |
| 293 | Email from Steve Calk to Chuck Smith, Javier Ubarri, and John Calk, December 20, 2016 |
| 295 | Email from Steve Calk to Bruce Baldinger, Dennis Raico, and Paul Manafort, December 21, 2016 |
| 296 | Email from Javier Ubarri to Jim Norini, Jim Brennan, and Steve Calk with attachment, December 22, 2016 |
| 297 | Email from Dennis Raico to Paul Manafort, Bruce Baldinger, and Steve Calk with attachment, December 22, 2016 |
| 298 | Email from Steve Calk to Dennis Raico, December 22, 2016 |
| 299 | Email from Steve Calk to Paul Manafort, Javier Ubarri, Jim Brennan, Dennis Raico, and Steve Calk with attachment, December 22, 2016 |
| 300 | Email from Steve Calk to Paul Manafort, Dennis Raico, Javier Ubarri, and Steve Calk with attachment, December 23, 2016 |
| 300-A | Email from Steve Calk to Dennis Raico, Bruce Baldinger, and Paul Manafort, with attachment, February 23, 2016 |
| 302 | Email from Steve Calk to Paul Manafort, December 23, 2016 |
| 302-A | Email from Paul Manafort to Steve Calk, December 23, 2016 |
| 302-B | Email from Steve Calk to Paul Manafort, December 23, 2016 |
| 304 | Calendar event December 23, 2016 |
| 305 | Email from Steve Calk to Dennis Raico, December 23, 2016 |

| | |
|---|---|
| 306 | Email from Jim Brennan to Angela Shelton, Rafael Nieves, and Thomas Horn, December 23, 2016 |
| 307 | Email from Steve Calk to Paul Manafort and Steve Calk, December 23, 2016 |
| 308 | Email from Jackie Katz to Steve Calk, December 23, 2016 |
| 309 | Email from Dennis Raico to Thomas Horn and Jim Brennan, December 28, 2016 |
| 310 | Email from Dennis Raico to Thomas Horn and Jim Brennan, December 27, 2016 |
| 311 | Email from Thomas Horn to Dennis Raico and Jim Brennan, December 30, 2016 |
| 312 | Email from Jim Brennan to Robert Wisnicki and Dennis Raico, January 3, 2017 |
| 314 | Email from Steve Calk to Anthony Scaramucci with attachment, January 3, 2017 |
| 315 | Email from Darin Judis to Dennis Raico and Ann DiCola, January 4, 2017 |
| 316 | Email from Heather Washkuhn to Dennis Raico and Cindy Laporta with attachment, January 4, 2017 |
| 316-A | Email from Jim Brennan to Dennis Raico and Robert Wisnicki, January 4, 2017 |
| 317 | Email from Jim Brennan to John Calk, Steve Calk, Javier Ubarri, Jim Norini, and Dan Semenak with attachments, January 5, 2017 |
| 318 | Email from Jim Brennan to Steve Calk, January 6, 2017 |
| 319 | Email from Steve Calk to Javier Ubarri, January 6, 2017 |
| 320 | Email from Anthony Scaramucci to Steve Calk, January 9, 2017 |
| 321 | Email from Campbell Burr to Steve Calk with attachment, January 9, 2017 |
| 322 | Email from Steve Calk to Campbell Burr with attachments, January 9, 2017 |
| 323 | Email from Steve Calk to Campbell Burr with attachments, January 10, 2017 |
| 324 | Email from Steve Calk to Paul Manafort with attachment, January 10, 2017 |
| 325 | Email from Robert Wisnicki to Dennis Raico, January 10, 2017 |
| 326 | Email from Jim Brennan to Robert Wisnicki and Dennis Raico, January 10, 2017 |
| 327 | Email from Robert Wisnicki to Jim Brennan and Dennis Raico with attachment, January 10, 2017 |
| 330 | Email from Steve Calk to john@johnsweeney.org, January 10, 2017 |
| 332 | Email from Steve Calk to Anthony Scaramucci, January 16, 2017 |
| 333 | Email from Michael Sasso to Dennis Raico, bbaldinger@baldingerlaw.com, Robert Wisnicki, and Vanessa Robins with attachment, January 17, 2017 |
| 334 | Email from Steve Calk to Nicholas Bugajski, January 31, 2017 |
| 335 | Email from Steve Calk to Martin Silverstein, February 4, 2017 |
| 336 | Email from Steve Calk to John Sweeney, February 4, 2017 |
| 337 | Email from Steve Calk to Ira Greenstein, February 6, 2017 |
| 341 | Email from Javier Ubarri to Steve Calk, February 25, 2017 |
| 345 | Email from Jim Brennan to Steve Calk with attachment, March 23, 2017 |
| 348 | Email from Jim Norini to Steve Calk, March 29, 2017 |
| 349 | Email from Steve Calk to Jack Gongaware, Jim Norini, Kevin Peters, and Nancy Chelovich, March 31, 2017 |
| 359 | Email from Jim Brennan to Catherine Aguirre, December 13, 2017 |

| GX | Description |
|---|---|
| 360-A | Email from MAGA Messaging to Jason Miller, Rick Gates, Hope Hicks, and Bryan Lanza, August 16, 2016 |
| 360-B | Email from MAGA Messaging to Rick Gates, Jason Miller, Bryan Lanza, and Hope Hicks, August 18, 2016 |
| 360-C | Email from MAGA Messaging to Rick Gates, Jason Miller, Bryan Lanza, and Hope Hicks, August 19, 2016 |
| 360-D | Email from MAGA Messaging to Hope Hicks, Jason Miller, and Bryan Lanza, August 19, 2016 |

## 450 Series
### TFSB Policies and Organizational Documents

| GX | Description |
|---|---|
| 451-A | TFSB Minutes of Board of Directors Meeting, June 23, 2011 |
| 451-B | TFSB Minutes of Board of Directors Meeting, September 20, 2012 |
| 451-C | TFSB Minutes of Board of Directors Meeting, August 27, 2013 |
| 451-D | TFSB Minutes of Board of Directors Meeting, May 22, 2014 |
| 451-E | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved May 21, 2015 |
| 451-F | TFSB Minutes of Board of Directors Meeting, May 21, 2015 |
| 451-G | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved April 21, 2016 (with tracked changes) |
| 451-H | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved April 21, 2016 |
| 451-I | TFSB Minutes of Board of Directors Meeting, April 21, 2016 |
| 451-J | TFSB Minutes of Board of Directors Meeting, November 16, 2016 |
| 451-K | TFSB Minutes of Board of Directors Meeting, December 14, 2016 |
| 451-L | TFSB Minutes of Board of Directors Meeting, January 26, 2017 |
| 451-M | TFSB Minutes of Board of Directors Meeting, February 16, 2017 |
| 451-N | TFSB Minutes of Board of Directors Meeting, March 16, 2017 |
| 451-R | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved August 24, 2017 |
| 451-T | TFSB Bank Bribery Act/Conflicts of Interest Policy, Re-Approved August 16, 2018 |
| 452 | TFSB Loan Policy, Board Approved January 13, 2016 |
| 453 | TFSB Consent of the Sole Stockholder, Effective April 6, 2016 |
| 454 | NBHI Capital Structure |
| 455 | Federal Savings Bank Employee Roster, April 20, 2017 |

## 500 Series
### Calk iPhone

| GX | Description |
|---|---|
| 501-1 | Page from Calk iPhone extraction report |
| 501-2 | Page from Calk iPhone extraction report |
| 501-3 | Page from Calk iPhone extraction report |

| 501-4 | Page from Calk iPhone extraction report |
|---|---|

## 550 Series

### Manafort Documents

| GX | Description |
|---|---|
| 551 | Email from Steve Calk to Paul Manafort with attachments, August 4, 2016 |
| 562 | Email from Paul Manafort to Jared Kushner with attachments, November 30, 2016 |
| 566 | Email from Paul Manafort to Rick Gates with attachment, December 23, 2016 |
| 567 | Contact information for Anthony Scaramucci |

## 600 Series

### PTT Documents

| GX | Description |
|---|---|
| 601 | Email from John Rader to Referrals, December 1, 2016 |
| 601-A | PTT Wave 2 document, December 13, 2016 |
| 602 | PTT spreadsheet entry |
| 609 | Anthony Scaramucci texts with Stephen Calk, December 30, 2016 through March 20, 2017 |
| 610 | Anthony Scaramucci texts with Paul Manafort, November 15, 2016 through December 27, 2016 |
| 611 | Anthony Scaramucci texts with Paul Manafort, November 15, 2016 through December 26, 2016 |
| 612 | Anthony Scaramucci texts with Paul Manafort, January 4, 2016, through January 5, 2017 |
| 613 | Email from Campbell Burr to Abe Goldschmidt, January 24, 2017 |
| 614 | PTT spreadsheet entry |
| 615 | PTT spreadsheet entry |

## 650 Series

### DJTFP Documents

| GX | Description |
|---|---|
| 651 | Email from Paul Manafort to Jason Roys with attachment, July 27, 2016 |
| 652 | Email from Paul Manafort to Jason Roys with attachment, August 3, 2016 |
| 654 | Email from Paul Manafort to Steven Mnuchin, August 5, 2016 |
| 655 | Email from Jeff Yohai to Paul Manafort, August 12, 2016 |

## 700 Series

### OCC Documents

| GX | Description |
|---|---|
| 701 | OCC bulletin enclosing OCC Comptroller's Handbook chapter on Insider Activities |
| 702 | OCC Comptroller's Handbook chapter on Insider Activities |
| 704 | OCC Comptroller's Handbook chapter on Commercial Real Estate Lending |

| | |
|---|---|
| 719 | OCC Bulletin, August 20, 2013 |
| **800 Series** ||
| *Prior Loan Documents* ||
| **GX** | **Description** |
| 801 | Genesis Capital 377 Union Street loan documents |
| 802 | Email from Jim Brennan to Thomas Horn and Dennis Raico with attachment (MC Brooklyn Holdings operating agreement), December 28, 2016 |
| 803 | Genesis Capital 2401 Nottingham Avenue loan documents |
| 804 | 2401 Nottingham LLC operating agreement |
| 805 | Baylor Holding LLC operating agreement |
| 806 | Email from Yvonne Gruenberg to Bruce Baldinger, Donna Grissom, Shawn Bellau, Jeff Yohai, steven@cziklaw.com, and pmanafort@dmpint.com with attachments (Genesis Capital 779 Stradella Road loan documents), March 15, 2016 |
| 807 | 779 Stradella LLC operating agreement |
| 808 | Genesis Capital 1550 Blue Jay Way loan documents |
| 809 | Genesis Capital 1550 Blue Jay Way LLC entity documents |
| 810 | Genesis Capital 2521 Nottingham Avenue loan documents |
| 811 | Mt Yohai LLC operating agreement |
| 812 | Email from Keren Kogan to jeff.y@marin-mgmt.com, John Day, Robert Wasmund, and Mitch Solow with attachments (Genesis Capital notices of default), July 1, 2016 |
| **850 Series** ||
| *Travel Documents* ||
| **GX** | **Description** |
| 851 | Steve Calk's Four Seasons NY bill, Janruary 9 through 10, 2017 |
| 852 | Steve Calk's Four Seasons NY signed, registration card, January 9 through 10, 2017 |
| 853 | American Airlines Records, January 9 through 10, 2017 |
| 854 | Citibank Statement, February 3, 2017 |
| **900 Series** ||
| *Phone Documents* ||
| **GX** | **Description** |
| 901-1 | AT&T records |
| 901-A-1 | Excerpts from AT&T records |
| 901-A-2 | Excerpts from AT&T records |
| 901-A-3 | Excerpts from AT&T records |
| 901-A-4 | Excerpts from AT&T records |
| 901-A-5 | Excerpts from AT&T records |
| 901-A-6 | Excerpts from AT&T records |

| | |
|---|---|
| 901-A-7 | Excerpts from AT&T records |
| 901-A-8 | Excerpts from AT&T records |
| 901-A-9 | Excerpts from AT&T records |
| 901-A-10 | Excerpts from AT&T records |
| 901-A-11 | Excerpts from AT&T records |
| 901-A-12 | Excerpts from AT&T records |
| 901-A-13 | Excerpts from AT&T records |
| 901-A-14 | Excerpts from AT&T records |
| 901-A-15 | Excerpts from AT&T records |
| 901-A-16 | Excerpts from AT&T records |
| 901-A-17 | Excerpts from AT&T records |
| 901-A-18 | Excerpts from AT&T records |
| 901-A-19 | Excerpts from AT&T records |
| 901-A-20 | Excerpts from AT&T records |
| 901-A-21 | Excerpts from AT&T records |
| 901-A-22 | Excerpts from AT&T records |
| 901-A-23 | Excerpts from AT&T records |
| 901-A-24 | Excerpts from AT&T records |
| 901-A-25 | Excerpts from AT&T records |
| 901-A-26 | Excerpts from AT&T records |
| 901-A-27 | Excerpts from AT&T records |
| 901-A-35 | Excerpts from AT&T records |
| 901-A-36 | Excerpts from AT&T records |
| 901-A-37 | Excerpts from AT&T records |
| 901-A-38 | Excerpts from AT&T records |
| 901-A-39 | Excerpts from AT&T records |
| 901-A-40 | Excerpts from AT&T records |
| 901-A-41 | Excerpts from AT&T records |
| 901-A-42 | Excerpts from AT&T records |
| 901-A-43 | Excerpts from AT&T records |
| 901-A-44 | Excerpts from AT&T records |
| 901-A-45 | Excerpts from AT&T records |
| 901-A-46 | Excerpts from AT&T records |
| 901-A-47 | Excerpts from AT&T records |
| 901-A-48 | Excerpts from AT&T records |
| 901-A-49 | Excerpts from AT&T records |
| 901-2 | AT&T records |

| | |
|---|---|
| 901-4 | AT&T records |
| 901-5 | AT&T records |
| 901-7 | AT&T records |
| 902 | Netrix records |
| 903-5 | Verizon records |
| 903-6 | Verizon records |
| 903-7 | Verizon records |
| 903-11 | Verizon records |
| 903-12 | Verizon records |
| 903-11-A-1 | Excerpts from Verizon records |
| 903-27 | Verizon records |
| **950 Series** | |
| Gates Documents | |
| **GX** | **Description** |
| 951 | Email from Paul Manafort to Rick Gates, August 4, 2016 |
| 953 | Email from Lisa Wagner to Rick Gates, Sarah Robinson, and Eli Miller, September 28, 2016 |
| 954 | Email from Paul Manafort to Rick Gates, September 20, 2016 |
| 955 | Email from Paul Manafort to Rick Gates, October 12, 2016 |
| 957 | Email from Paul Manafort to Rick Gates, November 20, 2016 |
| 958 | Email from Paul Manafort to Rick Gates, November 24, 2016 |
| 959 | Email from Jason Miller to Team Press, Steven Miller, Rick Gates, and Bryan Lanza with attachment, August 4, 2016 |
| **1000 Series** | |
| Public Source Documents | |
| **GX** | **Description** |
| 1009 | Genesis Capital Master Fund II v. MC Brooklyn Holdings et al., Summons and Verified Complaint |
| 1010 | Genesis Capital Master Fund II v. MC Brooklyn Holdings et al., Affadavit of Service |
| 1011 | FEC records regarding Calk donations |
| 1012 | Genesis Capital Master Fund II v. MC Brooklyn Holdings et al., Affirmation Discontinuing Action |
| **1100 Series** | |
| DOD Documents | |
| **GX** | **Description** |
| 1102 | Stephen Calk military records |
| **1150 Series** | |
| Yohai Documents | |
| **GX** | **Description** |
| 1152 | Email from Paul Manafort to bbaldinger@baldingerlaw.com and Jeff Yohai, November 9, 2016 |

## 1200 Series
### Photos

| GX | Description |
|---|---|
| 1201 | Photo of Stephen Calk |
| 1202 | Photo of Paul Manafort |
| 1203 | Photo of 120 Broadway |
| 1204 | Photo of 174 Jobs Lane |
| 1205 | Photo of 377 Union Street |
| 1206 | Photo of 601 N Fairfax |
| 1207 | Photo of 2401 Nottingham |
| 1208 | Photo of Anna Ivakhnik |
| 1209 | Photo of Anthony Scaramucci |
| 1210 | Photo of James Norini |
| 1211 | Photo of Jared Kushner |
| 1212 | Photo of Javier Ubarri |
| 1213 | Photo of Jeffrey Yohai |
| 1214 | Photo of Michael's Restaurant |
| 1215 | Photo of Rick Gates |
| 1216 | Photo of TFSB, Chicago, IL |
| 1217 | Photo of Trump Tower, New York, NY |
| 1218 | Photo of Dennis Raico |
| 1219 | Photo of James Brennan |
| 1220 | Photo of Thomas Horn |

## 1250 Series
### Red Curve Documents

| GX | Description |
|---|---|
| 1251 | Donald J. Trump for President, Inc. donation record, November 9, 2016 |

## 1300 Series
### Immunity Orders

| GX | Description |
|---|---|
| 1302 | Dennis Raico Immunity Order, June 16, 2021 |
| 1305 | James Brennan Immunity Order |

## 1500 Series
### Banks Documents

| GX | Description |
|---|---|
| 1507 | Email from Steve Calk to Bernard Banks, March 16, 2017 |
| 1508 | Email from Steve Calk to Bernard Banks, Februrary 10, 2017 |

| | 1600 Series |
|---|---|
| | USAO Documents |
| **GX** | **Description** |
| 1601 | Email from Corey Rubenstein to Paul Monteleoni, Jeremy Margolis, Joe Duffy, and Sarah Kunzendorf with attachment, November 27, 2017 |
| | **2100 Series** |
| | Summary Charts |
| **GX** | **Description** |
| 2101 | Government Summary Exhibit: Summary slides |
| 2102 | Government Summary Exhibit: Calk-Raico phone chart |
| 2103 | Government Summary Exhibit: Calk-Manafort-Scaramucci phone chart |
| 2109 | Government Summary Exhibit: Event chart, July 27-August 9, 2016 |
| 2110 | Government Summary Exhibit: Event chart, November 1-14, 2016 |
| 2111 | Government Summary Exhibit: Event chart, December 21-23, 2016 |
| | **2200 Series** |
| | Stipulations |
| **GX** | **Description** |
| 2201 | TFSB NBHI Stipulation, June 15, 2021 |
| 2202 | Genesis Stipulation, June 12, 2021 |
| 2203 | Rackspace Stipulation June 12, 2021 |
| 2204 | Google Stipulation, June 12, 2021 |
| 2205 | Phone Stipulation, June 15, 2021 |
| 2206 | Extraction Stipulation, June 12, 2021 |
| 2207 | DOD Stipulation June 12, 2021 |
| 2208 | OCC Stipulation June 12, 2021 |
| 2209 | Travel Records Stipulation June 12, 2021 |
| 2210 | Photos Stipulation June 12, 2021 |
| 2211 | Red Curve Testimonial Stipulation June 12, 2021 |
| 2212 | FEC Limit Stipulation, June 15, 2021 |
| 2216 | UTC Stipulation June 12, 2021 |
| 2217 | Military Service Experience Stipulation, July 7, 2021 |