*United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)
Defense Exhibit List

**Court Exhibit No. 6**

| Defense Exhibit | Attachments | Description |
|---|---|---|
| | | DX-10 Series – Credit Committee Materials |
| DX-10 | | Credit Committee Materials, August 16, 2016 |
| DX-11 | | Credit Committee Materials, November 14, 2016 |
| DX-12 | | Credit Committee Materials, December 13, 2016 |
| DX-13 | | Credit Committee Materials, September 14, 2016 |
| DX-14 | | Credit Committee Materials, October 18, 2016 |
| DX-15 | | Credit Committee Materials, July 14, 2016 |
| DX-16 | | Credit Committee Materials, April 20, 2017 |
| DX-17 | | Credit Committee Materials, February 28, 2017 |
| DX-18 | | Credit Committee Materials, January 19, 2017 |
| | | DX-50 Series – Miscellaneous |
| DX-51 | | Defense Summary Chart: Phone Records December 24, 2016 - January 3, 2017 |
| | | DX-100 Series – The Federal Savings Bank Documents |
| DX-100 | | Email from Calk to Various, August 9, 2016 |
| DX-101 | | Email from Calk to colbbb@gmail.com, August 9, 2016 |
| DX-104 | | Email Chain Raico, Calk, Ubarri, Brennan, Norini, July 28, 2016 |
| DX-105 | | Email from Jones to Calk, Calk, Chojnowski, Husarsky, Smith, Wells, Semenak, Crossett, Miller, August 11, 2016 |
| DX-106 | | Email Chain Brennan Raico, Ubarri, Norini, Horn, Calk, October 7, 2016 |
| DX-107 | | Email Chain Brennan, Calk, Ubarri, Raico, November 14, 2016 |
| DX-108 | | Email Chain Brennan, Raico, Calk, Ubarri, November 14, 2016 |
| DX-109 | | Email Chain Brennan, Calk, Ubarri, Raico, Norini, November 14, 2016 |
| DX-110 | | Email Chain Manafort, Raico, Baldinger, Calk, November 14, 2016 |
| DX-116 | | Email Chain Raico, Horn, Brennan, December 28, 2016 |
| DX-118 | | Email Chain Raico, Horn, Brennan, January 6, 2017 |
| DX-120 | | Email from Nadlan Valuation Inc, October 13, 2016 |
| DX-121 | DX-121-A; DX-121-B; DX-121-C; DX-121-D; DX-121-E; DX-121-F | Email Chain Ivakhnik, Horn, Raico, attachments, August 11, 2016 |
| DX-122 | DX-122-A; DX-122-B | Email Chain Ivakhnik, Horn, Raico, attachments, August 16, 2016 |
| DX-123 | | Email from Nadlan Valuation Inc., November 9, 2016 |
| DX-124 | | Email from Nadlan Valuation Inc., November 10, 2016 |
| DX-125 | DX-125-A; DX-125-B; DX-125-C; DX-125-D; DX-125-E | Email Chain Brennan, Jacobsen, Wisnicki, Horn, Shelton, Ivakhnik, Raico, attachments, August 26, 2016 |
| DX-127 | | Email from Brennan to Shelton, Ivakhnik, Horn, Zidell, Wisnicki, September 23, 2016 |
| DX-128 | | Email from Nadlan Valuation Inc., September 26, 2016 |
| DX-130 | | Email Chain Ivakhnik, Yohai, Raico, Katz, August 30, 2016 |
| DX-131 | | Email Chain Ivakhnik, Raico, August 30, 2016 |
| DX-132 | | Email Chain Ivakhnik, Horn, Raico, September 26, 2016 |
| DX-133 | | Email from Raico to Jones, April 15, 2016 |
| DX-141 | DX-141-A | Email Chain Raico, Bartholomew, Jones, attachment, October 28, 2016 |

*United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)
Defense Exhibit List

| Defense Exhibit | Attachments | Description |
|---|---|---|
| DX-142 | | Email Chain Raico, Bartholomew, DiCola, Jones, November 16, 2016 |
| DX-143 | | Email Chain Jones, Bartholomew, Raico, November 8, 2016 |
| DX-144 | | Email Chain Jones, Raico, November 22, 2016 |
| DX-146 | DX-146-A | Email from Raico to Calk, Ubarri, Brennan, Norini, attachment, July 28, 2016 |
| DX-147 | | Email from Manafort to Raico, July 29, 2016 |
| DX-148 | DX-148-A | Email Chain Raico, Manafort, attachment, July 29, 2016 |
| DX-149 | DX-149-A | Email from Ivakhnik to Raico, attachment, August 4, 2016 |
| DX-151 | | Email Chain Ubarri, Raico, Brennan, Horn, August 10, 2016 |
| DX-152 | | Email from Raico to Jones, August 11, 2016 |
| DX-154 | | Email from Raico to Calk, November 3, 2016 |
| DX-155 | DX-155-A | Email from Raico to Manafort, Baldinger, Calk, attachment, November 11, 2016 |
| DX-156 | | Email Chain Brennan, Raico, September 8, 2016 |
| DX-157 | DX-157-A; DX-157-B | Email Chain Katz, Raico, attachment, September 18, 2016 |
| DX-158 | DX-158-A | Email Chain Heskel, Raico, attachment, September 21, 2016 |
| DX-159 | | Email from Raico to Brennan, Horn, Ubarri, October 5, 2016 |
| DX-160 | | Email from Nadlan Valuation Inc., October 6, 2016 |
| DX-161 | DX-161-A; DX-161-B | Email from Raico to Cholakis, attachments, October 21, 2016 |
| DX-162 | DX-162-A; DX-162-B | Email Chain Horn, Raico, Brennan, attachments, October 26, 2016 |
| DX-164 | DX-164-A; DX-164-B | Email Chain Katz, Raico, attachments, October 27, 2016 |
| DX-166 | | Email Chain Sparks, Raico, November 2, 2016 |
| DX-167 | DX-167-A; DX-167-B; DX-167-C; DX-167-D | Email from Nadlan Valuation Inc., attachments, November 4, 2016 |
| DX-168 | | Email Chain Marquez, Raico, DiCola, November 7, 2016 |
| DX-169 | | Email Chain DiCola, Raico, Marquez, November 8, 2016 |
| DX-171 | DX-171-A; DX-171-B; DX-171-C | Email Chain Raico, Cholakis, attachments, November 11, 2016 |
| DX-172 | | Email from Baldinger to Raico, November 12, 2016 |
| DX-173 | DX-173-A | Email Chain Sparks, Bartholomew, Raico, attachment, November 15, 2016 |
| DX-175 | | Email Chain Brennan, Raico, Shelton, November 16, 2016 |
| DX-176 | | Email Chain Weinberg, Raico, Heskel, November 16, 2016 |
| DX-177 | | Email Chain Weinberg, Raico, Cholakis, Heskel, November 16, 2016 |
| DX-179 | DX-179-A | Email from Horn to Brennan, Raico, attachment, November 30, 2016 |
| DX-180 | | Email Chain DiCola, Raico, Judis, December 6, 2016 |
| DX-181 | DX-181-A | Email from Raico to Brennan, attachment, December 7, 2016 |
| DX-183 | DX-183-A | Email Chain Sparks, Raico, Bartholomew, attachment, December 13, 2016 |
| DX-184 | DX-184-A | Email Chain DiCola, Smith, Raico, attachment, December 13, 2016 |
| DX-185 | DX-185-A; DX-185-B | Email Chain DiCola, Raico, attachments, December 16, 2016 |
| DX-186 | DX-186-A; DX-186-B | Email from Cholakis to Raico, attachments, December 21, 2016 |

*United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)
Defense Exhibit List

| Defense Exhibit | Attachments | Description |
|---|---|---|
| DX-187 | | Email Chain Brennan, Wisnicki, Raico, January 5, 2017 |
| DX-191 | DX-191-A; DX-191-B | Email Chain Raico, Yohai, attachments, September 7, 2016 |
| DX-192 | DX-192-A; DX-192-B | Email Chain Raico, Brennan, attachments, September 21, 2016 |
| DX-193 | DX-193-A | Email Chain Raico, Brennan, Horn, attachment, October 5, 2016 |
| DX-199 | | Email Chain Raico, Cholakis, October 21, 2016 |
| DX-200 | DX-200-A | Email Chain Raico, Ubarri, Brennan, Buteyn, MacDonald, attachment, November 10, 2016 |
| DX-201 | | Email Chain Raico, Brennan, Horn, November 14, 2016 |
| DX-203 | | Email Chain Raico, Cholakis, November 16, 2016 |
| DX-204 | | Email Chain Raico, Sparks, Bartholomew, November 16, 2016 |
| DX-205 | DX-205-A | Email Chain Raico, DiCola, Bartholomew, attachment, November 21, 2016 |
| DX-207 | | Email Chain Raico, Wisnicki, Brennan, October 27, 2016 |
| DX-208 | DX-208-A; DX-208-B; DX-208-C; DX-208-D | Email from Raico to Brennan, Ubarri, Calk, Jones, attachments, April 21, 2016 |
| DX-210 | | Email Chain Raico, Ubarri, April 20, 2016 |
| DX-212 | DX-212-A | Email from Cisco Unity Connection to Ubarri, attachment, November 10, 2016 |
| DX-217 | DX-217-A; DX-217-B; DX-217-C | Email Chain Brennan, Semenak, attachments, June 9, 2017 |
| DX-221 | | Uniform Residential Loan Application |
| DX-222 | | Email Chain Calk, Dailey, December 2, 2016 |
| DX-223 | | Email Chain Calk, Smith, December 8, 2016 |
| DX-224 | DX-224-A; DX-224-B | Email Chain Calk, Dailey, attachments, December 11, 2016 |
| DX-225 | | Email Chain Smith, Calk, November 26, 2016 |
| DX-226 | DX-226-A; DX-226-B | Email Chain Calk, Gallagher, attachments, November 27, 2016 |
| DX-227 | | Email Chain Gilmore, Calk, November 27, 2016 |
| DX-228 | | Email Chain Dailey, Mattis, Calk, Donnelly, December 2, 2016 |
| DX-229 | | Email Chain Dailey, Calk, December 11, 2016 |
| DX-230 | | Email Chain Calk, Smith, November 26, 2016 |
| DX-231 | | Email Chain Calk, McCarthy, November 26, 2016 |
| DX-232 | DX-232-A; DX-232-B | Email from Calk to steve@arc-ent.com, attachments, December 19, 2016 |
| DX-233 | DX-233-A; DX-233-B; DX-233-C; DX-233-D; DX-233-E; DX-233-F | Email from Calk to Bannon, attachments, December 27, 2016 |
| DX-234 | | Email Chain Calk, silvermang@gtlaw.com, January 9, 2017 |
| DX-237 | | Email Chain Calk, Donnelly, December 8, 2016 |
| DX-239 | DX-239-A | Email from Banks to Calk, attachment, November 15, 2016 |
| DX-240 | DX-240-A | Email from Banks to Calk, attachment, November 15, 2016 |

*United States v. Stephen M. Calk*, 19 Cr. 366 (LGS)
Defense Exhibit List

| Defense Exhibit | Attachments | Description |
|---|---|---|
| DX-241 | DX-241-A; DX-241-B; DX-241-C | Email from Calk to Rigby, attachments, November 27, 2016 |
| DX-242 | DX-242-A | Email Chain Banks, Calk, attachment, January 9, 2017 |
| DX-245 | | Email Chain Calk, Scaramucci, December 22, 2016 |
| DX-246 | DX-246-A; DX-246-B; DX-246-C | Email from Calk to Scaramucci, attachments, December 27, 2016 |
| DX-247 | | Email Chain Calk, Scaramucci, December 29, 2016 |
| DX-248 | | Email from Banks to Calk, February 5, 2017 |
| DX-249 | DX-249-A; DX-249-B | Email Chain Calk, Scaramucci, attachments, December 28, 2016 |
| DX-250 | DX-250-A | Email Chain Brennan, Ubarri, Calk, attachment, April 28, 2016 |
| DX-251 | DX-251-A | Email from Ubarri to Calk, Brennan, Norini, attachment, December 22, 2016 |
| DX-252 | | Credit Committee Materials, May 23, 2016 |
| DX-706 | DX-706-A; DX-706-B | Email Chain Zidell, Brennan, Raico, attachments, September 8, 2016 |
| DX-811 | | Email Chain Yohai, Katz, Raico, Manafort, Ivakhnik, September 19, 2016 |
| DX-814 | | Email Chain Ivakhnik, Raico, September 8, 2016 |
| DX-818 | | Email Chain Ubarri, Calk, Raico, September 21, 2016 |
| DX-831 | DX-831-A | Email Chain Bachman, Raico, attachment, October 15, 2016 |
| DX-840 | DX-840-A | Email from Raico to Bachman, attachment, October 27, 2016 |
| DX-857 | DX-857-A | Email from Raico to Bachman, attachment, October 28, 2016 |
| DX-862 | DX-862-A | Email from Raico to Bachman, attachment, October 31, 2016 |
| DX-891 | | Email Chain Cholakis, Raico, December 9, 2016 |
| DX-940 | | The Federal Savings Bank Minutes of the Regular Meeting of the Board of Directors, September 20, 2016 |
| DX-974 | | Email Chain Bachman, Raico, Bachman, October 25, 2016 |
| DX-978 | | Email Chain Bachman, Raico, October 30, 2016 |
| DX-979 | | Email Chain Bachman, Raico, October 31, 2016 |
| DX-980 | | Email Chain Bachman, Raico, Bachman, November 3, 2016 |
| DX-981 | | Email Chain Raico, Yohai, Katz, November 4, 2016 |
| DX-1000-05 | | Raico notebook excerpt |
| DX-1000-10 | | Raico notebook excerpt |
| DX-1000-13 | | Raico notebook excerpt |
| DX-1000-16 | | Raico notebook excerpt |
| DX-1000-17 | | Raico notebook excerpt |
| DX-1000-18 | | Raico notebook excerpt |
| DX-1000-19 | | Raico notebook excerpt |
| DX-1000-21 | | Raico notebook excerpt |
| DX-1034 | | PTT Spreadsheet |
| DX-1068 | | Photograph |
| DX-1071 | | Email from Calk to Banks, Rigby, Harris, John Calk, April 10, 2017 |