UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                    -against-

    STEPHEN CALK,
                                          Defendant,
------------------------------------------------------------ X

19 Cr. 366 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that sentencing currently scheduled for January 10, 2022, at 11:00 a.m., is adjourned to **February 7, 2022, at 4:30 p.m.** due to a conflict in the Court's calendar.

Dated: November 10, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**