

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 7, 2021

**BY ECF**

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 290.

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: December 7, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *United States* v. *Stephen M. Calk*, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

The Government writes to respectfully request that its date to file a sentencing submission, which is currently December 13, 2021, be extended by nine days, until December 22.  Counsel for the defendant consents to this request.

Sentencing in this matter is scheduled for February 7, 2022.  (Dkt. 288).  On December 6, 2021, the defendant filed its sentencing submission, the publicly filed version of which comprises 293 pages including attachments.  (Dkt. 293).  The current schedule gives the Government one week to respond.  In order to allow it to provide a sentencing submission that is helpful to the Court, the Government respectfully submits that the requested 9-day extension, which will result in the Government's submission being due more than a month before sentencing, is fair and appropriate.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Paul M. Monteleoni
    Paul M. Monteleoni
    Hagan C. Scotten
    Alexandra N. Rothman
    Assistant United States Attorneys
    (212) 637-2219/2410/2580

cc:  Counsel of Record (via ECF)