UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                                             19 Cr. 366 (LGS)
            -against-

                                                             <u>ORDER</u>
    STEPHEN CALK,
                                       Defendant,
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that by **February 2, 2022**, Defendant shall file a letter stating the total amount of interest accrued on each of the Manafort loans until placed on non-accrual status, as well as the additional interest that would have accrued had the loans not been written off and/or placed on non-accrual status. Please also state the interest rate(s) applied, including for the period after the initial 36 months on the adjustable rate loan, and the rationale for such rate(s).

Dated: January 31, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE