Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2022

Caption:
United States v.

Stephen M. Calk

Docket No.: 1:19-cr-00366-LGS
Lorna G. Schofield
(District Court Judge)

Notice is hereby given that Stephen M. Calk appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ____ (specify) entered in this action on February 8, 2022 (date).

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✓]  Other [ ]

Defendant found guilty by plea [ ]  trial [✓]  N/A [ ]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: February 7, 2022    N/A [ ]

Bail/Jail Disposition: Committed [ ]  Not committed [✓]  N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Alexandra A.E. Shapiro |
| Counsel's Address: | Shapiro Arato Bach LLP |
| | 500 Fifth Avenue, 40th Floor, New York, NY 10110 |
| Counsel's Phone: | (212) 257-4881 |
| Assistant U.S. Attorney: | Paul Michael Monteleoni |
| AUSA's Address: | U.S. Attorney's Office, S.D.N.Y. |
| | One Saint Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637-2527 |

Signature