# *United States* v. *Stephen M. Calk*

Grand Jury Presentation – Proposed Superseding Indictment

March 4, 2021



HIGHLY CONFIDENTIAL

1

3500-022-050

# Phases of Alleged Offense

- *California Refinance (July-October 2016)*
- *$9.5 Million Loan (October-November 2016)*
- *$6.5 Million Loans (November 2016-January 2017)*
- *OCC (March 2017-July 2018)*

HIGHLY CONFIDENTIAL

2

# Phases of Alleged Offense

- *California Refinance (July-October 2016)*
    - Manafort seeks refinance of California property; pursued by bank
    - Manafort appoints Calk to Trump campaign economic advisory council
- *$9.5 Million Loan (October-November 2016)*
    - Manafort abandons California refinance and instead seeks $9.5 million loan
    - $9.5 million loan rejected by bank, then approved after Presidential election
    - Calk seeks Manafort's assistance getting a senior administration job, through loan officer and directly
- *$6.5 Million Loans (November 2016-January 2017)*
- *OCC (March 2017-July 2018)*

HIGHLY CONFIDENTIAL

3

# $9.5 Million Loan Phase

- Manafort abandons California refinance and instead seeks $9.5 million loan
- $9.5 million loan rejected by bank, then approved after Presidential election
- Calk seeks Manafort's assistance getting a senior administration job, through loan officer and directly

Timeline:

- October 2016:
    - Manafort proposes to replace California refinancing with new $9.5 million loan
    - Bank rejects $9.5 million loan
    - Bank tries to get BofI to extend $9.5 million loan instead
- November 8, 2016:
    - Presidential election

HIGHLY CONFIDENTIAL

4

# *$9.5 Million Loan Phase*

- Manafort abandons California refinance and instead seeks $9.5 million loan
- $9.5 million loan rejected by bank, then approved after Presidential election
- Calk seeks Manafort's assistance getting a senior administration job, through loan officer and directly

Timeline:

- October 2016:
    - Manafort proposes to replace California refinancing with new $9.5 million loan
    - Bank rejects $9.5 million loan
    - Bank tries to get BofI to extend $9.5 million loan instead
- November 8, 2016:
    - Presidential election
- November 9, 2016:
    - Manafort forwards Calk election night texts to son-in-law and real estate lawyer

```
From:      Paul Manafort <pmanafort@dmpint.com>
To:        "bbaldinger@baldingerlaw.com" <bbaldinger@baldingerlaw.com>, Jeff Yohai
           <Yohai481@gmail.com>
Subject:   Update
Sent:      Wednesday, November 9, 2016 9:20:57 AM

Got this from Steve last night:

"Paul, I hope you're having a great night. We should have your approval all wrapped up by tomorrow I
am being told. Enjoy the rest of the evening and I'll speak to you then.

Paul, I've got press all day tomorrow. When can we speak to schedule a closing? Do you need me in
New York? I'm ready to support in any way."



Sent from my iPhone
> On Nov 9, 2016, at 9:18 AM, Bruce Baldinger <bruce@baldingerlaw.com> wrote:
>
>
```

GJX-32

# $9.5 Million Loan Phase

- November 9, 2016:
  - Manafort forwards Calk election night texts to son-in-law and real estate lawyer

| 26 | Name: Paul Manafort Source: WhatsApp | | User ID: WhatsApp 17036234678@s.whatsapp.net  Phone: Mobile (703) 623-4678 Home +19175620567 | | Status: Hey there! I am using WhatsApp. | |

GJX-33

# $9.5 Million Loan Phase

- Manafort abandons California refinance and instead seeks $9.5 million loan
- $9.5 million loan rejected by bank, then approved after Presidential election
- Calk seeks Manafort's assistance getting a senior administration job, through loan officer and directly

Timeline:

- October 2016:
    - Manafort proposes to replace California refinancing with new $9.5 million loan
    - Bank rejects $9.5 million loan
    - Bank tries to get BofI to extend $9.5 million loan instead
- November 8, 2016:
    - Presidential election
- November 9, 2016:
    - Manafort forwards election night texts to son-in-law and real estate lawyer
- November 10, 2016:
    - Bank considers extending $9.5 million loan after all
- November 11, 2016:
    - Calk asks Raico to ask Manafort if Calk is in consideration for Secretary of the Treasury
    - Bank sends Manafort term sheet for $9.5 million loan
- November 12, 2016:
    - Calk calls Manafort directly and has 18-minute conversation
- November 14, 2016:
    - Calk sends Manafort list of desired roles, starting with Secretary of the Treasury
    - Calk asks Manafort if he is aiding the transition; Manafort replies "Total background but involved directly"
- November 15, 2016:
    - Calk sends Manafort document with qualifications for Secretary of the Army
- November 16, 2016:
    - $9.5 million loan closes

HIGHLY CONFIDENTIAL

7