UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      Judgment Creditor,

    v.

STEPHEN M. CALK,

                      Judgment Debtor,

and

MORGAN STANLEY SMITH BARNEY, LLC,

                      Third-Party Respondent.

19 CR 366 (LGS)

**NOTICE OF STIPULATION AND PROPOSED ORDER**

---

      PLEASE TAKE NOTICE that, pursuant to Local Rule 77.1 of the Civil Rules of this Court,[1] the undersigned presents the attached Stipulation and Proposed Order for Turnover of Funds held by Morgan Stanley Smith Barney, LLC executed by the parties to satisfy the judgment to the Clerk of Court, United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007 for submission to the Honorable Lorna G. Schofield on December 19, 2023.

Dated: New York, New York
       December 14, 2023

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                By:    */s/ Melissa A. Childs*
                        MELISSA A. CHILDS
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.: (212) 637-2711

---

[1] *See* 18 U.S.C. §§ 3613(a) and (f) (United States enforces criminal judgments in accordance with the practices and procedures for the enforcement of civil judgments under Federal law or State law).

E-mail: melissa.childs@usdoj.gov