# Kramer Levin



**Paul H. Schoeman**
Partner
T  212.715.9264
F  212.715.8064
PSchoeman@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T  212.715.9100
F  212.715.8000

**December 5, 2024**

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  <u>United States v. Stephen Calk</u>, S1 19 Cr. 366 (LGS)

Dear Judge Schofield:

      We write on behalf of defendant, Stephen M. Calk, who has completed his sentence in the above-captioned case and has begun serving a two-year term of supervised release.  For the reason set forth below, we write to seek a clarification of the conditions of supervision related to travel.

      Mr. Calk is being supervised by the United States Probation Department in the Middle District of Florida, where Mr. Calk now lives.  In a meeting earlier this week with his assigned probation officer (copied here), Mr. Calk was informed that Probation does not object to Mr. Calk traveling outside of his home district, provided that he notifies his probation officer in advance of his travel plans.  However, the probation officer advised Mr. Calk that in order to proceed in this manner Mr. Calk must first obtain this Court's consent.  It is our understanding that requiring the Court's consent is the practice in the Middle District of Florida even though the standard conditions of supervision that are part of the judgement entered by Your Honor on February 7, 2022 permit Mr. Calk to travel outside his home district with permission "from the court <u>or</u> the probation officer."  (Dkt No. 299 at 4 (emphasis added)).  Accordingly, we respectfully request that the Court enter an order modifying the conditions of supervision to state explicitly that Mr. Calk may travel outside his home district provided that he gives advance notice to his assigned probation officer.

      We note in connection with this application that Mr. Calk complied fully with the terms of his release on bail pending trial and appeal in this case and that he

maintained an unblemished disciplinary record during his incarceration and while in a halfway house and on home confinement as he completed his sentence.  Mr. Calk has also fully satisfied the financial penalties included in his sentence.

Respectfully submitted,

/s/ Paul H. Schoeman

Paul H. Schoeman

cc:   All Counsel (by ECF)
      Amber Jean, United States Probation Officer, M.D. Fla. (by E-mail)